# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ELISABETH D. DEVOS, in her official capacity as Secretary of Education, *et al.*,<br><br>Defendants. | No. 20-cv-1719 (KBJ) |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF STATE OF CONNECTICUT

Pursuant to Local Rule of Civil Procedure 83.6(c), the undersigned counsel respectfully represents that he has left his position as an Assistant Attorney General for the State of Connecticut as of February 22, 2022. Therefore, counsel is unable to continue representing the State of Connecticut in this matter. Assistant Attorney General John Langmaid has already appeared in this case for the State of Connecticut.

WHEREFORE, the undersigned counsel moves that his appearance in this case be withdrawn.

Respectfully submitted,

WILLIAM TONG
ATTORNEY GENERAL

BY:   **/s/Joseph J. Chambers**
Joseph J. Chambers(ct26948)
Assistant Attorney General
165 Capitol Avenue
Hartford, CT  06141-0120
Tel: (860) 808-5270
Fax: (860) 772-1709
Joseph.chambers@ct.gov

CERTIFICATE OF SERVICE

I hereby certify that on March 10th, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*/s/ Joseph J. Chambers*
Joseph J. Chambers
Assistant Attorney General