AG.EX3-001

# DEFENSE TO REPAYMENT APPLICATION

## SECTION I: BORROWER INFORMATION

First Name: ▮▮▮
Middle Name:
Last Name: ▮▮▮
Date of Birth:
Social Security Number (last 4 digits): ▮▮
Address: ▮▮▮▮▮▮▮▮ *Roxbury, MA 02119*
Phone number: ▮▮▮
Email address: ▮▮▮▮▮▮

I, ▮▮▮, attest to the following:

I am submitting this attestation and additional materials in support of my application for a borrower defense to repayment discharge of my federal loans.

## SECTION II: PROGRAM INFORMATION

Campus Name and Location: *Everest-Brighton*
Enrollment Start Date (MM/YYYY): *12/2011*
Enrollment End Date (MM/YYYY): *10/2012*
Program Name: *Medical Assistant*
Credential Sought: *Certificate*
Graduation Status: *Graduated*

**1. Prior to my enrollment in this Everest program, one or more of the following occurred (check each that applies)**

☒ I received information about job placement rates related to my program of study through brochures advertising Everest's academic programs or other printed materials, including those provided by Everest representatives, recruiters, or employees.

☐ I received information about job placement rates related to my program of study through emails, online materials, or online disclosures from or by Everest.

☒ I received information about job placement rates related to my program of study through Everest's oral representations.

☒ Everest representatives, recruiters, or employees promised me that I would get a job if I graduated.

☒ Other:

> *Everest representatives told me that the school was a good foundation for a career in the medical field. This was not true. I got a job at Mass. General for about a month, but I haven't found a permanent job since and am no longer trying to work in the medical field.*

**2. Everest's misconduct affected my decision to enroll and take out student loans in the following ways (check each that applies)**

AGO-MA00077

AG.EX3-002

☒ I chose to enroll at Everest and take out student loans based, in substantial part, on the representation(s) listed above.

☒ I believed that the job placement rates related to my program of study or promise of a job indicated the level of quality an Everest education offered to students. I chose to enroll at Everest and take out student loans based, in substantial part, on the information I received about job placement related to my program of study and the quality of education I believed those placement representations indicated.

☐ Other:

**3. As a result of Everest's misconduct, I suffered harm in the following ways (check each that applies)**

☒ I applied for and received one or more federal loans to cover the cost of attendance of the Everest program in which I enrolled.

☒ Other:

| *I am behind on my student loans, and that really affects my credit.* |

**4. I will provide documentation with additional information to confirm that I was enrolled in the program of study at Everest that I identified above, and was enrolled for the dates I provided above. (Suggested documents include transcripts and registration documents indicating the specific program of study at Everest and dates of enrollment.) (Check each that applies.)**

☐ As an attachment to this attestation, I have included such documents(s). The document(s) I have attached are:

| |

☒ The Office of the Attorney General will gather and submit such document(s).

**5. Everest's misconduct violated Massachusetts laws in the following ways (check each that applies)**

☒ The school's misconduct violated Massachusetts General Laws Chapter 93A, Section 2.

☒ The Office of the Attorney General will provide information about the violation of Massachusetts law.

**SECTION III: FEDERAL LOAN FORBEARANCE**

☒ I do not want my repayment plan or forbearance status to change as a result of this attestation while my claim is being reviewed by the Department of Education.

AGO-MA00078

**SECTION IV: CERTIFICATION**

By signing this attestation I certify that:

I agree to provide, upon request, testimony, a sworn statement, or other documentation reasonably available to me that demonstrates to the satisfaction of the Department of Education or its designee that I meet the qualifications for borrower defense to repayment loan discharge.

All of the information I provided is true and complete to the best of my knowledge and I agree, if asked, to provide information reasonably available to me to the Department of Education that will verify the accuracy of my completed attestation.

I understand that the Department of Education has the authority to verify information reported on this application with other federal or state agencies or other entities. I authorize the Department of Education, along with its agents and contractors, to contact me regarding this request at the phone number above using automated dialing equipment or artificial or prerecorded voice or text messages.

I understand that if I purposely provided false or misleading information on this application, I may be subject to the penalties specified in 18 U.S. Code § 1001.

Signature: ███████████████

Date: 9 · 1 · 2015

*Rose Ursino 9/1/15*
*Notary (Exp 6/2/2017)*

ROSE URSINO
Notary Public
Commonwealth of Massachusetts
My Commission Expires
June 2, 2017

3

AG.EX3-004

## Ombudsman Group
## Privacy Release Statement & Third Party Authorization
*Please fill out all pertinent information.  Please print clearly:*

| | |
|---|---|
| **Name:** | ████████████████ |
| **Address:** | ████████████████ City/State/Zip: Roxbury o2119 |
| **Home Phone:** _____ **Work Phone:** _____ **Cell Phone:** ████████ |
| (area code) | (area code) | (area code) |
| **E-mail:** ████████████████ |
| **Soc. Sec.#:** ████████ **Date of Birth:** ████████ |
| **What is the best way to contact you?** *CELL PHONE* |

Please briefly describe your issues:

I am submitting a defense to repayment ("DTR") application for my federal student loans and/or am
applying for an income-driven repayment plan, deferment, or forbearance.  I want the Massachusetts
Attorney General's Office to be given access to information about my federal student loans, including
any applications that I submit for DTR, income-driven repayment, forbearance, or deferment.

*My signature on this page allows representatives of the United States Department of Education's Federal Student
Aid Ombudsman Group, to obtain, under the "Right to Privacy Act of 1974," any information requested and to
examine and/or copy any records related to my Federal Student Aid.  Third (3ʳᵈ)-Party Authorization:  My
signature below also authorizes the third party listed below to contact the Ombudsman Group on my behalf to
█████████████████ Federal Student Aid.*

████████████████████            9/1/2015
*Signature*                      Date

████████████████████            9- 1 - 2015
*Third (3ʳᵈ) Party Signature*    Date

3ʳᵈ *Party Name:* ████████ on behalf of the Massachusetts Attorney General's Office
*Relationship To You:*  Employee of the Massachusetts Attorney General's Office

3ʳᵈ *Party Address:* 1 Ashburton Place 18ᵗʰ Floor 3ʳᵈ *Party City/State/Zip Code:* Boston, MA 02108

3ʳᵈ *Party E-mail address:* ████████@state.ma.us  3ʳᵈ *Party Work Phone:* 617-963-████

3ʳᵈ *Party Home Phone:* _____ 3ʳᵈ *Party Cell Phone:* ████████ *Preferred Contact Method:* _____

*Return this form to:  Ombudsman Group, U.S. Department of Education, 4ᵗʰ Floor, UCP-3, MS: 5144,
830 First Street, N.E. Washington, DC  20202-5144.  You may fax the completed form to 202/275-
0549.  If you have any questions, please call 202/377-3800.*

AG.EX3-005

# DEFENSE TO REPAYMENT APPLICATION

## SECTION I: BORROWER INFORMATION

First Name: ▮▮▮▮
Middle Name:
Last Name: ▮▮▮
Date of Birth: ▮▮▮▮▮▮
Social Security Number (last 4 digits): ▮▮▮
Address: ▮▮▮▮▮▮▮▮▮ *Mattapan, MA 02126*
Phone number: ▮▮▮▮▮▮▮
Email address: ▮▮▮▮▮▮▮▮▮▮

I, ▮▮▮▮▮▮▮, attest to the following:
I am submitting this attestation and additional materials in support of my application for a borrower defense to repayment discharge of my federal loans.

## SECTION II: PROGRAM INFORMATION

Campus Name and Location: *Everest-Brighton*
Enrollment Start Date (MM/YYYY): 01/2012
Enrollment End Date (MM/YYYY): *05/2013*
Program Name: *Medical Assistant*
Credential Sought: *Certificate*
Graduation Status: *Graduated*

**1. Prior to my enrollment in this Everest program, one or more of the following occurred (check each that applies)**

☐ I received information about job placement rates related to my program of study through brochures advertising Everest's academic programs or other printed materials, including those provided by Everest representatives, recruiters, or employees.

☐ I received information about job placement rates related to my program of study through emails, online materials, or online disclosures from or by Everest.

☐ I received information about job placement rates related to my program of study through Everest's oral representations.

☐ Everest representatives, recruiters, or employees promised me that I would get a job if I graduated.

☒ Other:

> *I saw commercials that represented to me that Everest would get a job for me when I graduated.  The commercials were untrue – Everest did not help me get a job and I did not get a job after I graduated.*
>
> *Also, when I went on a tour around the school, Everest representatives told me that I would go on an internship and they made it seem that they would get a job for me when I graduated. This was untrue – Everest did not help me get a job and I did not get a job after I graduated.*

AGO-MA00080

**2. Everest's misconduct affected my decision to enroll and take out student loans in the following ways (check each that applies)**

☒ I chose to enroll at Everest and take out student loans based, in substantial part, on the representation(s) listed above.

☐ I believed that the job placement rates related to my program of study or promise of a job indicated the level of quality an Everest education offered to students. I chose to enroll at Everest and take out student loans based, in substantial part, on the information I received about job placement related to my program of study and the quality of education I believed those placement representations indicated.

☐ Other:

**3. As a result of Everest's misconduct, I suffered harm in the following ways (check each that applies)**

☒ I applied for and received one or more federal loans to cover the cost of attendance of the Everest program in which I enrolled.

☒ Other:

> *My mother also took out loans so that I could attend Everest.   My mom and I are both struggling now to pay back our loans.*

**4. I will provide documentation with additional information to confirm that I was enrolled in the program of study at Everest that I identified above, and was enrolled for the dates I provided above. (Suggested documents include transcripts and registration documents indicating the specific program of study at Everest and dates of enrollment.) (Check each that applies.)**

☐ As an attachment to this attestation, I have included such documents(s). The document(s) I have attached are:

☒ The Office of the Attorney General will gather and submit such document(s).

**5. Everest's misconduct violated Massachusetts laws in the following ways (check each that applies)**

☒ The school's misconduct violated Massachusetts General Laws Chapter 93A, Section 2.

☒ The Office of the Attorney General will provide information about the violation of Massachusetts law.

**SECTION III: FEDERAL LOAN FORBEARANCE**

☒ I do not want my repayment plan or forbearance status to change as a result of this attestation while my claim is being reviewed by the Department of Education.

2

AGO-MA00081

AG.EX3-007

**SECTION IV: CERTIFICATION**

By signing this attestation I certify that:

I agree to provide, upon request, testimony, a sworn statement, or other documentation reasonably available to me that demonstrates to the satisfaction of the Department of Education or its designee that I meet the qualifications for borrower defense to repayment loan discharge.

All of the information I provided is true and complete to the best of my knowledge and I agree, if asked, to provide information reasonably available to me to the Department of Education that will verify the accuracy of my completed attestation.

I understand that the Department of Education has the authority to verify information reported on this application with other federal or state agencies or other entities. I authorize the Department of Education, along with its agents and contractors, to contact me regarding this request at the phone number above using automated dialing equipment or artificial or prerecorded voice or text messages.

I understand that if I purposely provided false or misleading information on this application, I may be subject to the penalties specified in 18 U.S. Code § 1001.

Signature ███████████

Date: 01/1/15

3

AGO-MA00082

## Ombudsman Group
### Privacy Release Statement & Third Party Authorization
*Please fill out all pertinent information.  Please print clearly:*

**Name:** ████████████████

**Address:** ████████████████ **City/State/Zip:** Marlboro MA 0175_

**Home Phone:** _____ **Work Phone:** _____ **Cell Phone:** ████████
(area code)      (area code)      (area code)

**E-mail:** ████████

**Soc. Sec.#** ████████ **Date of Birth:** ████████

**What is the best way to contact you?** _Cell phone_

Please briefly describe your issues:

I am submitting a defense to repayment ("DTR") application for my federal student loans and/or am applying for an income-driven repayment plan, deferment, or forbearance.  I want the Massachusetts Attorney General's Office to be given access to information about my federal student loans, including any applications that I submit for DTR, income-driven repayment, forbearance, or deferment.

*My signature on this page allows representatives of the United States Department of Education's Federal Student Aid Ombudsman Group, to obtain, under the "Right to Privacy Act of 1974," any information requested and to examine and/or copy any records related to my Federal Student Aid.  Third (3ʳᵈ)-Party Authorization:  My signature below also authorizes the third party listed below to contact the Ombudsman Group on my behalf to* ████████████ *Federal Student Aid.*

████████████████      _9/1/20␣␣_
       Date

████████████      _9/1/15_
*Third (3ʳᵈ) Party Signature*      Date

*3ʳᵈ Party Name:* ████████ on behalf of the Massachusetts Attorney General's Office
*Relationship To You:* Employee of the Massachusetts Attorney General's Office

*3ʳᵈ Party Address:* 1 Ashburton Place 18ᵗʰ Floor *3ʳᵈ Party City/State/Zip Code:* Boston, MA 02108

*3ʳᵈ Party E-mail address:* ████ @state.ma.us *3ʳᵈ Party Work Phone:* 617-963-████

*3ʳᵈ Party Home Phone:* _____ *3ʳᵈ Party Cell Phone:* _____ *Preferred Contact Method:* _____

*Return this form to:  Ombudsman Group, U.S. Department of Education, 4ᵗʰ Floor, UCP-3, MS: 5144, 830 First Street, N.E. Washington, DC  20202-5144.  You may fax the completed form to 202/275-0549.  If you have any questions, please call 202/377-3800.*

# DEFENSE TO REPAYMENT APPLICATION

## SECTION I: BORROWER INFORMATION

First Name: ▬▬▬
Middle Name: ▬▬
Last Name: ▬▬
Date of Birth: ▬▬
Social Security Number (last 4 digits) ▬▬
Address: ▬▬▬▬▬▬ *MA 02119*
Phone number: ▬▬▬▬▬
Email address: ▬▬▬▬▬

I, ▬▬▬▬▬▬, attest to the following:

I am submitting this attestation and additional materials in support of my application for a borrower defense to repayment discharge of my federal loans.

## SECTION II: PROGRAM INFORMATION

Campus Name and Location: *Everest-Brighton*
Enrollment Start Date (09/2012):
Enrollment End Date (10/2013):
Program Name: *Medical Assistant*
Credential Sought: *Certificate*
Graduation Status: *Graduated*

**1. Prior to my enrollment in this Everest program, one or more of the following occurred (check each that applies)**

☒ I received information about job placement rates related to my program of study through brochures advertising Everest's academic programs or other printed materials, including those provided by Everest representatives, recruiters, or employees.

☒ I received information about job placement rates related to my program of study through emails, online materials, or online disclosures from or by Everest.

☒ I received information about job placement rates related to my program of study through Everest's oral representations.

☒ Everest representatives, recruiters, or employees promised me that I would get a job if I graduated.

☒ Other:

> *I was told I would be able to work as a phlebotomist with this program and then when I went to do it after graduation it wasn't true.  I was promised they would help me find a job until I found one but they didn't.  They promised me an externship in my field but I never did relevant work on my externship.*

**2. Everest's misconduct affected my decision to enroll and take out student loans in the following ways (check each that applies)**

☒ I chose to enroll at Everest and take out student loans based, in substantial part, on the representation(s) listed above.

☒ I believed that the job placement rates related to my program of study or promise of a job indicated the level of quality an Everest education offered to students. I chose to enroll at Everest and take out student loans based, in substantial part, on the information I received about job placement related to my program of study and the quality of education I believed those placement representations indicated.

☐ Other:

**3. As a result of Everest's misconduct, I suffered harm in the following ways (check each that applies)**

☒ I applied for and received one or more federal loans to cover the cost of attendance of the Everest program in which I enrolled.

☐ Other:

```
[                                                                    ]
```

**4. I will provide documentation with additional information to confirm that I was enrolled in the program of study at Everest that I identified above, and was enrolled for the dates I provided above. (Suggested documents include transcripts and registration documents indicating the specific program of study at Everest and dates of enrollment.) (Check each that applies.)**

☐ As an attachment to this attestation, I have included such documents(s). The document(s) I have attached are:

```
[                                                                    ]
```

☒ The Office of the Attorney General will gather and submit such document(s).

**5. Everest's misconduct violated Massachusetts laws in the following ways (check each that applies)**

☒ The school's misconduct violated Massachusetts General Laws Chapter 93A, Section 2.

☒ The Office of the Attorney General will provide information about the violation of Massachusetts law.

**SECTION III: FEDERAL LOAN FORBEARANCE**

☒ I do not want my repayment plan or forbearance status to change as a result of this attestation while my claim is being reviewed by the Department of Education.

2

AG.EX3-011

**SECTION IV: CERTIFICATION**

By signing this attestation I certify that:

I agree to provide, upon request, testimony, a sworn statement, or other documentation reasonably available to me that demonstrates to the satisfaction of the Department of Education or its designee that I meet the qualifications for borrower defense to repayment loan discharge.

All of the information I provided is true and complete to the best of my knowledge and I agree, if asked, to provide information reasonably available to me to the Department of Education that will verify the accuracy of my completed attestation.

I understand that the Department of Education has the authority to verify information reported on this application with other federal or state agencies or other entities. I authorize the Department of Education, along with its agents and contractors, to contact me regarding this request at the phone number above using automated dialing equipment or artificial or prerecorded voice or text messages.

I understand that if I purposely provided false or misleading information on this application, I may be subject to the penalties specified in 18 U.S. Code § 1001.

Signature: ███████████████

Date: _____ 9/1/15 _____

3

AGO-MA00085

## Ombudsman Group
## Privacy Release Statement & Third Party Authorization
### *Please fill out all pertinent information. Please print clearly:*

Name: █████████████████████

Address: ████████████████████   City/State/Zip: ████████████

Home Phone: ████████████ (area code)   Work Phone: ████████ (area code)   Cell Phone: ████████ (area code)

E-mail: ████████████████████

Soc. Sec.#: ████████████   Date of Birth: ████████████

What is the best way to contact you?   *Cell*

Please briefly describe your issues:

I am submitting a defense to repayment ("DTR") application for my federal student loans and/or am applying for an income-driven repayment plan, deferment, or forbearance.  I want the Massachusetts Attorney General's Office to be given access to information about my federal student loans, including any applications that I submit for DTR, income-driven repayment, forbearance, or deferment.

*My signature on this page allows representatives of the United States Department of Education's Federal Student Aid Ombudsman Group, to obtain, under the "Right to Privacy Act of 1974," any information requested and to examine and/or copy any records related to my Federal Student Aid. Third (3ʳᵈ)-Party Authorization: My signature below also authorizes the third party listed below to contact the Ombudsman Group on my behalf to discuss any and all issues regarding my Federal Student Aid.*

████████████████████   9/1/2015
Signature                              Date

████████████████████   9/1/2015
                                       Date

3ʳᵈ Party Name: ████████ , on behalf of the Massachusetts Attorney General's Office
Relationship To You:  Employee of the Massachusetts Attorney General's Office

3ʳᵈ Party Address: 1 Ashburton Place 18ᵗʰ Floor 3ʳᵈ Party City/State/Zip Code: Boston, MA 02108

3ʳᵈ Party E-mail address: ████████@state.ma.us   3ʳᵈ Party Work Phone: ████████

3ʳᵈ Party Home Phone: _____ 3ʳᵈ Party Cell Phone: _____ Preferred Contact Method: _____

*Return this form to:  Ombudsman Group, U.S. Department of Education, 4ᵗʰ Floor, UCP-3, MS: 5144, 830 First Street, N.E. Washington, DC  20202-5144.  You may fax the completed form to 202/275-0549.  If you have any questions, please call 202/377-3800.*

AG.EX3-013

# DEFENSE TO REPAYMENT APPLICATION

## SECTION I: BORROWER INFORMATION

First Name: ███
Middle Name: ███
Last Name: ███
Date of Birth: ███
Social Security Number (last 4 digits): ███
Address: ███, MA 01740
Phone number: ███
Email address: ███

I, ███ attest to the following:

I am submitting this attestation and additional materials in support of my application for a borrower defense to repayment discharge of my federal loans.

## SECTION II: PROGRAM INFORMATION

Campus Name and Location: *Everest-Brighton*
Enrollment Start Date (MM/YYYY): *3/28/2012*
Enrollment End Date (MM/YYYY): *2/8/2013*
Program Name: *Medical Assistant*
Credential Sought: *Certificate*
Graduation Status: *Graduated*

**1. Prior to my enrollment in this Everest program, one or more of the following occurred (check each that applies)**

☒ I received information about job placement rates related to my program of study through brochures advertising Everest's academic programs or other printed materials, including those provided by Everest representatives, recruiters, or employees.

☐ I received information about job placement rates related to my program of study through emails, online materials, or online disclosures from or by Everest.

☒ I received information about job placement rates related to my program of study through Everest's oral representations.

☐ Everest representatives, recruiters, or employees promised me that I would get a job if I graduated.

☒ Other:

*I was called repeatedly. I was told that I could start out in the medical assistant field and transfer credits to a nursing program if I wanted to continue my education. This was marketed as a stepping stone in a nursing career. I wasn't able to transfer my credits and I have to start entirely over —*

AGO-MA00086

> *and pay again. The quality of education was not what I expected — there were about 22 students for one instructor. There was less hands on education than I felt was promised. The school itself was unruly; there were drug deals, fights, and drug use on campus. This detracted from my education. I was told I would make at least $16/hr. In actuality, I started out at thirteen. The work itself was administrative, and I would made more without the certificate waitressing.*

**2. Everest's misconduct affected my decision to enroll and take out student loans in the following ways (check each that applies)**

☒ I chose to enroll at Everest and take out student loans based, in substantial part, on the representation(s) listed above.

☒ I believed that the job placement rates related to my program of study or promise of a job indicated the level of quality an Everest education offered to students. I chose to enroll at Everest and take out student loans based, in substantial part, on the information I received about job placement related to my program of study and the quality of education I believed those placement representations indicated.

☐ Other:

**3. As a result of Everest's misconduct, I suffered harm in the following ways (check each that applies)**

☒ I applied for and received one or more federal loans to cover the cost of attendance of the Everest program in which I enrolled.

☒ Other:

> *I also have to start over in a nursing program from scratch. I could have been earning more without the certificate waitresses and saving for a nursing program.*

**4. I will provide documentation with additional information to confirm that I was enrolled in the program of study at Everest that I identified above, and was enrolled for the dates I provided above. (Suggested documents include transcripts and registration documents indicating the specific program of study at Everest and dates of enrollment.) (Check each that applies.)**

☐ As an attachment to this attestation, I have included such documents(s). The document(s) I have attached are:

AGO-MA00087

☒ The Office of the Attorney General will gather and submit such document(s).

**5. Everest's misconduct violated Massachusetts laws in the following ways (check each that applies)**

☒ The school's misconduct violated Massachusetts General Laws Chapter 93A, Section 2.

☒ The Office of the Attorney General will provide information about the violation of Massachusetts law.

## SECTION III: FEDERAL LOAN FORBEARANCE

☒ I do not want my repayment plan or forbearance status to change as a result of this attestation while my claim is being reviewed by the Department of Education.

## SECTION IV: CERTIFICATION

By signing this attestation I certify that:

I agree to provide, upon request, testimony, a sworn statement, or other documentation reasonably available to me that demonstrates to the satisfaction of the Department of Education or its designee that I meet the qualifications for borrower defense to repayment loan discharge.

All of the information I provided is true and complete to the best of my knowledge and I agree, if asked, to provide information reasonably available to me to the Department of Education that will verify the accuracy of my completed attestation.

I understand that the Department of Education has the authority to verify information reported on this application with other federal or state agencies or other entities. I authorize the Department of Education, along with its agents and contractors, to contact me regarding this request at the phone number above using automated dialing equipment or artificial or prerecorded voice or text messages.

I understand that if I purposely provided false or misleading information on this application, I may be subject to the penalties specified in 18 U.S. Code § 1001.

Signature: ████████████

Date: ████████

*Rose Ursino 9/1/15*
*Notary Public*
*ccp 6/2/2017*

ROSE URSINO
Notary Public
Commonwealth of Massachusetts
My Commission Expires
June 2, 2017

3

AG.EX3-016

## Ombudsman Group
### Privacy Release Statement & Third Party Authorization
*Please fill out all pertinent information.  Please print clearly:*

| | |
|---|---|
| **Name** | ███████████████████ |
| **Address:** | ███████████████  City/State/Zip: Bolton, MA 01740 |
| **Home Phone:** _____ **Work Phone:** _____ **Cell Phone:** ██████████ |
| (area code) | (area code) | (area code) |
| **E-mail:** ███████████████ |
| **Soc. Sec.** ███ **Date of Birth:** ███████████ |
| **What is the best way to contact you?** Cell phone |

Please briefly describe your issues:

I am submitting a defense to repayment ("DTR") application for my federal student loans and/or am applying for an income-driven repayment plan, deferment, or forbearance.  I want the Massachusetts Attorney General's Office to be given access to information about my federal student loans, including any applications that I submit for DTR, income-driven repayment, forbearance, or deferment.

*My signature on this page allows representatives of the United States Department of Education's Federal Student Aid Ombudsman Group, to obtain, under the "Right to Privacy Act of 1974," any information requested and to examine and/or copy any records related to my Federal Student Aid.  Third (3ʳᵈ)-Party Authorization:  My signature below also authorizes the third party listed below to contact the Ombudsman Group on my behalf to discuss any and all issues regarding my Federal Student Aid.*

████████████████████ _____     9/1/2015
*Signature*                                                                 *Date*

████████████████████ _____     9/1/2015
*Third (3ʳᵈ) Party Signature*                                     *Date*

3ʳᵈ *Party Name:* ████████, on behalf of the Massachusetts Attorney General's Office
*Relationship To You:*  Employee of the Massachusetts Attorney General's Office

3ʳᵈ *Party Address:* 1 Ashburton Place 18ᵗʰ Floor 3ʳᵈ *Party City/State/Zip Code:* Boston, MA 02108

3ʳᵈ *Party E-mail address:* ████████@state.ma.us   3ʳᵈ *Party Work Phone:* 617-963-████

3ʳᵈ *Party Home Phone:* _____ 3ʳᵈ *Party Cell Phone:* _____ *Preferred Contact Method:* _____

▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪

*Return this form to:  Ombudsman Group, U.S. Department of Education, 4ᵗʰ Floor, UCP-3, MS: 5144, 830 First Street, N.E. Washington, DC  20202-5144.  You may fax the completed form to 202/275-0549.  If you have any questions, please call 202/377-3800.*

AG.EX3-017

# DEFENSE TO REPAYMENT APPLICATION

## SECTION I: BORROWER INFORMATION

First Name: ▨▨▨▨
Middle Name:
Last Name: ▨▨
Date of Birth: ▨▨▨▨
Social Security Number (last 4 digits) ▨▨▨
Address: ▨▨▨▨▨▨▨▨▨ *MA 01821*
Phone number: ▨▨▨▨▨▨
Email address: ▨▨▨▨▨▨▨▨

I, ▨▨▨▨▨▨▨, attest to the following:

I am submitting this attestation and additional materials in support of my application for a borrower defense to repayment discharge of my federal loans.

## SECTION II: PROGRAM INFORMATION

Campus Name and Location: *Everest-Brighton*
Enrollment Start Date (MM/YYYY): *09/2011*
Enrollment End Date (MM/YYYY): *06/2012*
Program Name: *Medical Assistant*
Credential Sought: *Other -- Diploma stating that I completed the 9-month program*
Graduation Status: *Graduated*

**1. Prior to my enrollment in this Everest program, one or more of the following occurred (check each that applies)**

☐ I received information about job placement rates related to my program of study through brochures advertising Everest's academic programs or other printed materials, including those provided by Everest representatives, recruiters, or employees.

☐ I received information about job placement rates related to my program of study through emails, online materials, or online disclosures from or by Everest.

☒ I received information about job placement rates related to my program of study through Everest's oral representations.

☒ Everest representatives, recruiters, or employees promised me that I would get a job if I graduated.

☒ Other:

*Everest representatives told me that I would receive $18-$25 per hour starting upon graduation. This is untrue. After my internship, I was hired per diem temporarily, making $14 per hour, but after 2 weeks I stopped working there.*

AGO-MA00089

AG.EX3-018

**2. Everest's misconduct affected my decision to enroll and take out student loans in the following ways (check each that applies)**

☒ I chose to enroll at Everest and take out student loans based, in substantial part, on the representation(s) listed above.

☒ I believed that the job placement rates related to my program of study or promise of a job indicated the level of quality an Everest education offered to students. I chose to enroll at Everest and take out student loans based, in substantial part, on the information I received about job placement related to my program of study and the quality of education I believed those placement representations indicated.

☐ Other:

**3. As a result of Everest's misconduct, I suffered harm in the following ways (check each that applies)**

☒ I applied for and received one or more federal loans to cover the cost of attendance of the Everest program in which I enrolled.

☒ Other:

> *I was unable to get a job in my field of study after I graduated. I am behind on my student loans and the interest keeps piling up.*

**4. I will provide documentation with additional information to confirm that I was enrolled in the program of study at Everest that I identified above, and was enrolled for the dates I provided above. (Suggested documents include transcripts and registration documents indicating the specific program of study at Everest and dates of enrollment.) (Check each that applies.)**

☐ As an attachment to this attestation, I have included such documents(s). The document(s) I have attached are:

☒ The Office of the Attorney General will gather and submit such document(s).

**5. Everest's misconduct violated Massachusetts laws in the following ways (check each that applies)**

☒ The school's misconduct violated Massachusetts General Laws Chapter 93A, Section 2.

☒ The Office of the Attorney General will provide information about the violation of Massachusetts law.

2

AGO-MA00090

## SECTION III: FEDERAL LOAN FORBEARANCE

☒ I do not want my repayment plan or forbearance status to change as a result of this attestation while my claim is being reviewed by the Department of Education.

## SECTION IV: CERTIFICATION

By signing this attestation I certify that:

I agree to provide, upon request, testimony, a sworn statement, or other documentation reasonably available to me that demonstrates to the satisfaction of the Department of Education or its designee that I meet the qualifications for borrower defense to repayment loan discharge.

All of the information I provided is true and complete to the best of my knowledge and I agree, if asked, to provide information reasonably available to me to the Department of Education that will verify the accuracy of my completed attestation.

I understand that the Department of Education has the authority to verify information reported on this application with other federal or state agencies or other entities. I authorize the Department of Education, along with its agents and contractors, to contact me regarding this request at the phone number above using automated dialing equipment or artificial or prerecorded voice or text messages.

I understand that if I purposely provided false or misleading information on this application, I may be ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮d in 18 U.S. Code § 1001.

Signatur▮
Date: _____9.1.15_____

Roee Ursino
Notary

ROSE URSINO
Notary Public
Commonwealth of Massachusetts
My Commission Expires
June 2, 2017

AGO-MA00091

AG.EX3-020

# DEFENSE TO REPAYMENT APPLICATION

## SECTION I: BORROWER INFORMATION

First Name: ████
Middle Name: ████
Last Name: ████
Date of Birth: ████
Social Security Number (last 4 digits): ████
Address: ████████████, MA 02155
Phone number: ████████
Email address: ████████

I, ████████████, attest to the following:

I am submitting this attestation and additional materials in support of my application for a borrower defense to repayment discharge of my federal loans.

## SECTION II: PROGRAM INFORMATION

Campus Name and Location: *Everest-Brighton*
Enrollment Start Date (07/2011):
Enrollment End Date (05/2012):
Program Name: *Medical Assistant*
Credential Sought: *Certificate*
Graduation Status: *Graduated*

**1. Prior to my enrollment in this Everest program, one or more of the following occurred (check each that applies)**

☐ I received information about job placement rates related to my program of study through brochures advertising Everest's academic programs or other printed materials, including those provided by Everest representatives, recruiters, or employees.

☐ I received information about job placement rates related to my program of study through emails, online materials, or online disclosures from or by Everest.

☐ I received information about job placement rates related to my program of study through Everest's oral representations.

☒ Everest representatives, recruiters, or employees promised me that I would get a job if I graduated.

☒ Other:

> *Everest representatives, employees, and recruiters promised me assistance with job search. This was not true.*
>
> *Everest representatives, recruiters, and employees promised me proper training, including hands-on training. For a period of time I did not get proper training because the instructors were held up in meetings and did not show up to class on time.*

AGO-MA00092

**2. Everest's misconduct affected my decision to enroll and take out student loans in the following ways (check each that applies)**

☒ I chose to enroll at Everest and take out student loans based, in substantial part, on the representation(s) listed above.

☒ I believed that the job placement rates related to my program of study or promise of a job indicated the level of quality an Everest education offered to students. I chose to enroll at Everest and take out student loans based, in substantial part, on the information I received about job placement related to my program of study and the quality of education I believed those placement representations indicated.

☐ Other:

**3. As a result of Everest's misconduct, I suffered harm in the following ways (check each that applies)**

☒ I applied for and received one or more federal loans to cover the cost of attendance of the Everest program in which I enrolled.

☒ Other:

> *I cannot find a job in my field of study, and I cannot afford my student loan payments.*

**4. I will provide documentation with additional information to confirm that I was enrolled in the program of study at Everest that I identified above, and was enrolled for the dates I provided above. (Suggested documents include transcripts and registration documents indicating the specific program of study at Everest and dates of enrollment.) (Check each that applies.)**

☐ As an attachment to this attestation, I have included such documents(s). The document(s) I have attached are:

☒ The Office of the Attorney General will gather and submit such document(s).

**5. Everest's misconduct violated Massachusetts laws in the following ways (check each that applies)**

☒ The school's misconduct violated Massachusetts General Laws Chapter 93A, Section 2.

☒ The Office of the Attorney General will provide information about the violation of Massachusetts law.

**SECTION III: FEDERAL LOAN FORBEARANCE**

☒ I do not want my repayment plan or forbearance status to change as a result of this attestation

2

AGO-MA00093

AG.EX3-022

while my claim is being reviewed by the Department of Education.

**SECTION IV: CERTIFICATION**

By signing this attestation I certify that:

I agree to provide, upon request, testimony, a sworn statement, or other documentation reasonably available to me that demonstrates to the satisfaction of the Department of Education or its designee that I meet the qualifications for borrower defense to repayment loan discharge.

All of the information I provided is true and complete to the best of my knowledge and I agree, if asked, to provide information reasonably available to me to the Department of Education that will verify the accuracy of my completed attestation.

I understand that the Department of Education has the authority to verify information reported on this application with other federal or state agencies or other entities. I authorize the Department of Education, along with its agents and contractors, to contact me regarding this request at the phone number above using automated dialing equipment or artificial or prerecorded voice or text messages.

I understand that if I purposely provided false or misleading information on this application, I may be subject to the penalties specified in 18 U.S. Code § 1001.

Signature:

Date: 09/1/2015

Rose Ursino 9/1/15
Notary (Exp 6/2/2017)

ROSE URSINO
Notary Public
Commonwealth of Massachusetts
My Commission Expires
June 2, 2017

3

AGO-MA00094

AG.EX3-023

**Ombudsman Group**
**Privacy Release Statement & Third Party Authorization**
*Please fill out all pertinent information. Please print clearly:*

Name: ███████████████

Address: _____  City/State/Zip: Medford, MA 02155

Home Phone: ████████  Work Phone: _____  Cell Phone: ████████
                    (area code)              (area code)                (area code)

E-mail: ████████████

Soc. Sec.#: ████████  Date of Birth: ████████████

What is the best way to contact you? Home _____

Please briefly describe your issues:

I am submitting a defense to repayment ("DTR") application for my federal student loans and/or am
applying for an income-driven repayment plan, deferment, or forbearance.  I want the Massachusetts
Attorney General's Office to be given access to information about my federal student loans, including
any applications that I submit for DTR, income-driven repayment, forbearance, or deferment.

*My signature on this page allows representatives of the United States Department of Education's Federal Student
Aid Ombudsman Group, to obtain, under the "Right to Privacy Act of 1974," any information requested and to
examine and/or copy any records related to my Federal Student Aid. Third (3rd)-Party Authorization:  My
signature below also authorizes the third party listed below to contact the Ombudsman Group on my behalf to
discuss any and all issues regarding my Federal Student Aid.*

████████████████████  _____  9/1/2015
                                                      Date

████████████████████  _____  9/1/2015
                                                      Date

*3rd Party Name:* ████████, on behalf of the Massachusetts Attorney General's Office
*Relationship To You:*  Employee of the Massachusetts Attorney General's Office

*3rd Party Address:* 1 Ashburton Place 18th Floor *3rd Party City/State/Zip Code:* Boston, MA 02108

*3rd Party E-mail address:* ████████@state.ma.us   *3rd Party Work Phone:* 617-963-████

*3rd Party Home Phone:* _____ *3rd Party Cell Phone:* _____  *Preferred Contact Method:* _____

*Return this form to:  Ombudsman Group, U.S. Department of Education, 4th Floor, UCP-3, MS: 5144,
830 First Street, N.E. Washington, DC  20202-5144.  You may fax the completed form to 202/275-
0549.  If you have any questions, please call 202/377-3800.*

AG.EX3-024

# DEFENSE TO REPAYMENT APPLICATION

## SECTION I: BORROWER INFORMATION

First Name: ▮▮▮▮▮
Middle Name:
Last Name: ▮▮▮▮▮
Date of Birth: ▮▮▮▮▮
Social Security Number (last 4 digits): ▮▮▮
Address: ▮▮▮▮▮▮▮▮ *Dorchester, MA 02123*
Phone number: ▮▮▮▮▮▮
Email address: ▮▮▮▮▮▮▮

I, ▮▮▮▮▮▮▮, attest to the following:
I am submitting this attestation and additional materials in support of my application for a borrower defense to repayment discharge of my federal loans.

## SECTION II: PROGRAM INFORMATION

Campus Name and Location: *Everest-Brighton*
Enrollment Start Date (MM/YYYY): *09/2011*
Enrollment End Date (MM/YYYY): *06/2012*
Program Name: *Medical Assistant*
Credential Sought: *Certificate*
Graduation Status: *Graduated*

**1. Prior to my enrollment in this Everest program, one or more of the following occurred (check each that applies)**

☒ I received information about job placement rates related to my program of study through brochures advertising Everest's academic programs or other printed materials, including those provided by Everest representatives, recruiters, or employees.

☒ I received information about job placement rates related to my program of study through emails, online materials, or online disclosures from or by Everest.

☒ I received information about job placement rates related to my program of study through Everest's oral representations.

☒ Everest representatives, recruiters, or employees promised me that I would get a job if I graduated.

☒ Other:

*Everest representatives, recruiters, or employees told me that I would be able to practice medical assistant skills in my externship. This was untrue – I was not able to use any skills; I answered phone calls, nothing hands-on like drawing blood or taking vitals.*
*Everest representatives, recruiters, or employees told me that I would receive hand-on training. This was untrue – I did not receive substantial hands-on training training and instead was taught out of a workbook.*
*Everest representatives, recruiters, or employees told me that I would be making $18-$20 per hour upon graduation. This was not true – when I tried to apply for jobs, I was told the*

AGO-MA00095

> *average wage is $12-$14.*
> *Everest representatives, recruiters, or employees told me that credits received at Everest*
> *would be transferable to other schools. This was untrue — I tried to transfer to community*
> *college in Quincy, MA but found out the school did not accept Everest credits.*

**2. Everest's misconduct affected my decision to enroll and take out student loans in the following ways (check each that applies)**

☒ I chose to enroll at Everest and take out student loans based, in substantial part, on the representation(s) listed above.

☒ I believed that the job placement rates related to my program of study or promise of a job indicated the level of quality an Everest education offered to students. I chose to enroll at Everest and take out student loans based, in substantial part, on the information I received about job placement related to my program of study and the quality of education I believed those placement representations indicated.

☐ Other:

**3. As a result of Everest's misconduct, I suffered harm in the following ways (check each that applies)**

☒ I applied for and received one or more federal loans to cover the cost of attendance of the Everest program in which I enrolled.

☒ Other:

> *I couldn't find any job and couldn't make any payment, so my credit went bad.*

**4. I will provide documentation with additional information to confirm that I was enrolled in the program of study at Everest that I identified above, and was enrolled for the dates I provided above. (Suggested documents include transcripts and registration documents indicating the specific program of study at Everest and dates of enrollment.) (Check each that applies.)**

☐ As an attachment to this attestation, I have included such documents(s). The document(s) I have attached are:

☒ The Office of the Attorney General will gather and submit such document(s).

**5. Everest's misconduct violated Massachusetts laws in the following ways (check each that applies)**

☒ The school's misconduct violated Massachusetts General Laws Chapter 93A, Section 2.

☒ The Office of the Attorney General will provide information about the violation of Massachusetts law.

AGO-MA00096

## SECTION III: FEDERAL LOAN FORBEARANCE

☒ I do not want my repayment plan or forbearance status to change as a result of this attestation
while my claim is being reviewed by the Department of Education.

## SECTION IV: CERTIFICATION

By signing this attestation I certify that:

I agree to provide, upon request, testimony, a sworn statement, or other documentation
reasonably available to me that demonstrates to the satisfaction of the Department of Education
or its designee that I meet the qualifications for borrower defense to repayment loan discharge.

All of the information I provided is true and complete to the best of my knowledge and I agree, if
asked, to provide information reasonably available to me to the Department of Education that
will verify the accuracy of my completed attestation.

I understand that the Department of Education has the authority to verify information reported on
this application with other federal or state agencies or other entities. I authorize the Department
of Education, along with its agents and contractors, to contact me regarding this request at the
phone number above using automated dialing equipment or artificial or prerecorded voice or text
messages.

I understand that if I purposely provided false or misleading information on this application, I
may be subject to the penalties specified in 18 U.S. Code § 1001.

Signature: ████████████████████

Date: _____9 / 1 / 15_____

*Rose Ursino 9/1/15*
*Notary (Exp 6/2/2017)*

ROSE URSINO
Notary Public
Commonwealth of Massachusetts
My Commission Expires
June 2, 2017

3

## Ombudsman Group
## Privacy Release Statement & Third Party Authorization
*Please fill out all pertinent information. Please print clearly:*

Name: ███████████████

Address: ███████    City/State/Zip: Dorchester MA02124

Home Phone: _____    Work Phone: _____    Cell Phone ███████████
(area code)              (area code)              (area code)

E-mail: ████████████████

Soc. Sec.# ████████    Date of Birth: ████████████

What is the best way to contact you?  Email or Phone

Please briefly describe your issues:

I am submitting a defense to repayment ("DTR") application for my federal student loans and/or am
applying for an income-driven repayment plan, deferment, or forbearance.  I want the Massachusetts
Attorney General's Office to be given access to information about my federal student loans, including
any applications that I submit for DTR, income-driven repayment, forbearance, or deferment.

*My signature on this page allows representatives of the United States Department of Education's Federal Student
Aid Ombudsman Group, to obtain, under the "Right to Privacy Act of 1974," any information requested and to
examine and/or copy any records related to my Federal Student Aid.  Third (3rd)-Party Authorization:  My
signature below also authorizes the third party listed below to contact the Ombudsman Group on my behalf to
discuss any and all issues regarding my Federal Student Aid.*

██████████████    9/1/2015
                                          Date

██████████████    9/1/2015
*Third (3rd) Party Signature*                 Date

3rd Party Name: ████████, on behalf of the Massachusetts Attorney General's Office
*Relationship To You:*  Employee of the Massachusetts Attorney General's Office

3rd Party Address: 1 Ashburton Place 18th Floor 3rd Party City/State/Zip Code: Boston, MA 02108

3rd Party E-mail address: ████@state.ma.us   3rd Party Work Phone: 617-963-███

3rd Party Home Phone: _____   3rd Party Cell Phone: _____   Preferred Contact Method: _____

*Return this form to:  Ombudsman Group, U.S. Department of Education, 4th Floor, UCP-3, MS: 5144,
830 First Street, N.E. Washington, DC  20202-5144.  You may fax the completed form to 202/275-
0549.  If you have any questions, please call 202/377-3800.*

# DEFENSE TO REPAYMENT APPLICATION

## SECTION I: BORROWER INFORMATION

First Name: █████
Middle Name: ███
Last Name: ███
Date of Birth: ████
Social Security Number (last 4 digits):
Address: █████████  *Brockton, MA 02301*
Phone number: ██████
Email address: ███████████

I, La-Trice Nicole Edwards, attest to the following:

I am submitting this attestation and additional materials in support of my application for a borrower defense to repayment discharge of my federal loans.

## SECTION II: PROGRAM INFORMATION

Campus Name and Location: *Everest-Brighton*
Enrollment Start Date (MM/YYYY): 01/2012
Enrollment End Date (MM/YYYY): *12/2012*
Program Name: *Medical Assistant*
Credential Sought: *Certificate*
Graduation Status: *Graduated*

**1. Prior to my enrollment in this Everest program, one or more of the following occurred (check each that applies)**

☒ I received information about job placement rates related to my program of study through brochures advertising Everest's academic programs or other printed materials, including those provided by Everest representatives, recruiters, or employees.

☒ I received information about job placement rates related to my program of study through emails, online materials, or online disclosures from or by Everest.

☒ I received information about job placement rates related to my program of study through Everest's oral representations.

☒ Everest representatives, recruiters, or employees promised me that I would get a job if I graduated.

☒ Other:

> *I was told by Everest employees at orientation that there was a 90% job placement rate and that was guaranteed a job after completing an externship. I was told that I would always get help finding a job, but when I went to them for help I was told that they could not help me. I was told that I would get paid around $18-19 per hour, but out in the field the jobs offered only $12-13 per hour because I was not certified and did not have 2-3 years of experience that most positions required. Many of the things that we learned in class were not the things we needed to know for our externships. Some of my duties for my externship were taking out*

AG.EX3-029

> *trash and administrative work and those were not the skills I was told I would learn at Everest or utilize in the field. I ended up getting a job that has nothing to do with the medical field.*

**2. Everest's misconduct affected my decision to enroll and take out student loans in the following ways (check each that applies)**

☒ I chose to enroll at Everest and take out student loans based, in substantial part, on the representation(s) listed above.

☒ I believed that the job placement rates related to my program of study or promise of a job indicated the level of quality an Everest education offered to students. I chose to enroll at Everest and take out student loans based, in substantial part, on the information I received about job placement related to my program of study and the quality of education I believed those placement representations indicated.

☐ Other:

**3. As a result of Everest's misconduct, I suffered harm in the following ways (check each that applies)**

☒ I applied for and received one or more federal loans to cover the cost of attendance of the Everest program in which I enrolled.

☒ Other:

> *I am concerned about my credit score and defaulting on my federal loans*

**4. I will provide documentation with additional information to confirm that I was enrolled in the program of study at Everest that I identified above, and was enrolled for the dates I provided above. (Suggested documents include transcripts and registration documents indicating the specific program of study at Everest and dates of enrollment.) (Check each that applies.)**

☐ As an attachment to this attestation, I have included such documents(s). The document(s) I have attached are:

☒ The Office of the Attorney General will gather and submit such document(s).

**5. Everest's misconduct violated Massachusetts laws in the following ways (check each that applies)**

☒ The school's misconduct violated Massachusetts General Laws Chapter 93A, Section 2.

☒ The Office of the Attorney General will provide information about the violation of Massachusetts law.

2

AGO-MA00099

## SECTION III: FEDERAL LOAN FORBEARANCE

☒ I do not want my repayment plan or forbearance status to change as a result of this attestation while my claim is being reviewed by the Department of Education.

## SECTION IV: CERTIFICATION

By signing this attestation I certify that:

I agree to provide, upon request, testimony, a sworn statement, or other documentation reasonably available to me that demonstrates to the satisfaction of the Department of Education or its designee that I meet the qualifications for borrower defense to repayment loan discharge.

All of the information I provided is true and complete to the best of my knowledge and I agree, if asked, to provide information reasonably available to me to the Department of Education that will verify the accuracy of my completed attestation.

I understand that the Department of Education has the authority to verify information reported on this application with other federal or state agencies or other entities. I authorize the Department of Education, along with its agents and contractors, to contact me regarding this request at the phone number above using automated dialing equipment or artificial or prerecorded voice or text messages.

I understand that if I purposely provided false or misleading information on this application, I may be subject to the penalties specified in 18 U.S. Code § 1001.

Signature ██████████████████████

Date: 9/1/15

Rose Ursino 9/1/15
Notary (Exp 6/2/2017)

ROSE URSINO
Notary Public
Commonwealth of Massachusetts
My Commission Expires
June 2, 2017

3

AG.EX3-031

## Ombudsman Group
### Privacy Release Statement & Third Party Authorization
*Please fill out all pertinent information.  Please print clearly.*

Name: ███████████████████████

Address: ████████████████   City/State/Zip: Brockton, MA 0230[?]

Home Phone: _____   Work Phone: _____   Cell Pho[ne] ███████████
(area code)                          (area code)                          (area code)

E-mail: ████████████████████

Soc. Sec.#: ████████████   [D]ate of Birth: ████████████

What is the best way to contact you?  *Cell phone*

Please briefly describe your issues:

I am submitting a defense to repayment ("DTR") application for my federal student loans and/or am applying for an income-driven repayment plan, deferment, or forbearance.  I want the Massachusetts Attorney General's Office to be given access to information about my federal student loans, including any applications that I submit for DTR, income-driven repayment, forbearance, or deferment.

*My signature on this page allows representatives of the United States Department of Education's Federal Student Aid Ombudsman Group, to obtain, under the "Right to Privacy Act of 1974," any information requested and to examine and/or copy any records related to my Federal Student Aid.  Third (3rd)-Party Authorization: My signature below also authorizes the third party listed below to contact the Ombudsman Group on my behalf to discuss any and all issues regarding my Federal Student Aid.*

████████████████████   9/1/2015
                          Date

████████████████████   9/1/2015
                          Date

3rd *Party Name:* ████████████, on behalf of the Massachusetts Attorney General's Office
*Relationship To You:* Employee of the Massachusetts Attorney General's Office

3rd *Party Address:* 1 Ashburton Place 18th Floor  3rd *Party City/State/Zip Code:* Boston, MA 02108

3rd *Party E-mail address:* ███████@state.ma.us   3rd *Party Work Phone:* 617-963-████

3rd *Party Home Phone:* _____  3rd *Party Cell Phone:* _____  *Preferred Contact Method:* _____

*Return this form to:  Ombudsman Group, U.S. Department of Education, 4th Floor, UCP-3, MS: 5144, 830 First Street, N.E. Washington, DC 20202-5144.  You may fax the completed form to 202/275-0549.  If you have any questions, please call 202/377-3800.*

AG.EX3-032

# DEFENSE TO REPAYMENT APPLICATION

## SECTION I: BORROWER INFORMATION

First Name: ▮▮▮
Middle Name: ▮▮▮
Last Name: ▮▮▮
Date of Birth ▮▮▮
Social Security Number (last 4 digits): ▮▮▮
Address: ▮▮▮▮▮▮▮▮▮▮▮ *MA 02121*
Phone number: ▮▮▮▮▮
Email address: ▮▮▮▮▮

I, ▮▮▮, attest to the following:

I am submitting this attestation and additional materials in support of my application for a borrower defense to repayment discharge of my federal loans.

## SECTION II: PROGRAM INFORMATION

Campus Name and Location: *Everest-Brighton*
Enrollment Start Date (MM/YYYY): *08/2011*
Enrollment End Date (MM/YYYY): *06/2012*
Program Name: *Medical Assistant*
Credential Sought: *Certificate*
Graduation Status: *Graduated*

**1. Prior to my enrollment in this Everest program, one or more of the following occurred (check each that applies)**

☒ I received information about job placement rates related to my program of study through brochures advertising Everest's academic programs or other printed materials, including those provided by Everest representatives, recruiters, or employees.

☐ I received information about job placement rates related to my program of study through emails, online materials, or online disclosures from or by Everest.

☒ I received information about job placement rates related to my program of study through Everest's oral representations.

☒ Everest representatives, recruiters, or employees promised me that I would get a job if I graduated.

☒ Other:

*I heard about the school through commercials. The commercials told me the school would help me get a job, which is not true. Job placement information was provided on the wall on campus. It included specific placement rates. Placement rates were also provided orally and in written materials. None of the teachers seemed to have any teaching qualifications. The admission's person told me that Everest classes were small, but in fact the classes had a lot of students and so there was no individual attention. The admissions person also told me that credits were transferable but when I tried to transfer them to Baystate they did not transfer.*

AGO-MA00101

AG.EX3-033

> *When I first called Everest I just wanted pressure but I felt pressured to enroll.  I received 3 calls a day at one point. After I graduates, I got a job 3 months later on my own but the school tried to take credit for getting the job by posting a photo of me and listing the position.*

**2. Everest's misconduct affected my decision to enroll and take out student loans in the following ways (check each that applies)**

☒ I chose to enroll at Everest and take out student loans based, in substantial part, on the representation(s) listed above.

☒ I believed that the job placement rates related to my program of study or promise of a job indicated the level of quality an Everest education offered to students. I chose to enroll at Everest and take out student loans based, in substantial part, on the information I received about job placement related to my program of study and the quality of education I believed those placement representations indicated.

☐ Other:

**3. As a result of Everest's misconduct, I suffered harm in the following ways (check each that applies)**

☒ I applied for and received one or more federal loans to cover the cost of attendance of the Everest program in which I enrolled.

☒ Other:

> *I was without a job for 3 months after I graduated.  The school did not help me find the job, I found the job on my own.  I have had real trouble paying back my loans.*

**4. I will provide documentation with additional information to confirm that I was enrolled in the program of study at Everest that I identified above, and was enrolled for the dates I provided above. (Suggested documents include transcripts and registration documents indicating the specific program of study at Everest and dates of enrollment.) (Check each that applies.)**

☐ As an attachment to this attestation, I have included such documents(s). The document(s) I have attached are:

☒ The Office of the Attorney General will gather and submit such document(s).

**5. Everest's misconduct violated Massachusetts laws in the following ways (check each that applies)**

☒ The school's misconduct violated Massachusetts General Laws Chapter 93A, Section 2.

☒ The Office of the Attorney General will provide information about the violation of Massachusetts law.

2

AGO-MA00102

**SECTION III: FEDERAL LOAN FORBEARANCE**

☒ I do not want my repayment plan or forbearance status to change as a result of this attestation while my claim is being reviewed by the Department of Education.

**SECTION IV: CERTIFICATION**

By signing this attestation I certify that:

I agree to provide, upon request, testimony, a sworn statement, or other documentation reasonably available to me that demonstrates to the satisfaction of the Department of Education or its designee that I meet the qualifications for borrower defense to repayment loan discharge.

All of the information I provided is true and complete to the best of my knowledge and I agree, if asked, to provide information reasonably available to me to the Department of Education that will verify the accuracy of my completed attestation.

I understand that the Department of Education has the authority to verify information reported on this application with other federal or state agencies or other entities. I authorize the Department of Education, along with its agents and contractors, to contact me regarding this request at the phone number above using automated dialing equipment or artificial or prerecorded voice or text messages.

I understand that if I purposely provided false or misleading information on this application, I may be subject to the penalties specified in 18 U.S. Code § 1001.

Signature: ██████████████████████

Date: _____ 9/1/15

*Rose Ursino 9/1/15*
*Notary (Exp 6/2/2017)*

ROSE URSINO
Notary Public
Commonwealth of Massachusetts
My Commission Expires
June 2, 2017

3

AGO-MA00103

## Ombudsman Group
### Privacy Release Statement & Third Party Authorization
*Please fill out all pertinent information. Please print clearly:*

Name: ▮▮▮▮▮▮▮▮▮▮▮▮

Address: ▮▮▮▮▮▮▮▮▮▮▮     City/State/Zip: Dorchester, MA 02121

Home Phone: _____   Work Phone: _____   Cell Phone ▮▮▮▮▮▮▮▮
(area code)

E-mail: ▮▮▮▮▮▮▮▮▮▮▮▮

Soc. Sec.# ▮▮▮▮▮   Date of Birth: ▮▮▮▮▮▮

What is the best way to contact you? By phone

Please briefly describe your issues:

I am submitting a defense to repayment ("DTR") application for my federal student loans and/or am applying for an income-driven repayment plan, deferment, or forbearance. I want the Massachusetts Attorney General's Office to be given access to information about my federal student loans, including any applications that I submit for DTR, income-driven repayment, forbearance, or deferment.

*My signature on this page allows representatives of the United States Department of Education's Federal Student Aid Ombudsman Group, to obtain, under the "Right to Privacy Act of 1974," any information requested and to examine and/or copy any records related to my Federal Student Aid. Third (3rd) Party Authorization: My signature below also authorizes the third party listed below to contact the Ombudsman Group on my behalf to discuss any and all issues regarding my Federal Student Aid.*

▮▮▮▮▮▮▮▮▮▮      _____    9/1/2015
                                    Date

▮▮▮▮▮▮▮▮      _____    9/1/15
*Third (3rd) Party Signature*              Date

3rd Party Name: ▮▮▮▮▮▮ , on behalf of the Massachusetts Attorney General's Office
Relationship To You: Employee of the Massachusetts Attorney General's Office

3rd Party Address: 1 Ashburton Place 18th Floor 3rd Party City/State/Zip Code: Boston, MA 02108

3rd Party E-mail address: ▮▮▮▮▮@state.ma.us   3rd Party Work Phone: 617-963-▮▮

3rd Party Home Phone: _____ 3rd Party Cell Phone: _____   Preferred Contact Method: _____

▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪

*Return this form to: Ombudsman Group, U.S. Department of Education, 4th Floor, UCP-3, MS: 5144, 830 First Street, N.E. Washington, DC 20202-5144. You may fax the completed form to 202/275-0549. If you have any questions, please call 202/377-3800.*

AG.EX3-036

# DEFENSE TO REPAYMENT APPLICATION

## SECTION I: BORROWER INFORMATION

First Name: ███████
Middle Name:
Last Name: ███████
Date of Birth: ███████
Social Security Number (last 4 digits) ████
Address: ███████████████, *Weymouth, MA 02189*
Phone number: ███████████
Email address: ███████████████

I, ███████████                    , attest to the following:

I am submitting this attestation and additional materials in support of my application for a borrower defense to repayment discharge of my federal loans.

## SECTION II: PROGRAM INFORMATION

Campus Name and Location: *Everest-Brighton*
Enrollment Start Date (MM/YYYY): 09/2012
Enrollment End Date (MM/YYYY): *07/2013*
Program Name: *Medical Assistant*
Credential Sought: *Certificate*
Graduation Status: *Graduated*

**1. Prior to my enrollment in this Everest program, one or more of the following occurred (check each that applies)**

☐ I received information about job placement rates related to my program of study through brochures advertising Everest's academic programs or other printed materials, including those provided by Everest representatives, recruiters, or employees.

☐ I received information about job placement rates related to my program of study through emails, online materials, or online disclosures from or by Everest.

☒ I received information about job placement rates related to my program of study through Everest's oral representations.

☐ Everest representatives, recruiters, or employees promised me that I would get a job if I graduated.

☒ Other:

> *They called me, then I went in to see the school. They told me medical assisting was one of the fastest growing occupations and that I was likely to get a job after graduating. They also made it seem like I would earn a lot more after the program. I was also told that no matter where I was in the country, I would have job placement help from Everest.*

**2. Everest's misconduct affected my decision to enroll and take out student loans in the following ways (check each that applies)**

AGO-MA00104

☒ I chose to enroll at Everest and take out student loans based, in substantial part, on the representation(s) listed above.

☒ I believed that the job placement rates related to my program of study or promise of a job indicated the level of quality an Everest education offered to students. I chose to enroll at Everest and take out student loans based, in substantial part, on the information I received about job placement related to my program of study and the quality of education I believed those placement representations indicated.

☐ Other:

**3. As a result of Everest's misconduct, I suffered harm in the following ways (check each that applies)**

☒ I applied for and received one or more federal loans to cover the cost of attendance of the Everest program in which I enrolled.

☐ Other:

---

**4. I will provide documentation with additional information to confirm that I was enrolled in the program of study at Everest that I identified above, and was enrolled for the dates I provided above. (Suggested documents include transcripts and registration documents indicating the specific program of study at Everest and dates of enrollment.) (Check each that applies.)**

☐ As an attachment to this attestation, I have included such documents(s). The document(s) I have attached are:

---

☒ The Office of the Attorney General will gather and submit such document(s).

**5. Everest's misconduct violated Massachusetts laws in the following ways (check each that applies)**

☒ The school's misconduct violated Massachusetts General Laws Chapter 93A, Section 2.

☒ The Office of the Attorney General will provide information about the violation of Massachusetts law.

## SECTION III: FEDERAL LOAN FORBEARANCE

☒ I do not want my repayment plan or forbearance status to change as a result of this attestation while my claim is being reviewed by the Department of Education.

AGO-MA00105

AG.EX3-038

**SECTION IV: CERTIFICATION**

By signing this attestation I certify that:

I agree to provide, upon request, testimony, a sworn statement, or other documentation reasonably available to me that demonstrates to the satisfaction of the Department of Education or its designee that I meet the qualifications for borrower defense to repayment loan discharge.

All of the information I provided is true and complete to the best of my knowledge and I agree, if asked, to provide information reasonably available to me to the Department of Education that will verify the accuracy of my completed attestation.

I understand that the Department of Education has the authority to verify information reported on this application with other federal or state agencies or other entities. I authorize the Department of Education, along with its agents and contractors, to contact me regarding this request at the phone number above using automated dialing equipment or artificial or prerecorded voice or text messages.

I understand that if I purposely provided false or misleading information on this application, I may be subject to the penalties specified in 18 U.S. Code § 1001.

Signature: ████████████████

Date: 9/1/2015

*Rose Ursino 9/1/15*
*Notary Public*
*exp 6/2/2017*

```
ROSE URSINO
Notary Public
Commonwealth of Massachusetts
My Commission Expires
June 2, 2017
```

3

AGO-MA00106

**Ombudsman Group**
**Privacy Release Statement & Third Party Authorization**
*Please fill out all pertinent information. Please print clearly:*

| | |
|---|---|
| **Name** ███████████ | |
| **Address:** ███████████ | **City/State/Zip:** Weymouth MA 02189 |
| **Home Phone:** _____ **Work Phone:** _____ **Cell Phone:** ███████████ |
| (area code)           (area code)           (area code) |
| **E-mail:** ███████████ | |
| **Soc. Sec.#:** ███████████ | **Date of Birth:** ███████████ |
| **What is the best way to contact you?** Cell & Email |

Please briefly describe your issues:

<u>I am submitting a defense to repayment ("DTR") application for my federal student loans and/or am</u>
<u>applying for an income-driven repayment plan, deferment, or forbearance.  I want the Massachusetts</u>
<u>Attorney General's Office to be given access to information about my federal student loans, including</u>
<u>any applications that I submit for DTR, income-driven repayment, forbearance, or deferment.</u>

*My signature on this page allows representatives of the United States Department of Education's Federal Student
Aid Ombudsman Group, to obtain, under the "Right to Privacy Act of 1974," any information requested and to
examine and/or copy any records related to my Federal Student Aid.  Third (3ʳᵈ)-Party Authorization:  My
signature below also authorizes the third party listed below to contact the Ombudsman Group on my behalf to
discuss any and all issues regarding my Federal Student Aid.*

███████████                                     9/1/2015
(Signature)                                      Date

███████████                                     9/1/2015
*Third (3ʳᵈ) Party Signature*                    Date

3ʳᵈ *Party Name:* ███████ on behalf of the Massachusetts Attorney General's Office
*Relationship To You:*  Employee of the Massachusetts Attorney General's Office

3ʳᵈ *Party Address:* 1 Ashburton Place 18ᵗʰ Floor 3ʳᵈ *Party City/State/Zip Code:* Boston, MA 02108

3ʳᵈ *Party E-mail address:* ████████@state.ma.us   3ʳᵈ *Party Work Phone:* 617-963-████

3ʳᵈ *Party Home Phone:* _____ 3ʳᵈ *Party Cell Phone:* _____ *Preferred Contact Method:* _____

*Return this form to: Ombudsman Group, U.S. Department of Education, 4ᵗʰ Floor, UCP-3, MS: 5144,
830 First Street, N.E. Washington, DC 20202-5144.  You may fax the completed form to 202/275-
0549.  If you have any questions, please call 202/377-3800.*

AG.EX3-040

# DEFENSE TO REPAYMENT APPLICATION

## SECTION I: BORROWER INFORMATION

First Name: ██████
Middle Name: ██████
Last Name: ████
Date of Birth: ██████
Social Security Number (last 4 digits): ████
Address: ████████████████ *Dorchester, MA 02124*
Phone number: ████████
Email address: ████████

I, ████████████, attest to the following:

I am submitting this attestation and additional materials in support of my application for a borrower defense to repayment discharge of my federal loans.

## SECTION II: PROGRAM INFORMATION

Campus Name and Location: *Everest-Brighton*
Enrollment Start Date (MM/YYYY): *1/2012*
Enrollment End Date (MM/YYYY): *4/2013 (finished externship 12/2012)*
Program Name: *Medical Assistant*
Credential Sought: *Certificate*
Graduation Status: *Graduated*

**1. Prior to my enrollment in this Everest program, one or more of the following occurred (check each that applies)**

☒ I received information about job placement rates related to my program of study through brochures advertising Everest's academic programs or other printed materials, including those provided by Everest representatives, recruiters, or employees.

☒ I received information about job placement rates related to my program of study through emails, online materials, or online disclosures from or by Everest.

☒ I received information about job placement rates related to my program of study through Everest's oral representations.

☒ Everest representatives, recruiters, or employees promised me that I would get a job if I graduated.

☒ Other:

> *When we first started, they told us that as a new graduate, we would make anywhere between $20 - $22/hour as a medical assistant, which is untrue. I graduated high honors, so I should have received a good job, but that did not happen . I did get a job as a medical assistant part-time because that's*

AGO-MA00107

> *all that was available to me. I was making $13/hour. We were told that we were guaranteed job placement assistance as long as we finished the program. But that did not happen. I got that job as a part-time medical assistant on my own from looking at websites.*

**2. Everest's misconduct affected my decision to enroll and take out student loans in the following ways (check each that applies)**

☒ I chose to enroll at Everest and take out student loans based, in substantial part, on the representation(s) listed above.

☒ I believed that the job placement rates related to my program of study or promise of a job indicated the level of quality an Everest education offered to students. I chose to enroll at Everest and take out student loans based, in substantial part, on the information I received about job placement related to my program of study and the quality of education I believed those placement representations indicated.

☐ Other:

**3. As a result of Everest's misconduct, I suffered harm in the following ways (check each that applies)**

☒ I applied for and received one or more federal loans to cover the cost of attendance of the Everest program in which I enrolled.

☐ Other:

> *The only reason I went to Everest was that it was a good story. I never wanted loans and I believe it's important not to quit, but it's been a hardship ever since.*

**4. I will provide documentation with additional information to confirm that I was enrolled in the program of study at Everest that I identified above, and was enrolled for the dates I provided above. (Suggested documents include transcripts and registration documents indicating the specific program of study at Everest and dates of enrollment.) (Check each that applies.)**

☐ As an attachment to this attestation, I have included such documents(s). The document(s) I have attached are:

☒ The Office of the Attorney General will gather and submit such document(s).

2

AG.EX3-042

**5. Everest's misconduct violated Massachusetts laws in the following ways (check each that applies)**

☒ The school's misconduct violated Massachusetts General Laws Chapter 93A, Section 2.

☒ The Office of the Attorney General will provide information about the violation of Massachusetts law.

## SECTION III: FEDERAL LOAN FORBEARANCE

☒ I do not want my repayment plan or forbearance status to change as a result of this attestation while my claim is being reviewed by the Department of Education.

## SECTION IV: CERTIFICATION

By signing this attestation I certify that:

I agree to provide, upon request, testimony, a sworn statement, or other documentation reasonably available to me that demonstrates to the satisfaction of the Department of Education or its designee that I meet the qualifications for borrower defense to repayment loan discharge.

All of the information I provided is true and complete to the best of my knowledge and I agree, if asked, to provide information reasonably available to me to the Department of Education that will verify the accuracy of my completed attestation.

I understand that the Department of Education has the authority to verify information reported on this application with other federal or state agencies or other entities. I authorize the Department of Education, along with its agents and contractors, to contact me regarding this request at the phone number above using automated dialing equipment or artificial or prerecorded voice or text messages.

I understand that if I purposely provided false or misleading information on this application, I may be subject to the penalties specified in 18 U.S. Code § 1001.

Signature: ▉▉▉▉▉▉▉▉▉▉

Date: 9/1/ ̶1̶9̶9̶ 2015 KH

*Rose Ursino 9/1/15*
*Notary Exp 6/2/2017*

ROSE URSINO
Notary Public
Commonwealth of Massachusetts
My Commission Expires
June 2, 2017

3

AGO-MA00109

**Ombudsman Group**
**Privacy Release Statement & Third Party Authorization**
*Please fill out all pertinent information. Please print clearly:*

Name: ███████████████

Address: ███████████████        City/State/Zip: ~~Dor~~ MA 02124

Home Phone: _____ Work Phone: _____ Cell Phone ████████
                                    (area code)                            (area code)

E-mail: ███████████████

Soc. Sec.#: ███████████        Date of Birth: ███████████

What is the best way to contact you? *Cell or email*

Please briefly describe your issues:

I am submitting a defense to repayment ("DTR") application for my federal student loans and/or am

applying for an income-driven repayment plan, deferment, or forbearance.  I want the Massachusetts

Attorney General's Office to be given access to information about my federal student loans, including

any applications that I submit for DTR, income-driven repayment, forbearance, or deferment.

*My signature on this page allows representatives of the United States Department of Education's Federal Student*
*Aid Ombudsman Group, to obtain, under the "Right to Privacy Act of 1974," any information requested and to*
*examine and/or copy any records related to my Federal Student Aid.  Third (3rd)-Party Authorization:  My*
*signature below also authorizes the third party listed below to contact the Ombudsman Group on my behalf to*
*discuss any and all issues regarding my Federal Student Aid.*

███████████████        *9/1/2015*
                                            Date

███████████████        *9/01/2015*
*Third (3rd) Party Signature*                            Date

*3rd Party Name:* ███████, on behalf of the Massachusetts Attorney General's Office
*Relationship To You:*  Employee of the Massachusetts Attorney General's Office

*3rd Party Address:* 1 Ashburton Place 18th Floor *3rd Party City/State/Zip Code:* Boston, MA 02108

*3rd Party E-mail address:* ████n@state.ma.us    *3rd Party Work Phone:* 617-963-████

*3rd Party Home Phone:* _____ *3rd Party Cell Phone:* _____ *Preferred Contact Method:* _____

*Return this form to:  Ombudsman Group, U.S. Department of Education, 4th Floor, UCP-3, MS: 5144,*
*830 First Street, N.E. Washington, DC  20202-5144.  You may fax the completed form to 202/275-*
*0549.  If you have any questions, please call 202/377-3800.*

# DEFENSE TO REPAYMENT APPLICATION

## SECTION I: BORROWER INFORMATION

First Name:
Middle Name:
Last Name:
Date of Birth:
Social Sec. # (last 4):
Address:                                    Watertown, MA 02472
Phone number:
Email address:

I, ▬▬▬▬▬▬▬ attest to the following:
I am submitting this attestation and additional materials in support of my application for a
borrower defense to repayment discharge of my federal loans.

## SECTION II: PROGRAM INFORMATION

Campus Name and Location: *Everest-Brighton*
Enrollment Start Date (MM/YYYY):        10/2011
Enrollment End Date (MM/YYYY):        06/2012
Program Name: *Medical Assistant*
Credential Sought: *Certificate*
Graduation Status: *Graduated*

**1. Prior to my enrollment in this Everest program, one or more of the following occurred
(check each that applies)**

☒ I received information about job placement rates related to my program of study through
brochures advertising Everest's academic programs or other printed materials, including those
provided by Everest representatives, recruiters, or employees.

☒ I received information about job placement rates related to my program of study through
emails, online materials, or online disclosures from or by Everest.

☒ I received information about job placement rates related to my program of study through
Everest's oral representations.

☒ Everest representatives, recruiters, or employees promised me that I would get a job if I
graduated.

☒ Other:

> *I also saw ads on TV for Everest, which prompted me to go online and do further research
> on Everest.*

**2. Everest's misconduct affected my decision to enroll and take out student loans in the
following ways (check each that applies)**

☒ I chose to enroll at Everest and take out student loans based, in substantial part, on the representation(s) listed above.

☒ I believed that the job placement rates related to my program of study or promise of a job indicated the level of quality an Everest education offered to students. I chose to enroll at Everest and take out student loans based, in substantial part, on the information I received about job placement related to my program of study and the quality of education I believed those placement representations indicated.

☐ Other:

**3. As a result of Everest's misconduct, I suffered harm in the following ways (check each that applies)**

☒ I applied for and received one or more federal loans to cover the cost of attendance of the Everest program in which I enrolled.

☒ Other:

> *I also took out a private loan through Genesis; I was harmed in doing this as well, because I only did so based on the job placement rates communicated to me by Everest.*

**4. I will provide documentation with additional information to confirm that I was enrolled in the program of study at Everest that I identified above, and was enrolled for the dates I provided above. (Suggested documents include transcripts and registration documents indicating the specific program of study at Everest and dates of enrollment.) (Check each that applies.), ba**

☐ As an attachment to this attestation, I have included such documents(s). The document(s) I have attached are:

☒ The Office of the Attorney General will gather and submit such document(s).

**5. Everest's misconduct violated Massachusetts laws in the following ways (check each that applies)**

☒ The school's misconduct violated Massachusetts General Laws Chapter 93A, Section 2.

☒ The Office of the Attorney General will provide information about the violation of Massachusetts law.

**SECTION III: FEDERAL LOAN FORBEARANCE**

☒ I do not want my repayment plan or forbearance status to change as a result of this attestation while my claim is being reviewed by the Department of Education.

AGO-MA00111

**SECTION IV: CERTIFICATION**

By signing this attestation I certify that:

I agree to provide, upon request, testimony, a sworn statement, or other documentation reasonably available to me that demonstrates to the satisfaction of the Department of Education or its designee that I meet the qualifications for borrower defense to repayment loan discharge.

All of the information I provided is true and complete to the best of my knowledge and I agree, if asked, to provide information reasonably available to me to the Department of Education that will verify the accuracy of my completed attestation.

I understand that the Department of Education has the authority to verify information reported on this application with other federal or state agencies or other entities. I authorize the Department of Education, along with its agents and contractors, to contact me regarding this request at the phone number above using automated dialing equipment or artificial or prerecorded voice or text messages.

I understand that if I purposely provided false or misleading information on this application, I may be subject to the penalties specified in 18 U.S. Code § 1001.

Signature:

Date:   09/01/2015

*Rose Ursino 9/1/15*
*Notary (Exp 6/2/2017)*

ROSE URSINO
Notary Public
Commonwealth of Massachusetts
My Commission Expires
June 2, 2017

3

AGO-MA00112

AG.EX3-047

## Ombudsman Group
### Privacy Release Statement & Third Party Authorization
*Please fill out all pertinent information. Please print clearly:*

| | |
|---|---|
| **Name:** █████████████████ | |
| **Address:** ████████████ | **City/State/Zip:** WATERTOWN MASS 02472 |
| **Home Phone** ████████ | **Work Phone:** _____ **Cell Phone** ████████ |
| (area code) | (area code) (area code) |
| **E-mail:** ████████████ | |
| **Soc. Sec.#:** ████████ | **Date of Birth:** ████████ |
| **What is the best way to contact you?** *Home or Email* | |

Please briefly describe your issues:

<u>I am submitting a defense to repayment ("DTR") application for my federal student loans and/or am</u>
<u>applying for an income-driven repayment plan, deferment, or forbearance.  I want the Massachusetts</u>
<u>Attorney General's Office to be given access to information about my federal student loans, including</u>
<u>any applications that I submit for DTR, income-driven repayment, forbearance, or deferment.</u>

*My signature on this page allows representatives of the United States Department of Education's Federal Student*
*Aid Ombudsman Group, to obtain, under the "Right to Privacy Act of 1974," any information requested and to*
*examine and/or copy any records related to my Federal Student Aid.  Third (3ʳᵈ)-Party Authorization:  My*
*signature below also authorizes the third party listed below to contact the Ombudsman Group on my behalf to*
*discuss any and all issues regarding my Federal Student Aid.*

████████████████          9/1/2015
                          ‾‾‾‾‾‾‾‾
                          *Date*

████████████████          9/1/2015
*Third (3ʳᵈ) Party Signature*    ‾‾‾‾‾‾‾‾
                          *Date*

**3ʳᵈ Party Name:** ████████ , on behalf of the Massachusetts Attorney General's Office
*Relationship To You:* Employee of the Massachusetts Attorney General's Office

*3ʳᵈ Party Address:* 1 Ashburton Place 18ᵗʰ Floor *3ʳᵈ Party City/State/Zip Code:* Boston, MA 02108

*3ʳᵈ Party E-mail address:* ████████@state.ma.us  *3ʳᵈ Party Work Phone:* 617-963-████

*3ʳᵈ Party Home Phone:* _____ *3ʳᵈ Party Cell Phone:* _____ *Preferred Contact Method:* _____

▫▫▫▫▫▫▫▫▫▫▫▫▫▫▫▫▫▫▫▫▫▫▫▫▫▫▫▫▫▫▫▫▫▫▫▫▫▫▫▫▫▫▫▫▫▫▫▫▫▫▫▫▫▫▫▫▫▫▫▫▫

*Return this form to:  Ombudsman Group, U.S. Department of Education, 4ᵗʰ Floor, UCP-3, MS: 5144,*
*830 First Street, N.E. Washington, DC  20202-5144.  You may fax the completed form to 202/275-*
*0549.  If you have any questions, please call 202/377-3800.*

AG.EX3-048

# DEFENSE TO REPAYMENT APPLICATION

## SECTION I: BORROWER INFORMATION

First Name: ███
Middle Name: ███
Last Name: ███
Date of Birth: ███
Social Security Number (last 4 digits): ███
Address: ███ *Dorchester, MA 02121*
Phone number: ███
Email address: ███

I, ███, attest to the following:

I am submitting this attestation and additional materials in support of my application for a borrower defense to repayment discharge of my federal loans.

## SECTION II: PROGRAM INFORMATION

Campus Name and Location: *Everest-Brighton*
Enrollment Start Date (MM/YYYY): *9/26/2011*
Enrollment End Date (MM/YYYY): *7/13/2012*
Program Name: *Medical Assistant*
Credential Sought: *Certificate*
Graduation Status: *Graduated*

**1. Prior to my enrollment in this Everest program, one or more of the following occurred (check each that applies)**

☒ I received information about job placement rates related to my program of study through brochures advertising Everest's academic programs or other printed materials, including those provided by Everest representatives, recruiters, or employees.

☒ I received information about job placement rates related to my program of study through emails, online materials, or online disclosures from or by Everest.

☒ I received information about job placement rates related to my program of study through Everest's oral representations.

☒ Everest representatives, recruiters, or employees promised me that I would get a job if I graduated.

☒ Other:

> *I was called by Everest (without solicitation while I was enrolled at a Community College), and I was excited about getting a job and enrolling in a short program where a job was guaranteed at the end, if I graduated. I chose Everest over other options, like a four-year bachelor's degree program, because I wanted a job quickly, and to be able to support myself. I was promised that if I did well (got an A or B) that I would get a job more quickly (and everyone who did well was guaranteed a job); however, that did not happen. Despite doing well with the coursework, I did not secure a job in field. The certificate did not help me get a*

AGO-MA00113

AG.EX3-049

> *job as a medical assistant. The job placement services did not help. All of my interviewers at prospective jobs stated that I needed 4+ years of experience in field, which clearly I did not have. I was a promised an externship in a medical office, and I was placed in a chiropractic office, which has not helped me secure employment in a hospital or a doctor's office. I have been told this experience is not counted by medical offices that I have applied to work for. I was also promised by an Everest representative an hourly wage of $18-$20/hr, but I haven't even secured a job.*

**2. Everest's misconduct affected my decision to enroll and take out student loans in the following ways (check each that applies)**

☒ I chose to enroll at Everest and take out student loans based, in substantial part, on the representation(s) listed above.

☒ I believed that the job placement rates related to my program of study or promise of a job indicated the level of quality an Everest education offered to students. I chose to enroll at Everest and take out student loans based, in substantial part, on the information I received about job placement related to my program of study and the quality of education I believed those placement representations indicated.

☐ Other:

**3. As a result of Everest's misconduct, I suffered harm in the following ways (check each that applies)**

☒ I applied for and received one or more federal loans to cover the cost of attendance of the Everest program in which I enrolled.

☒ Other:

> *I could have spent those nine months continuing my education at Bunker Hill (a much less expensive educational option), where I was doing well in a four year program, or working, but not wasting my time at Everest. I still haven't secured a job in-field, and I could have chosen a different field, or finished my degree at Bunker Hill Community College.*

**4. I will provide documentation with additional information to confirm that I was enrolled in the program of study at Everest that I identified above, and was enrolled for the dates I provided above. (Suggested documents include transcripts and registration documents indicating the specific program of study at Everest and dates of enrollment.) (Check each that applies.)**

☐ As an attachment to this attestation, I have included such documents(s). The document(s) I have attached are:

☒ The Office of the Attorney General will gather and submit such document(s).

2

AGO-MA00114

**5. Everest's misconduct violated Massachusetts laws in the following ways (check each that applies)**

☒ The school's misconduct violated Massachusetts General Laws Chapter 93A, Section 2.

☒ The Office of the Attorney General will provide information about the violation of Massachusetts law.

## SECTION III: FEDERAL LOAN FORBEARANCE

☒ I do not want my repayment plan or forbearance status to change as a result of this attestation while my claim is being reviewed by the Department of Education.

## SECTION IV: CERTIFICATION

By signing this attestation I certify that:

I agree to provide, upon request, testimony, a sworn statement, or other documentation reasonably available to me that demonstrates to the satisfaction of the Department of Education or its designee that I meet the qualifications for borrower defense to repayment loan discharge.

All of the information I provided is true and complete to the best of my knowledge and I agree, if asked, to provide information reasonably available to me to the Department of Education that will verify the accuracy of my completed attestation.

I understand that the Department of Education has the authority to verify information reported on this application with other federal or state agencies or other entities. I authorize the Department of Education, along with its agents and contractors, to contact me regarding this request at the phone number above using automated dialing equipment or artificial or prerecorded voice or text messages.

I understand that if I purposely provided false or misleading information on this application, I may be subject to the penalties specified in 18 U.S. Code § 1001.

Signature ▮▮▮▮▮▮▮▮▮▮▮

Date: 09/01/15

3

**Ombudsman Group**
**Privacy Release Statement & Third Party Authorization**
*Please fill out all pertinent information. Please print clearly:*

| | |
|---|---|
| Name: ███████ | |
| Address: ███████ | City/State/Zip: ███ ██████, AA 02121 |
| Home Phone: _____ | Work Phone: _____ Cell Phone: ███████ |
| (area code) | (area code)         (area code) |
| E-mail: ███████ | |
| Soc. Sec.#: ███████ | Date of Birth: ███████ |
| What is the best way to contact you? ███████ | |

Please briefly describe your issues:

I am submitting a defense to repayment ("DTR") application for my federal student loans and/or am applying for an income-driven repayment plan, deferment, or forbearance.  I want the Massachusetts Attorney General's Office to be given access to information about my federal student loans, including any applications that I submit for DTR, income-driven repayment, forbearance, or deferment.

*My signature on this page allows representatives of the United States Department of Education's Federal Student Aid Ombudsman Group, to obtain, under the "Right to Privacy Act of 1974," any information requested and to examine and/or copy any records related to my Federal Student Aid.  Third (3ʳᵈ)-Party Authorization:  My signature below also authorizes the third party listed below to contact the Ombudsman Group on my behalf to discuss any and all issues regarding my Federal Student Aid.*

███████            9/1/2015
Signature                 Date

███████            9/1/15
Third (3ʳᵈ) Party Signature          Date

3ʳᵈ Party Name: ███████, on behalf of the Massachusetts Attorney General's Office
Relationship To You:  Employee of the Massachusetts Attorney General's Office

3ʳᵈ Party Address: 1 Ashburton Place 18ᵗʰ Floor 3ʳᵈ Party City/State/Zip Code: Boston, MA 02108

3ʳᵈ Party E-mail address: ███████@state.ma.us   3ʳᵈ Party Work Phone: 617-963-████

3ʳᵈ Party Home Phone: _____ 3ʳᵈ Party Cell Phone: _____ Preferred Contact Method: _____

*Return this form to:  Ombudsman Group, U.S. Department of Education, 4ᵗʰ Floor, UCP-3, MS: 5144, 830 First Street, N.E. Washington, DC  20202-5144.  You may fax the completed form to 202/275-0549.  If you have any questions, please call 202/377-3800.*

**AG.EX3-052**

# DEFENSE TO REPAYMENT APPLICATION

## SECTION I: BORROWER INFORMATION

First Name: ▮▮▮
Middle Name: ▮▮
Last Name: ▮▮▮
Date of Birth:▮▮▮▮▮▮
Social Security Number (last 4 digits): ▮▮▮
Address: ▮▮▮▮▮▮▮▮▮▮, *MA 02122*
Phone number: ▮▮▮▮▮▮▮▮
Email address:

I, _____▮▮▮▮_____, attest to the following:

I am submitting this attestation and additional materials in support of my application for a borrower defense to repayment discharge of my federal loans.

## SECTION II: PROGRAM INFORMATION

Campus Name and Location: *Everest-Brighton*
Enrollment Start Date (MM/YYYY): 06/2012
Enrollment End Date (MM/YYYY): *01/2013*
Program Name: *Medical Assistant*
Credential Sought: *Certificate*
Graduation Status: *Withdrew (voluntary)*

**1. Prior to my enrollment in this Everest program, one or more of the following occurred (check each that applies)**

☐ I received information about job placement rates related to my program of study through brochures advertising Everest's academic programs or other printed materials, including those provided by Everest representatives, recruiters, or employees.

☐ I received information about job placement rates related to my program of study through emails, online materials, or online disclosures from or by Everest.

☐ I received information about job placement rates related to my program of study through Everest's oral representations.

☒ Everest representatives, recruiters, or employees promised me that I would get a job if I graduated.

☒ Other:

> *Everest assured me that I would get a job after graduation, and that I would get paid $25 per hour.*

**2. Everest's misconduct affected my decision to enroll and take out student loans in the following ways (check each that applies)**

**AGO-MA00116**

AG.EX3-053

☒ I chose to enroll at Everest and take out student loans based, in substantial part, on the representation(s) listed above.

☒ I believed that the job placement rates related to my program of study or promise of a job indicated the level of quality an Everest education offered to students. I chose to enroll at Everest and take out student loans based, in substantial part, on the information I received about job placement related to my program of study and the quality of education I believed those placement representations indicated.

☐ Other:

**3. As a result of Everest's misconduct, I suffered harm in the following ways (check each that applies)**

☒ I applied for and received one or more federal loans to cover the cost of attendance of the Everest program in which I enrolled.

☒ Other:

> *I have federal loans and am having trouble paying them back. I quit my job to attend Everest, and haven't gotten a job in the medical field.*

**4. I will provide documentation with additional information to confirm that I was enrolled in the program of study at Everest that I identified above, and was enrolled for the dates I provided above. (Suggested documents include transcripts and registration documents indicating the specific program of study at Everest and dates of enrollment.) (Check each that applies.)**

☐ As an attachment to this attestation, I have included such documents(s). The document(s) I have attached are:

☒ The Office of the Attorney General will gather and submit such document(s).

**5. Everest's misconduct violated Massachusetts laws in the following ways (check each that applies)**

☒ The school's misconduct violated Massachusetts General Laws Chapter 93A, Section 2.

☒ The Office of the Attorney General will provide information about the violation of Massachusetts law.

**SECTION III: FEDERAL LOAN FORBEARANCE**

☒ I do not want my repayment plan or forbearance status to change as a result of this attestation while my claim is being reviewed by the Department of Education.

AGO-MA00117

## SECTION IV: CERTIFICATION

By signing this attestation I certify that:

I agree to provide, upon request, testimony, a sworn statement, or other documentation reasonably available to me that demonstrates to the satisfaction of the Department of Education or its designee that I meet the qualifications for borrower defense to repayment loan discharge.

All of the information I provided is true and complete to the best of my knowledge and I agree, if asked, to provide information reasonably available to me to the Department of Education that will verify the accuracy of my completed attestation.

I understand that the Department of Education has the authority to verify information reported on this application with other federal or state agencies or other entities. I authorize the Department of Education, along with its agents and contractors, to contact me regarding this request at the phone number above using automated dialing equipment or artificial or prerecorded voice or text messages.

I understand that if I purposely provided false or misleading information on this application, I may be subject to the penalties specified in 18 U.S. Code § 1001.

Signature

Date: _____ 9/1/15

*Rose Ursino 9/1/15*
*Notary (Exp 6/2/2017)*

ROSE URSINO
Notary Public
Commonwealth of Massachusetts
My Commission Expires
June 2, 2017

3

AGO-MA00118

**Ombudsman Group**
**Privacy Release Statement & Third Party Authorization**
*Please fill out all pertinent information. Please print clearly:*

Name: ████████████████████

Address: ████████████████████  City/State/Zip: Dorchester MA 0102

Home Phone: _____  Work Phone: _____  Cell Phone: ████████████
                                                                    (area code)

E-mail: ████████████████

Soc. Sec.#: ████████  Date of Birth: ████████████

What is the best way to contact you? Phone

**Please briefly describe your issues:**

I am submitting a defense to repayment ("DTR") application for my federal student loans and/or am

applying for an income-driven repayment plan, deferment, or forbearance.  I want the Massachusetts

Attorney General's Office to be given access to information about my federal student loans, including

any applications that I submit for DTR, income-driven repayment, forbearance, or deferment.

*My signature on this page allows representatives of the United States Department of Education's Federal Student Aid Ombudsman Group, to obtain, under the "Right to Privacy Act of 1974," any information requested and to examine and/or copy any records related to my Federal Student Aid. Third (3rd)-Party Authorization: My signature below also authorizes the third party listed below to contact the Ombudsman Group on my behalf to discuss any and all issues regarding my Federal Student Aid.*

████████████████  _____   9/1/2015
                                                   Date

████████████████  _____   9/1/15
Third (3rd) Party Signature                       Date

3rd Party Name: ████████, on behalf of the Massachusetts Attorney General's Office

Relationship To You: Employee of the Massachusetts Attorney General's Office

3rd Party Address: 1 Ashburton Place 18th Floor 3rd Party City/State/Zip Code: Boston, MA 02108

3rd Party E-mail address: ████████@state.ma.us   3rd Party Work Phone: 617-963-████

3rd Party Home Phone: _____  3rd Party Cell Phone: _____  Preferred Contact Method: _____

*Return this form to: Ombudsman Group, U.S. Department of Education, 4th Floor, UCP-3, MS: 5144, 830 First Street, N.E. Washington, DC 20202-5144.  You may fax the completed form to 202/275-0549.  If you have any questions, please call 202/377-3800.*

AG.EX3-056

# DEFENSE TO REPAYMENT APPLICATION

## SECTION I: BORROWER INFORMATION

First Name: █████████
Middle Name:
Last Name: ████
Date of Birth: ████████
Social Security Number (last 4 digits): ████
Address: ████████████
Phone number: ██████████
Email address: █████████████

I, █████████████ attest to the following:

I am submitting this attestation and additional materials in support of my application for a borrower defense to repayment discharge of my federal loans.

## SECTION II: PROGRAM INFORMATION

Campus Name and Location: *Everest-Brighton*
Enrollment Start Date (MM/YYYY): 6/2012
Enrollment End Date (MM/YYYY): *1/2013*
Program Name: *Medical Assistant*
Credential Sought: *Certificate*
Graduation Status: *Withdrew (voluntary)*

**1. Prior to my enrollment in this Everest program, one or more of the following occurred (check each that applies)**

☐ I received information about job placement rates related to my program of study through brochures advertising Everest's academic programs or other printed materials, including those provided by Everest representatives, recruiters, or employees.

☐ I received information about job placement rates related to my program of study through emails, online materials, or online disclosures from or by Everest.

☐ I received information about job placement rates related to my program of study through Everest's oral representations.

☒ Everest representatives, recruiters, or employees promised me that I would get a job if I graduated.

☒ Other:

> *Everest also said I'd make $25/hour.*

**2. Everest's misconduct affected my decision to enroll and take out student loans in the following ways (check each that applies)**

☒ I chose to enroll at Everest and take out student loans based, in substantial part, on the representation(s) listed above.

AGO-MA00119

☒ I believed that the job placement rates related to my program of study or promise of a job indicated the level of quality an Everest education offered to students. I chose to enroll at Everest and take out student loans based, in substantial part, on the information I received about job placement related to my program of study and the quality of education I believed those placement representations indicated.

☐ Other:

**3. As a result of Everest's misconduct, I suffered harm in the following ways (check each that applies)**

☒ I applied for and received one or more federal loans to cover the cost of attendance of the Everest program in which I enrolled.

☐ Other:

> *I'm having trouble paying back my loans.*

**4. I will provide documentation with additional information to confirm that I was enrolled in the program of study at Everest that I identified above, and was enrolled for the dates I provided above. (Suggested documents include transcripts and registration documents indicating the specific program of study at Everest and dates of enrollment.) (Check each that applies.)**

☐ As an attachment to this attestation, I have included such documents(s). The document(s) I have attached are:

☒ The Office of the Attorney General will gather and submit such document(s).

**5. Everest's misconduct violated Massachusetts laws in the following ways (check each that applies)**

☒ The school's misconduct violated Massachusetts General Laws Chapter 93A, Section 2.

☒ The Office of the Attorney General will provide information about the violation of Massachusetts law.

**SECTION III: FEDERAL LOAN FORBEARANCE**

☒ I do not want my repayment plan or forbearance status to change as a result of this attestation while my claim is being reviewed by the Department of Education.

AGO-MA00120

**SECTION IV: CERTIFICATION**

By signing this attestation I certify that:

I agree to provide, upon request, testimony, a sworn statement, or other documentation reasonably available to me that demonstrates to the satisfaction of the Department of Education or its designee that I meet the qualifications for borrower defense to repayment loan discharge.

All of the information I provided is true and complete to the best of my knowledge and I agree, if asked, to provide information reasonably available to me to the Department of Education that will verify the accuracy of my completed attestation.

I understand that the Department of Education has the authority to verify information reported on this application with other federal or state agencies or other entities. I authorize the Department of Education, along with its agents and contractors, to contact me regarding this request at the phone number above using automated dialing equipment or artificial or prerecorded voice or text messages.

I understand that if I purposely provided false or misleading information on this application, I may be subject to the penalties specified in 18 U.S. Code § 1001.

Signature

Date:  9/1/15

*Rose Ursino  9/1/15*
*Notary  (Exp 6/2/2017)*

ROSE URSINO
Notary Public
Commonwealth of Massachusetts
My Commission Expires
June 2, 2017

3

## Ombudsman Group
## Privacy Release Statement & Third Party Authorization
*Please fill out all pertinent information. Please print clearly:*

Name: ▮▮▮▮▮▮▮▮▮▮▮

Address: ▮▮▮▮▮▮▮▮▮▮   City/State/Zip: Dorchester MA 02122

Home Phone: ▮▮▮▮▮   Work Phone: ▮▮▮▮▮   Cell Phone: ▮▮▮▮▮
(area code)

E-mail: ▮▮▮▮▮▮

Soc. Sec.#: ▮▮▮▮▮   Date of Birth: ▮▮▮▮▮

What is the best way to contact you? _Phone_

Please briefly describe your issues:

I am submitting a defense to repayment ("DTR") application for my federal student loans and/or am applying for an income-driven repayment plan, deferment, or forbearance.   I want the Massachusetts Attorney General's Office to be given access to information about my federal student loans, including any applications that I submit for DTR, income-driven repayment, forbearance, or deferment.

*My signature on this page allows representatives of the United States Department of Education's Federal Student Aid Ombudsman Group, to obtain, under the "Right to Privacy Act of 1974," any information requested and to examine and/or copy any records related to my Federal Student Aid. Third (3rd)-Party Authorization: My signature below also authorizes the third party listed below to contact the Ombudsman Group on my behalf to discuss any and all issues regarding my Federal Student Aid.*

▮▮▮▮▮▮▮▮   9/1/2015
   Date

▮▮▮▮▮▮▮▮   9/1/15
   Date

3rd Party Name: ▮▮▮▮▮, on behalf of the Massachusetts Attorney General's Office
Relationship To You: Employee of the Massachusetts Attorney General's Office

3rd Party Address: 1 Ashburton Place 18th Floor 3rd Party City/State/Zip Code: Boston, MA 02108

3rd Party E-mail address: ▮▮▮▮@state.ma.us   3rd Party Work Phone: 617-963-▮▮▮▮

3rd Party Home Phone: _____ 3rd Party Cell Phone: _____ Preferred Contact Method: _____

*Return this form to: Ombudsman Group, U.S. Department of Education, 4th Floor, UCP-3, MS: 5144, 830 First Street, N.E. Washington, DC 20202-5144. You may fax the completed form to 202/275-0549. If you have any questions, please call 202/377-3800.*

AG.EX3-060

# DEFENSE TO REPAYMENT APPLICATION

## SECTION I: BORROWER INFORMATION

First Name: ███
Middle Name: ███
Last Name: ███
Date of Birth: ███
Social Security Number (last 4 digits): ███
Address: ███ *Dorchester, MA 02121*
Phone number: ███
Email address: ███

I, ███ attest to the following:

I am submitting this attestation and additional materials in support of my application for a borrower defense to repayment discharge of my federal loans.

## SECTION II: PROGRAM INFORMATION

Campus Name and Location: *Everest-Brighton*
Enrollment Start Date (MM/YYYY): *July 2011*
Enrollment End Date (MM/YYYY): *April 2012*
Program Name: *Medical Assistant*
Credential Sought: *Certificate*
Graduation Status: *Graduated*

**1. Prior to my enrollment in this Everest program, one or more of the following occurred (check each that applies)**

☐ I received information about job placement rates related to my program of study through brochures advertising Everest's academic programs or other printed materials, including those provided by Everest representatives, recruiters, or employees.

☐ I received information about job placement rates related to my program of study through emails, online materials, or online disclosures from or by Everest.

☒ I received information about job placement rates related to my program of study through Everest's oral representations.

☐ Everest representatives, recruiters, or employees promised me that I would get a job if I graduated.

☒ Other:

> *We were told we were guaranteed a job.*
>
> *We were told would be paid $16 an hours. I am currently making $14.75.*

AGO-MA00122

> *They said you would have one-on-one training. It was more like group training, not one-on-one.*
>
> *They said space was limited, but it wasn't true. There was a new student each week.*

**2. Everest's misconduct affected my decision to enroll and take out student loans in the following ways (check each that applies)**

☒ I chose to enroll at Everest and take out student loans based, in substantial part, on the representation(s) listed above.

☒ I believed that the job placement rates related to my program of study or promise of a job indicated the level of quality an Everest education offered to students. I chose to enroll at Everest and take out student loans based, in substantial part, on the information I received about job placement related to my program of study and the quality of education I believed those placement representations indicated.

☐ Other:

**3. As a result of Everest's misconduct, I suffered harm in the following ways (check each that applies)**

☒ I applied for and received one or more federal loans to cover the cost of attendance of the Everest program in which I enrolled.

☐ Other:

**4. I will provide documentation with additional information to confirm that I was enrolled in the program of study at Everest that I identified above, and was enrolled for the dates I provided above. (Suggested documents include transcripts and registration documents indicating the specific program of study at Everest and dates of enrollment.) (Check each that applies.)**

☐ As an attachment to this attestation, I have included such documents(s). The document(s) I have attached are:

☒ The Office of the Attorney General will gather and submit such document(s).

**5. Everest's misconduct violated Massachusetts laws in the following ways (check each that applies)**

AGO-MA00123

AG.EX3-062

☒ The school's misconduct violated Massachusetts General Laws Chapter 93A, Section 2.

☒ The Office of the Attorney General will provide information about the violation of Massachusetts law.

## SECTION III: FEDERAL LOAN FORBEARANCE

☒ I do not want my repayment plan or forbearance status to change as a result of this attestation while my claim is being reviewed by the Department of Education.

## SECTION IV: CERTIFICATION

By signing this attestation I certify that:

I agree to provide, upon request, testimony, a sworn statement, or other documentation reasonably available to me that demonstrates to the satisfaction of the Department of Education or its designee that I meet the qualifications for borrower defense to repayment loan discharge.

All of the information I provided is true and complete to the best of my knowledge and I agree, if asked, to provide information reasonably available to me to the Department of Education that will verify the accuracy of my completed attestation.

I understand that the Department of Education has the authority to verify information reported on this application with other federal or state agencies or other entities. I authorize the Department of Education, along with its agents and contractors, to contact me regarding this request at the phone number above using automated dialing equipment or artificial or prerecorded voice or text messages.

I understand that if I purposely provided false or misleading information on this application, I may be subject to the penalties specified in 18 U.S. Code § 1001.

Signature: ▮▮▮▮▮▮▮▮▮▮▮▮

Date: _9/1/2015_

ROSE URSINO
Notary Public
Commonwealth of Massachusetts
My Commission Expires
June 2, 2017

_Rose Ursino_
_Notary Public_
_9/1/15_

AGO-MA00124

3

**Ombudsman Group**
**Privacy Release Statement & Third Party Authorization**
*Please fill out all pertinent information. Please print clearly:*

Name:_____

Address:_____ City/State/Zip:_____

Home Phone:_____ Work Phone:_____ Cell Phone:_____
                    (area code)              (area code)                 (area code)

E-mail:_____

Soc. Sec.#:_____-_____-_____ Date of Birth:_____-_____-_____

What is the best way to contact you?_____

Please briefly describe your issues:

<u>I am submitting a defense to repayment ("DTR") application for my federal student loans and/or am</u>
<u>applying for an income-driven repayment plan, deferment, or forbearance. I want the Massachusetts</u>
<u>Attorney General's Office to be given access to information about my federal student loans, including</u>
<u>any applications that I submit for DTR, income-driven repayment, forbearance, or deferment.</u>

*My signature on this page allows representatives of the United States Department of Education's Federal Student*
*Aid Ombudsman Group, to obtain, under the "Right to Privacy Act of 1974," any information requested and to*
*examine and/or copy any records related to my Federal Student Aid. Third (3rd)-Party Authorization: My*
*signature below also authorizes the third party listed below to contact the Ombudsman Group on my behalf to*
*~~discuss ... ... ... Federal Student Aid.~~*

_____   9/1/2015
                                                       Date

_____   9/1/2015
*Third (3rd) Party Signature*                   Date

3rd Party Name: ▆▆▆▆▆▆ on behalf of the Massachusetts Attorney General's Office
*Relationship To You:* Employee of the Massachusetts Attorney General's Office

3rd Party Address: 1 Ashburton Place 18th Floor 3rd Party City/State/Zip Code: Boston, MA 02108

3rd Party E-mail address: ▆▆▆▆@state.ma.us   3rd Party Work Phone: 617-96▆▆

3rd Party Home Phone:_____ 3rd Party Cell Phone:_____ Preferred Contact Method:_____

*Return this form to: Ombudsman Group, U.S. Department of Education, 4th Floor, UCP-3, MS: 5144,*
*830 First Street, N.E. Washington, DC 20202-5144. You may fax the completed form to 202/275-*
*0549. If you have any questions, please call 202/377-3800.*

# DEFENSE TO REPAYMENT APPLICATION

## SECTION I: BORROWER INFORMATION

First Name: ████
Middle Name: ███
Last Name: ████
Date of Birth: ████
Social Security Number (last 4 digits) ████
Address: ████ ██ *L Lynn, MA 01901*
Phone number: ████
Email address: ████

I, _____ ████, attest to the following:

I am submitting this attestation and additional materials in support of my application for a borrower defense to repayment discharge of my federal loans.

## SECTION II: PROGRAM INFORMATION

Campus Name and Location: *Everest-Chelsea*
Enrollment Start Date (MM/YYYY):
Enrollment End Date (MM/YYYY):
Program Name: *Medical Assistant*
Credential Sought: *Certificate*
Graduation Status: *Graduated*

**1. Prior to my enrollment in this Everest program, one or more of the following occurred (check each that applies)**

☑ I received information about job placement rates related to my program of study through brochures advertising Everest's academic programs or other printed materials, including those provided by Everest representatives, recruiters, or employees.

☐ I received information about job placement rates related to my program of study through emails, online materials, or online disclosures from or by Everest.

☒ I received information about job placement rates related to my program of study through Everest's oral representations.

☒ Everest representatives, recruiters, or employees promised me that I would get a job if I graduated.

☒ Other:

> *I was told if I didn't sign up right away I wouldn't be able to later. They promised they would help me find a job and they did not help.*

**2. Everest's misconduct affected my decision to enroll and take out student loans in the following ways (check each that applies)**

☒ I chose to enroll at Everest and take out student loans based, in substantial part, on the representation(s) listed above.

☒ I believed that the job placement rates related to my program of study or promise of a job indicated the level of quality an Everest education offered to students. I chose to enroll at Everest and take out student loans based, in substantial part, on the information I received about job placement related to my program of study and the quality of education I believed those placement representations indicated.

☐ Other:

**3. As a result of Everest's misconduct, I suffered harm in the following ways (check each that applies)**

☒ I applied for and received one or more federal loans to cover the cost of attendance of the Everest program in which I enrolled.

☐ Other:

> *I started receiving bills while I was still in schoo. They made me take out loans under my parents' names.*

**4. I will provide documentation with additional information to confirm that I was enrolled in the program of study at Everest that I identified above, and was enrolled for the dates I provided above. (Suggested documents include transcripts and registration documents indicating the specific program of study at Everest and dates of enrollment.) (Check each that applies.)**

☐ As an attachment to this attestation, I have included such documents(s). The document(s) I have attached are:

☒ The Office of the Attorney General will gather and submit such document(s).

**5. Everest's misconduct violated Massachusetts laws in the following ways (check each that applies)**

☒ The school's misconduct violated Massachusetts General Laws Chapter 93A, Section 2.

☒ The Office of the Attorney General will provide information about the violation of Massachusetts law.

**SECTION III: FEDERAL LOAN FORBEARANCE**

☒ I do not want my repayment plan or forbearance status to change as a result of this attestation while my claim is being reviewed by the Department of Education.

AGO-MA00126

## SECTION IV: CERTIFICATION

By signing this attestation I certify that:

I agree to provide, upon request, testimony, a sworn statement, or other documentation reasonably available to me that demonstrates to the satisfaction of the Department of Education or its designee that I meet the qualifications for borrower defense to repayment loan discharge.

All of the information I provided is true and complete to the best of my knowledge and I agree, if asked, to provide information reasonably available to me to the Department of Education that will verify the accuracy of my completed attestation.

I understand that the Department of Education has the authority to verify information reported on this application with other federal or state agencies or other entities. I authorize the Department of Education, along with its agents and contractors, to contact me regarding this request at the phone number above using automated dialing equipment or artificial or prerecorded voice or text messages.

I understand that if I purposely provided false or misleading information on this application, I may be ▮▮▮▮▮▮▮▮▮▮▮ties specified in 18 U.S. Code § 1001.

Signat▮▮▮▮▮▮▮▮▮▮

Date: ____9 – 1 – 15____

*Rose Ursino 9/1/15*
*Notary (Exp 6/2/2017)*

ROSE URSINO
Notary Public
Commonwealth of Massachusetts
My Commission Expires
June 2, 2017

3

AG.EX3-067

## Ombudsman Group
## Privacy Release Statement & Third Party Authorization
*Please fill out all pertinent information. Please print clearly:*

Name: ██████████████████████

Address: ████████████████████   City/State/Zip: ████████████████

Home Phone: ████████████   Work Phone: _____   Cell Phone: _____
                              (area code)                    (area code)

E-mail: ████████████████

Soc. Sec.#: ████████████   Date of Birth ██████████████████

What is the best way to contact you? _____

Please briefly describe your issues:

I am submitting a defense to repayment ("DTR") application for my federal student loans and/or am
applying for an income-driven repayment plan, deferment, or forbearance.   I want the Massachusetts
Attorney General's Office to be given access to information about my federal student loans, including
any applications that I submit for DTR, income-driven repayment, forbearance, or deferment.

*My signature on this page allows representatives of the United States Department of Education's Federal Student
Aid Ombudsman Group, to obtain, under the "Right to Privacy Act of 1974," any information requested and to
examine and/or copy any records related to my Federal Student Aid. Third (3rd)-Party Authorization: My
signature below also authorizes the third party listed below to contact the Ombudsman Group on my behalf to
discuss any and all issues regarding my Federal Student Aid.*

████████████████████   9/1/2015
Signature                Date

████████████████   9-1-15
Third (3rd) Party Signature   Date

3rd Party Name: ██████████, on behalf of the Massachusetts Attorney General's Office
Relationship To You:  Employee of the Massachusetts Attorney General's Office

3rd Party Address: 1 Ashburton Place 18th Floor 3rd Party City/State/Zip Code: Boston, MA 02108

3rd Party E-mail address: █████████n@state.ma.us   3rd Party Work Phone: 617-963-███

3rd Party Home Phone: _____ 3rd Party Cell Phone: _____ Preferred Contact Method: _____

□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□□

*Return this form to:  Ombudsman Group, U.S. Department of Education, 4th Floor, UCP-3, MS: 5144,
830 First Street, N.E. Washington, DC  20202-5144.  You may fax the completed form to 202/275-
0549.  If you have any questions, please call 202/377-3800.*

**AG.EX3-068**

# DEFENSE TO REPAYMENT APPLICATION

## SECTION I: BORROWER INFORMATION

First Name: ▮▮▮▮
Middle Name:
Last Name: ▮▮▮▮▮
Date of Birth:
Social Security Number (last 4 digits) ▮▮▮
Address: ▮▮▮▮▮▮▮ *Hudson, MA 01749*
Phone number: ▮▮▮▮
Email address: ▮▮▮▮▮▮▮

I, ▮▮▮▮▮▮▮▮, attest to the following:

I am submitting this attestation and additional materials in support of my application for a borrower defense to repayment discharge of my federal loans.

## SECTION II: PROGRAM INFORMATION

Campus Name and Location: *Everest-Brighton*
Enrollment Start Date (MM/YYYY): *March 2012*
Enrollment End Date (MM/YYYY): *March 2013*
Program Name: *Medical Assistant*
Credential Sought: *Certificate*
Graduation Status: *Graduated*

**1. Prior to my enrollment in this Everest program, one or more of the following occurred (check each that applies)**

☒ I received information about job placement rates related to my program of study through brochures advertising Everest's academic programs or other printed materials, including those provided by Everest representatives, recruiters, or employees.

☐ I received information about job placement rates related to my program of study through emails, online materials, or online disclosures from or by Everest.

☒ I received information about job placement rates related to my program of study through Everest's oral representations.

☒ Everest representatives, recruiters, or employees promised me that I would get a job if I graduated.

☒ Other:

> *Everest called me several times a day.  When I decided to enroll, Everest promised I would make $18-$20/hour.*

**2. Everest's misconduct affected my decision to enroll and take out student loans in the following ways (check each that applies)**

**AGO-MA00128**

AG.EX3-069

☒ I chose to enroll at Everest and take out student loans based, in substantial part, on the representation(s) listed above.

☒ I believed that the job placement rates related to my program of study or promise of a job indicated the level of quality an Everest education offered to students. I chose to enroll at Everest and take out student loans based, in substantial part, on the information I received about job placement related to my program of study and the quality of education I believed those placement representations indicated.

☐ Other:

**3. As a result of Everest's misconduct, I suffered harm in the following ways (check each that applies)**

☒ I applied for and received one or more federal loans to cover the cost of attendance of the Everest program in which I enrolled.

☐ Other:

☐

**4. I will provide documentation with additional information to confirm that I was enrolled in the program of study at Everest that I identified above, and was enrolled for the dates I provided above. (Suggested documents include transcripts and registration documents indicating the specific program of study at Everest and dates of enrollment.) (Check each that applies.)**

☐ As an attachment to this attestation, I have included such documents(s). The document(s) I have attached are:

☐

☒ The Office of the Attorney General will gather and submit such document(s).

**5. Everest's misconduct violated Massachusetts laws in the following ways (check each that applies)**

☒ The school's misconduct violated Massachusetts General Laws Chapter 93A, Section 2.

☒ The Office of the Attorney General will provide information about the violation of Massachusetts law.

**SECTION III: FEDERAL LOAN FORBEARANCE**

☒ I do not want my repayment plan or forbearance status to change as a result of this attestation while my claim is being reviewed by the Department of Education.

AGO-MA00129

**AG.EX3-070**

**SECTION IV: CERTIFICATION**

By signing this attestation I certify that:

I agree to provide, upon request, testimony, a sworn statement, or other documentation reasonably available to me that demonstrates to the satisfaction of the Department of Education or its designee that I meet the qualifications for borrower defense to repayment loan discharge.

All of the information I provided is true and complete to the best of my knowledge and I agree, if asked, to provide information reasonably available to me to the Department of Education that will verify the accuracy of my completed attestation.

I understand that the Department of Education has the authority to verify information reported on this application with other federal or state agencies or other entities. I authorize the Department of Education, along with its agents and contractors, to contact me regarding this request at the phone number above using automated dialing equipment or artificial or prerecorded voice or text messages.

I understand that if I purposely provided false or misleading information on this application, I may be subject to the penalties specified in 18 U.S. Code § 1001.

Signature: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Date: 9/1/15

*Rose Ursino 9/1/15*
*Notary (Exp 6/2/2017)*

ROSE URSINO
Notary Public
Commonwealth of Massachusetts
My Commission Expires
June 2, 2017

3

AGO-MA00130

## Ombudsman Group
## Privacy Release Statement & Third Party Authorization
*Please fill out all pertinent information. Please print clearly:*

Name: ▮▮▮▮▮▮▮▮▮▮▮▮▮

Address: ▮▮▮▮▮▮▮▮▮▮    City/State/Zip: Hudson MA 01749

Home Phone: ▮▮▮▮▮   Work Phone: _____   Cell Phone: _____

E-mail ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Soc. Sec.#: _____ - ___ - _____   Date of Birth ▮▮▮▮▮▮▮

What is the best way to contact you? Cell (home)

Please briefly describe your issues:

I am submitting a defense to repayment ("DTR") application for my federal student loans and/or am

applying for an income-driven repayment plan, deferment, or forbearance.   I want the Massachusetts

Attorney General's Office to be given access to information about my federal student loans, including

any applications that I submit for DTR, income-driven repayment, forbearance, or deferment.

*My signature on this page allows representatives of the United States Department of Education's Federal Student Aid Ombudsman Group, to obtain, under the "Right to Privacy Act of 1974," any information requested and to examine and/or copy any records related to my Federal Student Aid. Third (3rd)-Party Authorization: My signature below also authorizes the third party listed below to contact the Ombudsman Group on my behalf to* ~~discuss any and all issues regarding my Federal Student Aid.~~

▮▮▮▮▮▮▮▮▮▮▮                    9/1/2015
_____        _____
*Signature*                        *Date*

▮▮▮▮▮▮▮▮▮▮▮                    9/1/2015
_____        _____
*Third (3rd) Party Signature*          *Date*

3rd Party Name: ▮▮▮▮▮▮ , on behalf of the Massachusetts Attorney General's Office
*Relationship To You:* Employee of the Massachusetts Attorney General's Office

3rd Party Address: 1 Ashburton Place 18th Floor 3rd Party City/State/Zip Code: Boston, MA 02108

3rd Party E-mail address: ▮▮▮▮▮@state.ma.us   3rd Party Work Phone: 617-963-▮▮▮

3rd Party Home Phone: _____ 3rd Party Cell Phone: _____   Preferred Contact Method: _____

*Return this form to:  Ombudsman Group, U.S. Department of Education, 4th Floor, UCP-3, MS: 5144, 830 First Street, N.E. Washington, DC 20202-5144.  You may fax the completed form to 202/275-0549.  If you have any questions, please call 202/377-3800.*

# DEFENSE TO REPAYMENT APPLICATION

## SECTION I: BORROWER INFORMATION

First Name: ███
Middle Name: █
Last Name: ████
Date of Birth: ████
Social Security Number (last 4 digits): ███
Address ████████ *West Roxbury, MA 02132*
Phone number: ████████
Email address: ████████

I, ████████, attest to the following:

I am submitting this attestation and additional materials in support of my application for a borrower defense to repayment discharge of my federal loans.

## SECTION II: PROGRAM INFORMATION

Campus Name and Location: *Everest-Brighton*
Enrollment Start Date (MM/YYYY): *07/2010*
Enrollment End Date (MM/YYYY): *04/2011*
Program Name: *Medical Adminstrative Assistant*
Credential Sought: *Certificate*
Graduation Status: *Graduated*

**1. Prior to my enrollment in this Everest program, one or more of the following occurred (check each that applies)**

☒ I received information about job placement rates related to my program of study through brochures advertising Everest's academic programs or other printed materials, including those provided by Everest representatives, recruiters, or employees.

☐ I received information about job placement rates related to my program of study through emails, online materials, or online disclosures from or by Everest.

☒ I received information about job placement rates related to my program of study through Everest's oral representations.

☒ Everest representatives, recruiters, or employees promised me that I would get a job if I graduated.

☒ Other:

> *Everest employees, representatives, or recruiters told me that 90% of graduates were placed in jobs, and usually made at least $15-16 dollars per hour after graduating. This was untrue.*
>
> *Everest representatives, recruiters, or employees told me that I would receive hands-on training. This was untrue — I did not receive substantial hands-on training. Everest also promised a class size of 10 people. My actual class was more than double that size.*

AG.EX3-073

> *Everest employees, representatives, or recruiters told me that credits would transfer to any*
> *school, but I later learned that this was not true.*

**2. Everest's misconduct affected my decision to enroll and take out student loans in the following ways (check each that applies)**

☒ I chose to enroll at Everest and take out student loans based, in substantial part, on the representation(s) listed above.

☒ I believed that the job placement rates related to my program of study or promise of a job indicated the level of quality an Everest education offered to students. I chose to enroll at Everest and take out student loans based, in substantial part, on the information I received about job placement related to my program of study and the quality of education I believed those placement representations indicated.

☐ Other:

**3. As a result of Everest's misconduct, I suffered harm in the following ways (check each that applies)**

☒ I applied for and received one or more federal loans to cover the cost of attendance of the Everest program in which I enrolled.

☐ Other:

> (blank box)

**4. I will provide documentation with additional information to confirm that I was enrolled in the program of study at Everest that I identified above, and was enrolled for the dates I provided above. (Suggested documents include transcripts and registration documents indicating the specific program of study at Everest and dates of enrollment.) (Check each that applies.)**

☒ As an attachment to this attestation, I have included such documents(s). The document(s) I have attached are:

> *Official transcript*
> *Student Financial Planning Worksheet*
> *Admissions test (Undergraduate Standard Entrance Exam)*
> *Financial Aid Award letter*
> *Installment Note and Disclosure Statement*

☒ The Office of the Attorney General will gather and submit such document(s).

**5. Everest's misconduct violated Massachusetts laws in the following ways (check each that applies)**

AGO-MA00132

☒ The school's misconduct violated Massachusetts General Laws Chapter 93A, Section 2.

☒ The Office of the Attorney General will provide information about the violation of Massachusetts law.

## SECTION III: FEDERAL LOAN FORBEARANCE

☒ I do not want my repayment plan or forbearance status to change as a result of this attestation while my claim is being reviewed by the Department of Education.

## SECTION IV: CERTIFICATION

By signing this attestation I certify that:

I agree to provide, upon request, testimony, a sworn statement, or other documentation reasonably available to me that demonstrates to the satisfaction of the Department of Education or its designee that I meet the qualifications for borrower defense to repayment loan discharge.

All of the information I provided is true and complete to the best of my knowledge and I agree, if asked, to provide information reasonably available to me to the Department of Education that will verify the accuracy of my completed attestation.

I understand that the Department of Education has the authority to verify information reported on this application with other federal or state agencies or other entities. I authorize the Department of Education, along with its agents and contractors, to contact me regarding this request at the phone number above using automated dialing equipment or artificial or prerecorded voice or text messages.

I understand that if I purposely provided false or misleading information on this application, I may be subject to the penalties specified in 18 U.S. Code § 1001.

Signature: ▮▮▮▮▮▮▮▮▮

Date: 09 / 01 / 2015

*Rose Ursino 9/1/15*
*Notary Exp 6/2/2017*

ROSE URSINO
Notary Public
Commonwealth of Massachusetts
My Commission Expires
June 2, 2017

3

**Ombudsman Group**
**Privacy Release Statement & Third Party Authorization**
*Please fill out all pertinent information.  Please print clearly:*

| | |
|---|---|
| Name: | ████████████ |
| Address: | ████████████  City/State/Zip: *West Roxbury MA* |
| Home Phone: _____  Work Phone: _____  Cell Phone ████████ |
| | (en code) | (area code) |
| E-mail: | ████████████ |
| Soc. Sec.#: ████████████  Date of Birth: ████████████ |
| What is the best way to contact you?  *Cell Phone* |

**Please briefly describe your issues:**

I am submitting a defense to repayment ("DTR") application for my federal student loans and/or am applying for an income-driven repayment plan, deferment, or forbearance.  I want the Massachusetts Attorney General's Office to be given access to information about my federal student loans, including any applications that I submit for DTR, income-driven repayment, forbearance, or deferment.

*My signature on this page allows representatives of the United States Department of Education's Federal Student Aid Ombudsman Group, to obtain, under the "Right to Privacy Act of 1974," any information requested and to examine and/or copy any records related to my Federal Student Aid.  Third (3rd)-Party Authorization:  My signature below also authorizes the third party listed below to contact the Ombudsman Group on my behalf to discuss any and all issues regarding my Federal Student Aid.*

████████████
Signature                                    *9/1/2015*
                                             Date

████████████
Third (3rd) Party Signature                  *9/1/2015*
                                             Date

3rd *Party Name:* ████████, on behalf of the Massachusetts Attorney General's Office
*Relationship To You:*  Employee of the Massachusetts Attorney General's Office

3rd *Party Address:* 1 Ashburton Place 18th Floor 3rd *Party City/State/Zip Code:* Boston, MA 02108

3rd *Party E-mail address:* ████████@state.ma.us   3rd *Party Work Phone:* 617-963-████

3rd *Party Home Phone:* _____  3rd *Party Cell Phone:* _____  *Preferred Contact Method:* _____

*Return this form to:  Ombudsman Group, U.S. Department of Education, 4th Floor, UCP-3, MS: 5144, 830 First Street, N.E. Washington, DC  20202-5144.  You may fax the completed form to 202/275-0549.  If you have any questions, please call 202/377-3800.*

AG.EX3-076

# DEFENSE TO REPAYMENT APPLICATION

## SECTION I: BORROWER INFORMATION

First Name: ▉
Middle Name:
Last Name: ▉
Date of Birth: ▉
Social Security Number (last 4 digits): ▉
Address: ▉ *Dorchester, MA 02121*
Phone number ▉
Email address: ▉

I, ▉, attest to the following:

I am submitting this attestation and additional materials in support of my application for a borrower defense to repayment discharge of my federal loans.

## SECTION II: PROGRAM INFORMATION

Campus Name and Location: *Everest-Brighton*
Enrollment Start Date (MM/YYYY): *05/2011*
Enrollment End Date (MM/YYYY): *03/2012*
Program Name: *Medical Assistant*
Credential Sought: *Certificate*
Graduation Status: *Withdrew (voluntary)*

**1. Prior to my enrollment in this Everest program, one or more of the following occurred (check each that applies)**

☐ I received information about job placement rates related to my program of study through brochures advertising Everest's academic programs or other printed materials, including those provided by Everest representatives, recruiters, or employees.

☐ I received information about job placement rates related to my program of study through emails, online materials, or online disclosures from or by Everest.

☒ I received information about job placement rates related to my program of study through Everest's oral representations.

☐ Everest representatives, recruiters, or employees promised me that I would get a job if I graduated.

☒ Other:

> *Everest representatives, recruiters, or employees told me that I would receive an education that would prepare me for a job in my field of study. This was untrue -- I did not receive substantial hands-on training, and I did not learn anything from the teachers.*

**2. Everest's misconduct affected my decision to enroll and take out student loans in the following ways (check each that applies)**

☒ I chose to enroll at Everest and take out student loans based, in substantial part, on the representation(s) listed above.

☒ I believed that the job placement rates related to my program of study or promise of a job indicated the level of quality an Everest education offered to students. I chose to enroll at Everest and take out student loans based, in substantial part, on the information I received about job placement related to my program of study and the quality of education I believed those placement representations indicated.

☐ Other:

**3. As a result of Everest's misconduct, I suffered harm in the following ways (check each that applies)**

☒ I applied for and received one or more federal loans to cover the cost of attendance of the Everest program in which I enrolled.

☒ Other:

> *I was being harassed by phone by Everest Institute because I couldn't afford to pay back my student loan debt from the school.*

**4. I will provide documentation with additional information to confirm that I was enrolled in the program of study at Everest that I identified above, and was enrolled for the dates I provided above. (Suggested documents include transcripts and registration documents indicating the specific program of study at Everest and dates of enrollment.) (Check each that applies.)**

☐ As an attachment to this attestation, I have included such documents(s). The document(s) I have attached are:

☒ The Office of the Attorney General will gather and submit such document(s).

**5. Everest's misconduct violated Massachusetts laws in the following ways (check each that applies)**

☒ The school's misconduct violated Massachusetts General Laws Chapter 93A, Section 2.

☒ The Office of the Attorney General will provide information about the violation of Massachusetts law.

**SECTION III: FEDERAL LOAN FORBEARANCE**

☒ I do not want my repayment plan or forbearance status to change as a result of this attestation while my claim is being reviewed by the Department of Education.

AGO-MA00135

## SECTION IV: CERTIFICATION

By signing this attestation I certify that:

I agree to provide, upon request, testimony, a sworn statement, or other documentation reasonably available to me that demonstrates to the satisfaction of the Department of Education or its designee that I meet the qualifications for borrower defense to repayment loan discharge.

All of the information I provided is true and complete to the best of my knowledge and I agree, if asked, to provide information reasonably available to me to the Department of Education that will verify the accuracy of my completed attestation.

I understand that the Department of Education has the authority to verify information reported on this application with other federal or state agencies or other entities. I authorize the Department of Education, along with its agents and contractors, to contact me regarding this request at the phone number above using automated dialing equipment or artificial or prerecorded voice or text messages.

I understand that if I purposely provided false or misleading information on this application, I may be subject to the penalties specified in 18 U.S. Code § 1001.

Signature ▮▮▮▮▮▮▮▮▮▮▮▮▮

Date: 09/25/2015

notarized by Glenn Kaplan 9/25/2015,

Notary Public
Glenn S. Kaplan
Commonwealth of Massachusetts
My Commission Expires on Jan. 28, 2022

3

AGO-MA00136

**Ombudsman Group**
**Privacy Release Statement & Third Party Authorization**
*Please fill out all pertinent information.  Please print clearly:*

Name: ▮▮▮▮▮

Address: ▮▮▮▮▮          City/State/Zip: Dorchester, MA, 0212▮

Home Phone: _____  Work Phone: _____          Cell Phone: ▮▮▮▮▮
                                      (area code)                                      (area code)

E-mail: ▮▮▮▮▮

Soc. Sec.#: _____          Date of Birth: ▮▮▮▮▮

What is the best way to contact you?  Cell phone

Please briefly describe your issues:

I am submitting a defense to repayment ("DTR") application for my federal student loans and/or am
applying for an income-driven repayment plan, deferment, or forbearance.  I want the Massachusetts
Attorney General's Office to be given access to information about my federal student loans, including
any applications that I submit for DTR, income-driven repayment, forbearance, or deferment.

*My signature on this page allows representatives of the United States Department of Education's Federal Student
Aid Ombudsman Group, to obtain, under the "Right to Privacy Act of 1974," any information requested and to
examine and/or copy any records related to my Federal Student Aid.  Third (3rd)-Party Authorization: My
signature below also authorizes the third party listed below to contact the Ombudsman Group on my behalf to
▮▮▮▮▮ arding my Federal Student Aid.*

_____          _____
                                                                                    *Date*

▮▮▮▮▮                                              9/23/15
*Signature*                                                  _____
                                                                                    *Date*
*Third (3rd) Party Signature*

3rd *Party Name:* ▮▮▮▮▮, on behalf of the Massachusetts Attorney General's Office
*Relationship To You:* Employee of the Massachusetts Attorney General's Office

3rd *Party Address:* 1 Ashburton Place 18th Floor 3rd *Party City/State/Zip Code:* Boston, MA 02108

3rd *Party E-mail address:* ▮▮▮▮▮@state.ma.us  3rd *Party Work Phone:* 617-963-▮▮▮

3rd *Party Home Phone:* _____  3rd *Party Cell Phone:* _____  *Preferred Contact Method:* _____

*Return this form to:  Ombudsman Group, U.S. Department of Education, 4th Floor, UCP-3, MS: 5144,
830 First Street, N.E. Washington, DC  20202-5144.  You may fax the completed form to 202/275-
0549.  If you have any questions, please call 202/377-3800.*

AG.EX3-080

# DEFENSE TO REPAYMENT APPLICATION

## SECTION I: BORROWER INFORMATION

First Name: ▮▮▮▮▮▮
Middle Name:
Last Name: ▮▮▮▮
Date of Birth ▮▮▮▮▮▮
Social Security Number (last 4 digits): ▮▮▮
Address: ▮▮▮▮▮▮▮▮  *Waban, MA 02468*
Phone number: ▮▮▮▮▮▮▮
Email address: ▮▮▮▮▮▮▮▮▮

I, _____ , attest to the following:
I am submitting this attestation and additional materials in support of my application for a
borrower defense to repayment discharge of my federal loans.

## SECTION II: PROGRAM INFORMATION

Campus Name and Location: *Everest-Brighton*
Enrollment Start Date (MM/YYYY): 08/2012
Enrollment End Date (MM/YYYY): *02/2014*
Program Name: *Medical Assistant*
Credential Sought: *Certificate*
Graduation Status: *Graduated*

**1. Prior to my enrollment in this Everest program, one or more of the following occurred
(check each that applies)**

☐ I received information about job placement rates related to my program of study through
brochures advertising Everest's academic programs or other printed materials, including those
provided by Everest representatives, recruiters, or employees.

☐ I received information about job placement rates related to my program of study through
emails, online materials, or online disclosures from or by Everest.

☒ I received information about job placement rates related to my program of study through
Everest's oral representations.

☐ Everest representatives, recruiters, or employees promised me that I would get a job if I
graduated.

☒ Other:

> *I applied online, and they called me. They made assurances
> that everyone got jobs when I first came to talk to admissions
> person. Very small likelihood that I wouldn't get a job after I
> graduated from the program. I have had some interviews for
> medical assistant jobs since graduating, and have never*

AGO-MA00137

> *worked in the medical field.*

**2. Everest's misconduct affected my decision to enroll and take out student loans in the following ways (check each that applies)**

☒ I chose to enroll at Everest and take out student loans based, in substantial part, on the representation(s) listed above.

☒ I believed that the job placement rates related to my program of study or promise of a job indicated the level of quality an Everest education offered to students. I chose to enroll at Everest and take out student loans based, in substantial part, on the information I received about job placement related to my program of study and the quality of education I believed those placement representations indicated.

☐ Other:

**3. As a result of Everest's misconduct, I suffered harm in the following ways (check each that applies)**

☒ I applied for and received one or more federal loans to cover the cost of attendance of the Everest program in which I enrolled.

☒ Other:

> *I also took out private Genesis loans.*

**4. I will provide documentation with additional information to confirm that I was enrolled in the program of study at Everest that I identified above, and was enrolled for the dates I provided above. (Suggested documents include transcripts and registration documents indicating the specific program of study at Everest and dates of enrollment.) (Check each that applies.)**

☐ As an attachment to this attestation, I have included such documents(s). The document(s) I have attached are:

☒ The Office of the Attorney General will gather and submit such document(s).

**5. Everest's misconduct violated Massachusetts laws in the following ways (check each that applies)**

☒ The school's misconduct violated Massachusetts General Laws Chapter 93A, Section 2.

☒ The Office of the Attorney General will provide information about the violation of Massachusetts law.

2

AGO-MA00138

**SECTION III: FEDERAL LOAN FORBEARANCE**

☒ I do not want my repayment plan or forbearance status to change as a result of this attestation while my claim is being reviewed by the Department of Education.

**SECTION IV: CERTIFICATION**

By signing this attestation I certify that:

I agree to provide, upon request, testimony, a sworn statement, or other documentation reasonably available to me that demonstrates to the satisfaction of the Department of Education or its designee that I meet the qualifications for borrower defense to repayment loan discharge.

All of the information I provided is true and complete to the best of my knowledge and I agree, if asked, to provide information reasonably available to me to the Department of Education that will verify the accuracy of my completed attestation.

I understand that the Department of Education has the authority to verify information reported on this application with other federal or state agencies or other entities. I authorize the Department of Education, along with its agents and contractors, to contact me regarding this request at the phone number above using automated dialing equipment or artificial or prerecorded voice or text messages.

I understand that if I purposely provided false or misleading information on this application, I may be subject to the penalties specified in 18 U.S. Code § 1001.

Signature ████████████████

Date: 9/1/2015

Rose Ursino 9/1/15
Notary exp 6/2/2019

ROSE URSINO
Notary Public
Commonwealth of Massachusetts
My Commission Expires
June 2, 2017

3

AGO-MA00139

## Ombudsman Group
## Privacy Release Statement & Third Party Authorization
*Please fill out all pertinent information. Please print clearly:*

**Name:** ▮▮▮▮▮▮▮▮▮▮

**Address:** ▮▮▮▮▮▮▮▮   **City/State/Zip:** Woban MA 02468

**Home Phone:** _____   **Work Phone:** _____   **Cell Phone:** ▮▮▮▮▮

(area code)          (area code)

**E-mail:** ▮▮▮▮▮▮

**Soc. Sec.#:** ▮▮▮▮▮   **Date of Birth:** ▮▮▮▮▮

**What is the best way to contact you?** Phone or E·Mail

Please briefly describe your issues:

I am submitting a defense to repayment ("DTR") application for my federal student loans and/or am
applying for an income-driven repayment plan, deferment, or forbearance. I want the Massachusetts
Attorney General's Office to be given access to information about my federal student loans, including
any applications that I submit for DTR, income-driven repayment, forbearance, or deferment.

*My signature on this page allows representatives of the United States Department of Education's Federal Student
Aid Ombudsman Group, to obtain, under the "Right to Privacy Act of 1974," any information requested and to
examine and/or copy any records related to my Federal Student Aid. Third (3rd)-Party Authorization: My
signature below also authorizes the third party listed below to contact the Ombudsman Group on my behalf to
discuss any and all issues regarding my Federal Student Aid.*

▮▮▮▮▮▮▮▮▮▮   9/1/2015
**Signature**      **Date**

▮▮▮▮▮▮▮▮   9/1/2015
**Third (3rd) Party Signature**   **Date**

**3rd Party Name:** ▮▮▮▮, on behalf of the Massachusetts Attorney General's Office
**Relationship To You:** Employee of the Massachusetts Attorney General's Office

**3rd Party Address:** 1 Ashburton Place 18th Floor **3rd Party City/State/Zip Code:** Boston, MA 02108

**3rd Party E-mail address:** ▮▮▮@state.ma.us   **3rd Party Work Phone:** 617-963-▮▮▮

**3rd Party Home Phone:** _____   **3rd Party Cell Phone:** _____   **Preferred Contact Method:** _____

*Return this form to: Ombudsman Group, U.S. Department of Education, 4th Floor, UCP-3, MS: 5144,
830 First Street, N.E. Washington, DC 20202-5144. You may fax the completed form to 202/275-
0549. If you have any questions, please call 202/377-3800.*

# DEFENSE TO REPAYMENT APPLICATION

## SECTION I: BORROWER INFORMATION

First Name: ▮▮▮▮
Middle Name:
Last Name: ▮▮▮▮
Date of Birth: ▮▮▮▮
Social Security Number (last 4 digits): ▮▮▮
Address: ▮▮▮▮▮▮▮▮ *Norton, MA 02766*
Phone number ▮▮▮▮▮▮
Email address ▮▮▮▮▮▮▮▮▮▮

I, ▮▮▮▮▮▮ , attest to the following:

I am submitting this attestation and additional materials in support of my application for a borrower defense to repayment discharge of my federal loans.

## SECTION II: PROGRAM INFORMATION

Campus Name and Location: *Everest-Brighton*
Enrollment Start Date (MM/YYYY): 05/2012
Enrollment End Date (MM/YYYY): *05/2013*
Program Name: *Medical Assistant*
Credential Sought: *Certificate*
Graduation Status: *Graduated*

**1. Prior to my enrollment in this Everest program, one or more of the following occurred (check each that applies)**

☐ I received information about job placement rates related to my program of study through brochures advertising Everest's academic programs or other printed materials, including those provided by Everest representatives, recruiters, or employees.

☐ I received information about job placement rates related to my program of study through emails, online materials, or online disclosures from or by Everest.

☒ I received information about job placement rates related to my program of study through Everest's oral representations.

☐ Everest representatives, recruiters, or employees promised me that I would get a job if I graduated.

☒ Other:

> *An Everest recruiter told me that 90% of graduates get jobs. He also told me that students typically get jobs through their externships. I never got a job in my field. I only got one interview. Everest employees never told me that many employers required years of experience. They made feel that the educational experience at Everest would be enough. I wanted to be a nurse, but they encouraged me to start with the program at Everest.*

AGO-MA00140

**2. Everest's misconduct affected my decision to enroll and take out student loans in the following ways (check each that applies)**

☒ I chose to enroll at Everest and take out student loans based, in substantial part, on the representation(s) listed above.

☒ I believed that the job placement rates related to my program of study or promise of a job indicated the level of quality an Everest education offered to students. I chose to enroll at Everest and take out student loans based, in substantial part, on the information I received about job placement related to my program of study and the quality of education I believed those placement representations indicated.

☐ Other:

**3. As a result of Everest's misconduct, I suffered harm in the following ways (check each that applies)**

☒ I applied for and received one or more federal loans to cover the cost of attendance of the Everest program in which I enrolled.

☒ Other:

> *I owe money on my federal loans.  I now feel discouraged about her chances of getting a job.*

**4. I will provide documentation with additional information to confirm that I was enrolled in the program of study at Everest that I identified above, and was enrolled for the dates I provided above. (Suggested documents include transcripts and registration documents indicating the specific program of study at Everest and dates of enrollment.) (Check each that applies.)**

☐ As an attachment to this attestation, I have included such documents(s). The document(s) I have attached are:

> 

☒ The Office of the Attorney General will gather and submit such document(s).

**5. Everest's misconduct violated Massachusetts laws in the following ways (check each that applies)**

☒ The school's misconduct violated Massachusetts General Laws Chapter 93A, Section 2.

☒ The Office of the Attorney General will provide information about the violation of Massachusetts law.

**SECTION III: FEDERAL LOAN FORBEARANCE**

☒ I do not want my repayment plan or forbearance status to change as a result of this attestation while my claim is being reviewed by the Department of Education.

AGO-MA00141

## SECTION IV: CERTIFICATION

By signing this attestation I certify that:

I agree to provide, upon request, testimony, a sworn statement, or other documentation reasonably available to me that demonstrates to the satisfaction of the Department of Education or its designee that I meet the qualifications for borrower defense to repayment loan discharge.

All of the information I provided is true and complete to the best of my knowledge and I agree, if asked, to provide information reasonably available to me to the Department of Education that will verify the accuracy of my completed attestation.

I understand that the Department of Education has the authority to verify information reported on this application with other federal or state agencies or other entities. I authorize the Department of Education, along with its agents and contractors, to contact me regarding this request at the phone number above using automated dialing equipment or artificial or prerecorded voice or text messages.

I understand that if I purposely provided false or misleading information on this application, I may be subject to the penalties specified in 18 U.S. Code § 1001.

Signature: ████████████████████

Date: _09/01/2015_

_Rose Ursino 9/1/15_
_Notary Exp 6/2/2017_

```
ROSE URSINO
Notary Public
Commonwealth of Massachusetts
My Commission Expires
June 2, 2017
```

3

AGO-MA00142

**Ombudsman Group**
**Privacy Release Statement & Third Party Authorization**
*Please fill out all pertinent information.  Please print clearly:*

Name: ███████████████

Address: ███████████████    City/State/Zip: Northn, MA 02766

Home Phone: _____    Work Phone: _____    Cell Phone: ███████
   (area code)                (area code)                (area code)

E-mail ███████████

Soc. Sec.# ███████████    Date of Birth: ███████████

What is the best way to contact you? phone

Please briefly describe your issues:

I am submitting a defense to repayment ("DTR") application for my federal student loans and/or am

applying for an income-driven repayment plan, deferment, or forbearance.   I want the Massachusetts

Attorney General's Office to be given access to information about my federal student loans, including

any applications that I submit for DTR, income-driven repayment, forbearance, or deferment.

*My signature on this page allows representatives of the United States Department of Education's Federal Student Aid Ombudsman Group, to obtain, under the "Right to Privacy Act of 1974," any information requested and to examine and/or copy any records related to my Federal Student Aid.  Third (3ʳᵈ)-Party Authorization:  My signature below also authorizes the third party listed below to contact the Ombudsman Group on my behalf to discuss any and all issues regarding my Federal Student Aid.*

███████████████          9/1/2015
Signature                   Date

███████████████          9/1/2015
Third (3ʳᵈ) Party Signature     Date

3ʳᵈ Party Name: ███████ on behalf of the Massachusetts Attorney General's Office
Relationship To You:  Employee of the Massachusetts Attorney General's Office

3ʳᵈ Party Address: 1 Ashburton Place 18ᵗʰ Floor 3ʳᵈ Party City/State/Zip Code: Boston, MA 02108

3ʳᵈ Party E-mail address: ███████@state.ma.us    3ʳᵈ Party Work Phone: 617-963-███

3ʳᵈ Party Home Phone: _____    3ʳᵈ Party Cell Phone: _____    Preferred Contact Method: _____

*Return this form to:  Ombudsman Group, U.S. Department of Education, 4ᵗʰ Floor, UCP-3, MS: 5144, 830 First Street, N.E. Washington, DC  20202-5144.  You may fax the completed form to 202/275-0549.  If you have any questions, please call 202/377-3800.*

**AG.EX3-088**

# DEFENSE TO REPAYMENT APPLICATION

## SECTION I: BORROWER INFORMATION

First Name: ███
Middle Name: ███
Last Name: ███
Date of Birth: ███
Social Security Number (last 4 digits): ███
Address: ███ *Dorchester, MA 02125*
Phone number: ███
Email address: ███

I, ███████ _____, attest to the following:

I am submitting this attestation and additional materials in support of my application for a borrower defense to repayment discharge of my federal loans.

## SECTION II: PROGRAM INFORMATION

Campus Name and Location: *Everest-Brighton*
Enrollment Start Date (06/2012):
Enrollment End Date (05/2013):
Program Name: *Medical Assistant*
Credential Sought: *Certificate*
Graduation Status: *Graduated*

**1. Prior to my enrollment in this Everest program, one or more of the following occurred (check each that applies)**

☐ I received information about job placement rates related to my program of study through brochures advertising Everest's academic programs or other printed materials, including those provided by Everest representatives, recruiters, or employees.

☐ I received information about job placement rates related to my program of study through emails, online materials, or online disclosures from or by Everest.

☒ I received information about job placement rates related to my program of study through Everest's oral representations.

☒ Everest representatives, recruiters, or employees promised me that I would get a job if I graduated.

☒ Other:

> *Everest representatives, employees, and recruiters told me that Everest had at least 80% job placement rate, and this was not true.*
>
> *Everest representatives, emplyoees, and recruiters promised me that the instructors would be available for training and extra tutoring, including one-on-one sessions, but this was not true. I was forced to self-teach many times because the instructor did not explain things.*

**AGO-MA00143**

> *Everest representatives, employees, and recruiters told me that I would start at a job that pays at least $15/hr. This was not true.*

**2. Everest's misconduct affected my decision to enroll and take out student loans in the following ways (check each that applies)**

☒ I chose to enroll at Everest and take out student loans based, in substantial part, on the representation(s) listed above.

☒ I believed that the job placement rates related to my program of study or promise of a job indicated the level of quality an Everest education offered to students. I chose to enroll at Everest and take out student loans based, in substantial part, on the information I received about job placement related to my program of study and the quality of education I believed those placement representations indicated.

☐ Other:

**3. As a result of Everest's misconduct, I suffered harm in the following ways (check each that applies)**

☒ I applied for and received one or more federal loans to cover the cost of attendance of the Everest program in which I enrolled.

☒ Other:

> *I am having difficulties paying back my loans.*

**4. I will provide documentation with additional information to confirm that I was enrolled in the program of study at Everest that I identified above, and was enrolled for the dates I provided above. (Suggested documents include transcripts and registration documents indicating the specific program of study at Everest and dates of enrollment.) (Check each that applies.)**

☐ As an attachment to this attestation, I have included such documents(s). The document(s) I have attached are:

☒ The Office of the Attorney General will gather and submit such document(s).

**5. Everest's misconduct violated Massachusetts laws in the following ways (check each that applies)**

☒ The school's misconduct violated Massachusetts General Laws Chapter 93A, Section 2.

☒ The Office of the Attorney General will provide information about the violation of Massachusetts law.

2

## SECTION III: FEDERAL LOAN FORBEARANCE

☒ I do not want my repayment plan or forbearance status to change as a result of this attestation while my claim is being reviewed by the Department of Education.

## SECTION IV: CERTIFICATION

By signing this attestation I certify that:

I agree to provide, upon request, testimony, a sworn statement, or other documentation reasonably available to me that demonstrates to the satisfaction of the Department of Education or its designee that I meet the qualifications for borrower defense to repayment loan discharge.

All of the information I provided is true and complete to the best of my knowledge and I agree, if asked, to provide information reasonably available to me to the Department of Education that will verify the accuracy of my completed attestation.

I understand that the Department of Education has the authority to verify information reported on this application with other federal or state agencies or other entities. I authorize the Department of Education, along with its agents and contractors, to contact me regarding this request at the phone number above using automated dialing equipment or artificial or prerecorded voice or text messages.

I understand that if I purposely provided false or misleading information on this application, I may be subject to the penalties specified in 18 U.S. Code § 1001.

Signatu

Date: _____ 9/1/15 _____

3

**Ombudsman Group**
**Privacy Release Statement & Third Party Authorization**
*Please fill out all pertinent information.  Please print clearly:*

Name: ███████████████████████

Address: ████████████████    City/State/Zip: DosCheSter MA-02125

Home Phone: _____    Work Phone: _____    Cell Phone: ████████████████
(area code)

E-mail: ████████████████████

Soc. Sec.#: ████████████    Date of Birth: ████

What is the best way to contact you? *email.com*

Please briefly describe your issues:

I am submitting a defense to repayment ("DTR") application for my federal student loans and/or am
applying for an income-driven repayment plan, deferment, or forbearance.  I want the Massachusetts
Attorney General's Office to be given access to information about my federal student loans, including
any applications that I submit for DTR, income-driven repayment, forbearance, or deferment.

*My signature on this page allows representatives of the United States Department of Education's Federal Student
Aid Ombudsman Group, to obtain, under the "Right to Privacy Act of 1974," any information requested and to
examine and/or copy any records related to my Federal Student Aid.  Third (3rd)-Party Authorization:  My
signature below also authorizes the third party listed below to contact the Ombudsman Group on my behalf to*
████████████████ *Student Aid.*

████████████████████████    9/1/2015
Signature                          Date

████████████████████████    9/1/2015
Third (3rd) Party Signature            Date

3rd Party Name: ████████, on behalf of the Massachusetts Attorney General's Office
Relationship To You:  Employee of the Massachusetts Attorney General's Office

3rd Party Address: 1 Ashburton Place 18th Floor 3rd Party City/State/Zip Code: Boston, MA 02108

3rd Party E-mail address: ████n@state.ma.us    3rd Party Work Phone: 617-963-████

3rd Party Home Phone: _____    3rd Party Cell Phone: _____    Preferred Contact Method: _____

*Return this form to:  Ombudsman Group, U.S. Department of Education, 4th Floor, UCP-3, MS: 5144,
830 First Street, N.E. Washington, DC  20202-5144.  You may fax the completed form to 202/275-
0549.  If you have any questions, please call 202/377-3800.*

# DEFENSE TO REPAYMENT APPLICATION

SECTION I: BORROWER INFORMATION
First Name: ██████
Middle Name: ██████
Last Name: ██████
Date of Birth: ██████
Social Security Number (last 4 digits) ██████
Address: ██████ *Dorchester, MA 02121*
Phone number: ██████
Email address: ██████

I, _____, attest to the following:

I am submitting this attestation and additional materials in support of my application for a borrower defense to repayment discharge of my federal loans.

## SECTION II: PROGRAM INFORMATION

Campus Name and Location: *Everest-Brighton*
Enrollment Start Date (MM/YYYY): *July 30, 2012*
Enrollment End Date (MM/YYYY): *April 18, 2013*
Program Name: *Medical Adminstrative Assistant*
Credential Sought: *Certificate*
Graduation Status: *Graduated*

**1. Prior to my enrollment in this Everest program, one or more of the following occurred (check each that applies)**

☐ I received information about job placement rates related to my program of study through brochures advertising Everest's academic programs or other printed materials, including those provided by Everest representatives, recruiters, or employees.

☐ I received information about job placement rates related to my program of study through emails, online materials, or online disclosures from or by Everest.

☐ I received information about job placement rates related to my program of study through Everest's oral representations.

☒ Everest representatives, recruiters, or employees promised me that I would get a job if I graduated.

☒ Other:

> *They promised me that I would definitely have a job and would be earning $15-$19 per hour once I finished the program. They promised I would have assistance from a career specialist until I obtained a job in the field. They also promised it would be a hands-on program in which I would learn valuable skills.  Instead, I never obtained a job in the field and I did not receive any assistance from a career specialist. Rather than being hands-on, in the classroom we sat at computers and for the most part worked by ourselves.  I relied on the promises that Everest made and believed I would have a good education and receive a well paying job in the field.*

AG.EX3-093

**2. Everest's misconduct affected my decision to enroll and take out student loans in the following ways (check each that applies)**

☒ I chose to enroll at Everest and take out student loans based, in substantial part, on the representation(s) listed above.

☒ I believed that the job placement rates related to my program of study or promise of a job indicated the level of quality an Everest education offered to students. I chose to enroll at Everest and take out student loans based, in substantial part, on the information I received about job placement related to my program of study and the quality of education I believed those placement representations indicated.

☐ Other:

**3. As a result of Everest's misconduct, I suffered harm in the following ways (check each that applies)**

☒ I applied for and received one or more federal loans to cover the cost of attendance of the Everest program in which I enrolled.

☐ Other:

> [blank box]

**4. I will provide documentation with additional information to confirm that I was enrolled in the program of study at Everest that I identified above, and was enrolled for the dates I provided above. (Suggested documents include transcripts and registration documents indicating the specific program of study at Everest and dates of enrollment.) (Check each that applies.)**

☐ As an attachment to this attestation, I have included such documents(s). The document(s) I have attached are:

> [blank box]

☒ The Office of the Attorney General will gather and submit such document(s).

**5. Everest's misconduct violated Massachusetts laws in the following ways (check each that applies)**

☒ The school's misconduct violated Massachusetts General Laws Chapter 93A, Section 2.

☒ The Office of the Attorney General will provide information about the violation of Massachusetts law.

## SECTION III: FEDERAL LOAN FORBEARANCE

☒ I do not want my repayment plan or forbearance status to change as a result of this attestation while my claim is being reviewed by the Department of Education.

AGO-MA00147

AG.EX3-094

**SECTION IV: CERTIFICATION**

By signing this attestation I certify that:

I agree to provide, upon request, testimony, a sworn statement, or other documentation reasonably available to me that demonstrates to the satisfaction of the Department of Education or its designee that I meet the qualifications for borrower defense to repayment loan discharge.

All of the information I provided is true and complete to the best of my knowledge and I agree, if asked, to provide information reasonably available to me to the Department of Education that will verify the accuracy of my completed attestation.

I understand that the Department of Education has the authority to verify information reported on this application with other federal or state agencies or other entities. I authorize the Department of Education, along with its agents and contractors, to contact me regarding this request at the phone number above using automated dialing equipment or artificial or prerecorded voice or text messages.

I understand that if I purposely provided false or misleading information on this application, I may be subject to the penalties specified in 18 U.S. Code § 1001.

Signature

Date: _09/01/15_

*Rose Ursino 9/1/15*
*Notary Exp 6/2/2017*

```
ROSE URSINO
Notary Public
Commonwealth of Massachusetts
My Commission Expires
June 2, 2017
```

3

AGO-MA00148

AG.EX3-095

**Ombudsman Group**
**Privacy Release Statement & Third Party Authorization**
*Please fill out all pertinent information. Please print clearly:*

| | |
|---|---|
| Name | |
| Address: | City/State/Zip: DorChester MA 02121 |
| Home Phone: | Work Phone: | Cell Phone |
| | (area code) |
| E-mail: | |
| Soc. Sec.#: | Date of Birth |
| What is the best way to contact you? Cell # | |

Please briefly describe your issues:

I am submitting a defense to repayment ("DTR") application for my federal student loans and/or am
applying for an income-driven repayment plan, deferment, or forbearance.  I want the Massachusetts
Attorney General's Office to be given access to information about my federal student loans, including
any applications that I submit for DTR, income-driven repayment, forbearance, or deferment.

*My signature on this page allows representatives of the United States Department of Education's Federal Student
Aid Ombudsman Group, to obtain, under the "Right to Privacy Act of 1974," any information requested and to
examine and/or copy any records related to my Federal Student Aid. Third (3rd)-Party Authorization:  My
signature below also authorizes the third party listed below to contact the Ombudsman Group on my behalf to
discuss any and all issues regarding my Federal Student Aid.*

_____    9/1/2015
Signature                              Date

_____    9/1/15
Third (3rd) Party Signature           Date

3rd Party Name: _____ on behalf of the Massachusetts Attorney General's Office
Relationship To You:  Employee of the Massachusetts Attorney General's Office

3rd Party Address: 1 Ashburton Place 18th Floor 3rd Party City/State/Zip Code: Boston, MA 02108

3rd Party e-mail address: _____@state.ma.us   3rd Party Work Phone: 617-963-____

3rd Party Home Phone: _____   3rd Party Cell Phone: _____   Preferred Contact Method: _____

*Return this form to:  Ombudsman Group, U.S. Department of Education, 4th Floor, UCP-3, MS: 5144,
830 First Street, N.E. Washington, DC  20202-5144.  You may fax the completed form to 202/275-
0549.  If you have any questions, please call 202/377-3800.*

AG.EX3-096

# DEFENSE TO REPAYMENT APPLICATION

## SECTION I: BORROWER INFORMATION

First Name: █████
Middle Name:
Last Name: ███
Date of Birth: ████████
Social Security Number (last 4 digits): ████
Address: ████████████████ *Chestnut Hill, MA 02467*
Phone number: ████████████
Email address: ███████████████

I, █████████ attest to the following:

I am submitting this attestation and additional materials in support of my application for a borrower defense to repayment discharge of my federal loans.

## SECTION II: PROGRAM INFORMATION

Campus Name and Location: *Everest-Brighton*
Enrollment Start Date (MM/YYYY): *04/2012*
Enrollment End Date (MM/YYYY): *03/2013*
Program Name: *Medical Assistant*
Credential Sought: *Certificate*
Graduation Status: *Graduated*

**1. Prior to my enrollment in this Everest program, one or more of the following occurred (check each that applies)**

☒ I received information about job placement rates related to my program of study through brochures advertising Everest's academic programs or other printed materials, including those provided by Everest representatives, recruiters, or employees.

☐ I received information about job placement rates related to my program of study through emails, online materials, or online disclosures from or by Everest.

☒ I received information about job placement rates related to my program of study through Everest's oral representations.

☒ Everest representatives, recruiters, or employees promised me that I would get a job if I graduated.

☒ Other:

> *I was also told that I would make $18 to $20 per hour right after I graduated. This was not true – the pay rate for medical assistants is a lot less than this, if students were lucky enough to get any job. Many students, including myself, did not get a job in our field when we graduated.*
>
> *I was also told that Everest would help me to get a job. This was untrue – when I asked Everest's Career Services for help, I was told that they would reach out to their contacts, but I*

AGO-MA00149

AG.EX3-097

> *never heard anything back from anyone.*
>
> *I was told that one-on-one attention was available to students. This was not true – classes had too many students for individualized attention and I did not receive any individualized or one-on-one attention. No one received individualized attention; students had to help other students who needed assistance.*

**2. Everest's misconduct affected my decision to enroll and take out student loans in the following ways (check each that applies)**

☒ I chose to enroll at Everest and take out student loans based, in substantial part, on the representation(s) listed above.

☒ I believed that the job placement rates related to my program of study or promise of a job indicated the level of quality an Everest education offered to students. I chose to enroll at Everest and take out student loans based, in substantial part, on the information I received about job placement related to my program of study and the quality of education I believed those placement representations indicated.

☐ Other:

**3. As a result of Everest's misconduct, I suffered harm in the following ways (check each that applies)**

☒ I applied for and received one or more federal loans to cover the cost of attendance of the Everest program in which I enrolled.

☐ Other:

> _____

**4. I will provide documentation with additional information to confirm that I was enrolled in the program of study at Everest that I identified above, and was enrolled for the dates I provided above. (Suggested documents include transcripts and registration documents indicating the specific program of study at Everest and dates of enrollment.) (Check each that applies.)**

☐ As an attachment to this attestation, I have included such documents(s). The document(s) I have attached are:

> _____

☒ The Office of the Attorney General will gather and submit such document(s).

**5. Everest's misconduct violated Massachusetts laws in the following ways (check each that applies)**

☒ The school's misconduct violated Massachusetts General Laws Chapter 93A, Section 2.

AGO-MA00150

☒ The Office of the Attorney General will provide information about the violation of Massachusetts law.

## SECTION III: FEDERAL LOAN FORBEARANCE

☒ I do not want my repayment plan or forbearance status to change as a result of this attestation while my claim is being reviewed by the Department of Education.

## SECTION IV: CERTIFICATION

By signing this attestation I certify that:

I agree to provide, upon request, testimony, a sworn statement, or other documentation reasonably available to me that demonstrates to the satisfaction of the Department of Education or its designee that I meet the qualifications for borrower defense to repayment loan discharge.

All of the information I provided is true and complete to the best of my knowledge and I agree, if asked, to provide information reasonably available to me to the Department of Education that will verify the accuracy of my completed attestation.

I understand that the Department of Education has the authority to verify information reported on this application with other federal or state agencies or other entities. I authorize the Department of Education, along with its agents and contractors, to contact me regarding this request at the phone number above using automated dialing equipment or artificial or prerecorded voice or text messages.

I understand that if I purposely provided false or misleading information on this application, I may be subject to the penalties specified in 18 U.S. Code § 1001.

Signature: ▓▓▓▓▓▓▓▓▓▓

Date: 9/1/15

Rose Ursino 9/1/15
Notary (Exp 6/2/2017)

ROSE URSINO
Notary Public
Commonwealth of Massachusetts
My Commission Expires
June 2, 2017

3

**Ombudsman Group**
**Privacy Release Statement & Third Party Authorization**
*Please fill out all pertinent information.  Please print clearly:*

Name: ████████████████

Address: ████████████   City/State/Zip: *Chestnut Hill, MA 02467*

Home Phon ████████   Work Phone: _____   Cell Phone: ████████████
          (area code)              (area code)                    (area code)

E-mail: ████████████████████████

Soc. Sec.#: ████████████   Date of Birth: ████████████

What is the best way to contact you?  *Cell phone.*

Please briefly describe your issues:

I am submitting a defense to repayment ("DTR") application for my federal student loans and/or am applying for an income-driven repayment plan, deferment, or forbearance.  I want the Massachusetts Attorney General's Office to be given access to information about my federal student loans, including any applications that I submit for DTR, income-driven repayment, forbearance, or deferment.

*My signature on this page allows representatives of the United States Department of Education's Federal Student Aid Ombudsman Group, to obtain, under the "Right to Privacy Act of 1974," any information requested and to examine and/or copy any records related to my Federal Student Aid.  Third (3ʳᵈ)-Party Authorization:  My signature below also authorizes the third party listed below to contact the Ombudsman Group on my behalf to discuss any and all issues regarding my Federal Student Aid.*

████████████████████   *9/1/2015*

*9/1/2015*

(Signature)                          Date

_____   _____
Third (3ʳᵈ) Party Signature              Date

3ʳᵈ Party Name: ████████ on behalf of the Massachusetts Attorney General's Office
Relationship To You:  Employee of the Massachusetts Attorney General's Office

3ʳᵈ Party Address: 1 Ashburton Place 18ᵗʰ Floor 3ʳᵈ Party City/State/Zip Code: Boston, MA 02108

3ʳᵈ Party E-mail address: ████████h@state.ma.us  3ʳᵈ Party Work Phone: 617-963-████

3ʳᵈ Party Home Phone: _____ 3ʳᵈ Party Cell Phone: _____ Preferred Contact Method: _____

*Return this form to:  Ombudsman Group, U.S. Department of Education, 4ᵗʰ Floor, UCP-3, MS: 5144, 830 First Street, N.E. Washington, DC 20202-5144.  You may fax the completed form to 202/275-0549.  If you have any questions, please call 202/377-3800.*

# DEFENSE TO REPAYMENT APPLICATION



## SECTION I: BORROWER INFORMATION

First Name: ███
Middle Name: ███
Last Name: ███ez
Date of Birth: ███
Social Security Number (last 4 digits): ███
Address: ███ Roxbury, MA 02119
Phone number: ███
Email address: ███

I, _____, attest to the following:

I am submitting this attestation and additional materials in support of my application for a borrower defense to repayment discharge of my federal loans.

## SECTION II: PROGRAM INFORMATION

Campus Name and Location: *Everest-Brighton*
Enrollment Start Date (MM/YYYY): 09/2010
Enrollment End Date (MM/YYYY): *04/2012*
Program Name: *Medical Assistant*
Credential Sought: *Certificate*
Graduation Status: *Graduated*

**1. Prior to my enrollment in this Everest program, one or more of the following occurred (check each that applies)**

☐ I received information about job placement rates related to my program of study through brochures advertising Everest's academic programs or other printed materials, including those provided by Everest representatives, recruiters, or employees.

☐ I received information about job placement rates related to my program of study through emails, online materials, or online disclosures from or by Everest.

☐ I received information about job placement rates related to my program of study through Everest's oral representations.

☐ Everest representatives, recruiters, or employees promised me that I would get a job if I graduated.

☒ Other:

> *During my campus visit, they told me that there were many jobs available in the medical field, especially for medical assistants, and that they would help with job placement. They did help get interviews for my externship, but after that, I received no help with job placement. I have never worked as a medical assistant or in the medical field. I am now in community college working on prerequisites to attend a nursing program. I was not able to transfer any of credits to my community college and, as a result, I have to spend more time and money getting these prerequisites.*

> *Everest was very disorganized, and they misrepresented how the school was going to be and how the job placement process would go.*

**2. Everest's misconduct affected my decision to enroll and take out student loans in the following ways (check each that applies).**

☒ I chose to enroll at Everest and take out student loans based, in substantial part, on the representation(s) listed above.

☐ I believed that the job placement rates related to my program of study or promise of a job indicated the level of quality an Everest education offered to students. I chose to enroll at Everest and take out student loans based, in substantial part, on the information I received about job placement related to my program of study and the quality of education I believed those placement representations indicated.

☐ Other:

**3. As a result of Everest's misconduct, I suffered harm in the following ways (check each that applies)**

☒ I applied for and received one or more federal loans to cover the cost of attendance of the Everest program in which I enrolled.

☐ Other:

**4. I will provide documentation with additional information to confirm that I was enrolled in the program of study at Everest that I identified above, and was enrolled for the dates I provided above. (Suggested documents include transcripts and registration documents indicating the specific program of study at Everest and dates of enrollment.) (Check each that applies.)**

☐ As an attachment to this attestation, I have included such documents(s). The document(s) I have attached are:

☒ The Office of the Attorney General will gather and submit such document(s).

**5. Everest's misconduct violated Massachusetts laws in the following ways (check each that applies)**

☒ The school's misconduct violated Massachusetts General Laws Chapter 93A, Section 2.

☒ The Office of the Attorney General will provide information about the violation of Massachusetts law.

2

## SECTION III: FEDERAL LOAN FORBEARANCE

☒ I do not want my repayment plan or forbearance status to change as a result of this attestation while my claim is being reviewed by the Department of Education.

## SECTION IV: CERTIFICATION

By signing this attestation I certify that:

I agree to provide, upon request, testimony, a sworn statement, or other documentation reasonably available to me that demonstrates to the satisfaction of the Department of Education or its designee that I meet the qualifications for borrower defense to repayment loan discharge.

All of the information I provided is true and complete to the best of my knowledge and I agree, if asked, to provide information reasonably available to me to the Department of Education that will verify the accuracy of my completed attestation.

I understand that the Department of Education has the authority to verify information reported on this application with other federal or state agencies or other entities. I authorize the Department of Education, along with its agents and contractors, to contact me regarding this request at the phone number above using automated dialing equipment or artificial or prerecorded voice or text messages.

I understand that if I purposely provided false or misleading information on this application, I may be subject to the penalties specified in 18 U.S. Code § 1001.

Signatu ▮▮▮▮▮▮▮▮▮▮▮▮▮

Date: 10·20·15

3

AGO-MA00154



## Ombudsman Group
## Privacy Release Statement & Third Party Authorization

*Please fill out all pertinent information.  Please print clearly:*

| | | |
|---|---|---|
| Name: | ███████████ | |
| Address | | City/State/Zip: ROXbury MA, 02119 |
| Home Phone: | ████████ Work Phone: ████████ | Cell Phone: ████████████ |
| | (area code) | (area code) | (area code) |
| E-mail: | ████████████ | |
| Soc. Sec.#: | ████████████ Date of Birth: | |
| What is the best way to contact you? | *By Cell Phones Mon-Fri 1:30-2pm* | |

**Please briefly describe your issues:**

I am submitting a defense to repayment ("DTR") application for my federal student loans and/or am

applying for an income-driven repayment plan, deferment, or forbearance.  I want the Massachusetts

Attorney General's Office to be given access to information about my federal student loans, including

any applications that I submit for DTR, income-driven repayment, forbearance, or deferment.

*My signature on this page allows representatives of the United States Department of Education's Federal Student Aid Ombudsman Group, to obtain, under the "Right to Privacy Act of 1974," any information requested and to examine and/or copy any records related to my Federal Student Aid.  Third (3rd)-Party Authorization: My signature below also authorizes the third party listed below to contact the Ombudsman Group on my behalf to discuss any and all issues regarding my Federal Student Aid.*

███████████████████

_____     10.20.15
*Signature*                    *Date*

███████████████████

_____     11/19/2015
*Third (3rd) Party Signature*       *Date*

3rd *Party Name:* ████████ , on behalf of the Massachusetts Attorney General's Office
*Relationship To You:*  Employee of the Massachusetts Attorney General's Office

3rd *Party Address:* 1 Ashburton Place 18th Floor 3rd *Party City/State/Zip Code:* Boston, MA 02108

3rd *Party E-mail address:* ████████@state.ma.us    3rd *Party Work Phone:* 617-96█████

3rd *Party Home Phone:*_____ 3rd *Party Cell Phone:*_____ *Preferred Contact Method:*_____

*Return this form to: Ombudsman Group, U.S. Department of Education, 4th Floor, UCP-3, MS: 5144, 830 First Street, N.E. Washington, DC 20202-5144.  You may fax the completed form to 202/275-0549.  If you have any questions, please call 202/377-3800.*

**AG.EX3-104**

# DEFENSE TO REPAYMENT APPLICATION

## SECTION I: BORROWER INFORMATION

First Name: ▮▮▮▮
Middle Name:
Last Name: ▮▮▮▮
Date of Birth: ▮▮▮▮
Social Security Number (last 4 digits): ▮▮▮
Address: ▮▮▮▮▮▮▮ *East Boston, MA 02128*
Phone number: ▮▮▮▮▮
Email address: ▮▮▮▮▮▮

I, ▮▮▮▮, attest to the following:

I am submitting this attestation and additional materials in support of my application for a borrower defense to repayment discharge of my federal loans.

## SECTION II: PROGRAM INFORMATION

Campus Name and Location: *Everest-Brighton*
Enrollment Start Date (MM/YYYY): 08/25/2011
Enrollment End Date (MM/YYYY): 5/10/2012
Program Name: *Medical Assistant*
Credential Sought: *Certificate*
Graduation Status: *Graduated*

**1. Prior to my enrollment in this Everest program, one or more of the following occurred (check each that applies)**

☐ I received information about job placement rates related to my program of study through brochures advertising Everest's academic programs or other printed materials, including those provided by Everest representatives, recruiters, or employees.

☐ I received information about job placement rates related to my program of study through emails, online materials, or online disclosures from or by Everest.

☒ I received information about job placement rates related to my program of study through Everest's oral representations.

☒ Everest representatives, recruiters, or employees promised me that I would get a job if I graduated.

☒ Other:

> *I was told by Everest employees before I started that it would be easy to get a job in the field as a medical assistant, and in particular, as a pediatric medical assistant; however, I was not placed in my externship at a pediatric office and instead I was placed in an obgyn medical office, where I did not learn skills desirable for a pediatric office.  I have been unable to find a job in a pediatric office. I was also promised a good salary/wage from completing the certificate, but I have struggled to pay my bills, and I made only $13/hr.*

**AGO-MA00155**

**2. Everest's misconduct affected my decision to enroll and take out student loans in the following ways (check each that applies)**

☒ I chose to enroll at Everest and take out student loans based, in substantial part, on the representation(s) listed above.

☒ I believed that the job placement rates related to my program of study or promise of a job indicated the level of quality an Everest education offered to students. I chose to enroll at Everest and take out student loans based, in substantial part, on the information I received about job placement related to my program of study and the quality of education I believed those placement representations indicated.

☐ Other:

**3. As a result of Everest's misconduct, I suffered harm in the following ways (check each that applies)**

☒ I applied for and received one or more federal loans to cover the cost of attendance of the Everest program in which I enrolled.

☒ Other:

> *I am struggling to pay my students, even missing payments. I also paid cash to attend, depleting my savings that I could have used to attend another school, or pay other bills. My High School also gave a me an educational grant that I could have used to attend a different school, or cheaper option (like Community College).*

**4. I will provide documentation with additional information to confirm that I was enrolled in the program of study at Everest that I identified above, and was enrolled for the dates I provided above. (Suggested documents include transcripts and registration documents indicating the specific program of study at Everest and dates of enrollment.) (Check each that applies.)**

☐ As an attachment to this attestation, I have included such documents(s). The document(s) I have attached are:

[blank box]

☒ The Office of the Attorney General will gather and submit such document(s).

**5. Everest's misconduct violated Massachusetts laws in the following ways (check each that applies)**

☒ The school's misconduct violated Massachusetts General Laws Chapter 93A, Section 2.

☒ The Office of the Attorney General will provide information about the violation of Massachusetts law.

2

AGO-MA00156

## SECTION III: FEDERAL LOAN FORBEARANCE

☒ I do not want my repayment plan or forbearance status to change as a result of this attestation while my claim is being reviewed by the Department of Education.

## SECTION IV: CERTIFICATION

By signing this attestation I certify that:

I agree to provide, upon request, testimony, a sworn statement, or other documentation reasonably available to me that demonstrates to the satisfaction of the Department of Education or its designee that I meet the qualifications for borrower defense to repayment loan discharge.

All of the information I provided is true and complete to the best of my knowledge and I agree, if asked, to provide information reasonably available to me to the Department of Education that will verify the accuracy of my completed attestation.

I understand that the Department of Education has the authority to verify information reported on this application with other federal or state agencies or other entities. I authorize the Department of Education, along with its agents and contractors, to contact me regarding this request at the phone number above using automated dialing equipment or artificial or prerecorded voice or text messages.

I understand that if I purposely provided false or misleading information on this application, I may be subject to the penalties specified in 18 U.S. Code § 1001.

Signature: [redacted]

Date: 09-01-2015

*Rose Ursino 9/1/15*
*Notary Exp 6/2/2017*

ROSE URSINO
Notary Public
Commonwealth of Massachusetts
My Commission Expires
June 2, 2017

3

AGO-MA00157

**Ombudsman Group**
**Privacy Release Statement & Third Party Authorization**
*Please fill out all pertinent information.  Please print clearly:*

Name: ████████████████

Address: ████████████        City/State/Zip: EB  MA 02128

Home Phone: _____   Work Phone: _____   Cell Phone: ████████
                                                              (area code)

E-mail: ████████████████████████

Soc. Sec.#: ____-____-____   Date of Birth: ████████

What is the best way to contact you? ___ Cell / Email. ___

Please briefly describe your issues:

I am submitting a defense to repayment ("DTR") application for my federal student loans and/or am

applying for an income-driven repayment plan, deferment, or forbearance.  I want the Massachusetts

Attorney General's Office to be given access to information about my federal student loans, including

any applications that I submit for DTR, income-driven repayment, forbearance, or deferment.

*My signature on this page allows representatives of the United States Department of Education's Federal Student Aid Ombudsman Group, to obtain, under the "Right to Privacy Act of 1974," any information requested and to examine and/or copy any records related to my Federal Student Aid.  Third (3ʳᵈ)-Party Authorization:  My signature below also authorizes the third party listed below to contact the Ombudsman Group on my behalf to discuss any and all issues regarding my Federal Student Aid.*

████████████████                    9/1/2015
*Signature*                          Date

████████████████                    9 . 1 . 2015
*Third (3ʳᵈ) Party Signature*        Date

*3ʳᵈ Party Name:* ████████, on behalf of the Massachusetts Attorney General's Office
*Relationship To You:*  Employee of the Massachusetts Attorney General's Office

*3ʳᵈ Party Address:* 1 Ashburton Place 18ᵗʰ Floor *3ʳᵈ Party City/State/Zip Code:* Boston, MA 02108

*3ʳᵈ Party E-mail address:* ████@state.ma.us   *3ʳᵈ Party Work Phone:* 617-963████

*3ʳᵈ Party Home Phone:* _____  *3ʳᵈ Party Cell Phone:* _____  *Preferred Contact Method:* _____

*Return this form to:  Ombudsman Group, U.S. Department of Education, 4ᵗʰ Floor, UCP-3, MS: 5144, 830 First Street, N.E. Washington, DC  20202-5144.  You may fax the completed form to 202/275-0549.  If you have any questions, please call 202/377-3800.*

# DEFENSE TO REPAYMENT APPLICATION

## SECTION I: BORROWER INFORMATION

First Name: ▮▮▮
Middle Name: ▮▮▮
Last Name: ▮▮▮
Date of Birth: ▮▮▮
Social Security Number (last 4 digits): ▮▮▮
Address: ▮▮▮▮ *Dorchester, MA 02124*
Phone number: ▮▮▮
Email address: ▮▮▮

I, ▮▮▮, attest to the following:

I am submitting this attestation and additional materials in support of my application for a borrower defense to repayment discharge of my federal loans.

## SECTION II: PROGRAM INFORMATION

Campus Name and Location: *Everest-Brighton*
Enrollment Start Date (MM/YYYY): *08/2011*
Enrollment End Date (MM/YYYY): *06/2012*
Program Name: *Medical Assistant*
Credential Sought: *Certificate*
Graduation Status: *Graduated*

**1. Prior to my enrollment in this Everest program, one or more of the following occurred (check each that applies)**

☐ I received information about job placement rates related to my program of study through brochures advertising Everest's academic programs or other printed materials, including those provided by Everest representatives, recruiters, or employees.

☐ I received information about job placement rates related to my program of study through emails, online materials, or online disclosures from or by Everest.

☐ I received information about job placement rates related to my program of study through Everest's oral representations.

☒ Everest representatives, recruiters, or employees promised me that I would get a job if I graduated.

☒ Other:

> *They told me that some of federal loans were grants, not loans. In fact, they were loans and I have to pay them back. They told me I would be a certified medical assistant but this is untrue.*

**AGO-MA00158**

**2. Everest's misconduct affected my decision to enroll and take out student loans in the following ways (check each that applies)**

☒ I chose to enroll at Everest and take out student loans based, in substantial part, on the representation(s) listed above.

☒ I believed that the job placement rates related to my program of study or promise of a job indicated the level of quality an Everest education offered to students. I chose to enroll at Everest and take out student loans based, in substantial part, on the information I received about job placement related to my program of study and the quality of education I believed those placement representations indicated.

☐ Other:

**3. As a result of Everest's misconduct, I suffered harm in the following ways (check each that applies)**

☒ I applied for and received one or more federal loans to cover the cost of attendance of the Everest program in which I enrolled.

☒ Other:

> *I couldn't find a job that would allow me to pay back my loans.  I am currently unemployed and unable to pay my loans.*

**4. I will provide documentation with additional information to confirm that I was enrolled in the program of study at Everest that I identified above, and was enrolled for the dates I provided above. (Suggested documents include transcripts and registration documents indicating the specific program of study at Everest and dates of enrollment.) (Check each that applies.)**

☐ As an attachment to this attestation, I have included such documents(s). The document(s) I have attached are:

☒ The Office of the Attorney General will gather and submit such document(s).

**5. Everest's misconduct violated Massachusetts laws in the following ways (check each that applies)**

☒ The school's misconduct violated Massachusetts General Laws Chapter 93A, Section 2.

☒ The Office of the Attorney General will provide information about the violation of Massachusetts law.

**SECTION III: FEDERAL LOAN FORBEARANCE**

☒ I do not want my repayment plan or forbearance status to change as a result of this attestation while my claim is being reviewed by the Department of Education.

2

AGO-MA00159

**AG.EX3-110**

**SECTION IV: CERTIFICATION**

By signing this attestation I certify that:

I agree to provide, upon request, testimony, a sworn statement, or other documentation reasonably available to me that demonstrates to the satisfaction of the Department of Education or its designee that I meet the qualifications for borrower defense to repayment loan discharge.

All of the information I provided is true and complete to the best of my knowledge and I agree, if asked, to provide information reasonably available to me to the Department of Education that will verify the accuracy of my completed attestation.

I understand that the Department of Education has the authority to verify information reported on this application with other federal or state agencies or other entities. I authorize the Department of Education, along with its agents and contractors, to contact me regarding this request at the phone number above using automated dialing equipment or artificial or prerecorded voice or text messages.

I understand that if I purposely provided false or misleading information on this application, I may be subject to the penalties specified in 18 U.S. Code § 1001.

Signature: ███████████

Date: _09|01|13_

Rose Ursino 9/1/15
Notary exp 6/2/2017

ROSE URSINO
Notary Public
Commonwealth of Massachusetts
My Commission Expires
June 2, 2017

3

**AGO-MA00160**

**Ombudsman Group**
**Privacy Release Statement & Third Party Authorization**
*Please fill out all pertinent information.  Please print clearly:*

Name: ███████████████

Address: ███████████ City/State/Zip: ███████████████

Home Phone ███████ Work Phone: _____ Cell Phone: ███████

E-mail ███████

Soc. Sec.# ██████ Date of Birth: ██████

What is the best way to contact you? *Cell Phone  Or Email*

Please briefly describe your issues:

I am submitting a defense to repayment ("DTR") application for my federal student loans and/or am

applying for an income-driven repayment plan, deferment, or forbearance.  I want the Massachusetts

Attorney General's Office to be given access to information about my federal student loans, including

any applications that I submit for DTR, income-driven repayment, forbearance, or deferment.

*My signature on this page allows representatives of the United States Department of Education's Federal Student
Aid Ombudsman Group, to obtain, under the "Right to Privacy Act of 1974," any information requested and to
examine and/or copy any records related to my Federal Student Aid.  Third (3rd)-Party Authorization:  My
signature below also authorizes the third party listed below to contact the Ombudsman Group on my behalf to
discuss any and all issues regarding my Federal Student Aid.*

███████████████ _____ *9/1/2015*
(Signature) Date

███████████████ _____ *09/01/15*
Third (3rd) Party Signature Date

3rd Party Name: ███████, on behalf of the Massachusetts Attorney General's Office
Relationship To You:  Employee of the Massachusetts Attorney General's Office

3rd Party Address: 1 Ashburton Place 18th Floor  3rd Party City/State/Zip Code: Boston, MA 02108

3rd Party E-mail address: ███████@state.ma.us  3rd Party Work Phone: 617-963-████

3rd Party Home Phone: _____ 3rd Party Cell Phone: _____ Preferred Contact Method: _____

*Return this form to:  Ombudsman Group, U.S. Department of Education, 4th Floor, UCP-3, MS: 5144,
830 First Street, N.E. Washington, DC  20202-5144.  You may fax the completed form to 202/275-
0549.  If you have any questions, please call 202/377-3800.*

# DEFENSE TO REPAYMENT APPLICATION

## SECTION I: BORROWER INFORMATION

First Name: ▓▓▓▓
Middle Name:
Last Name: ▓▓▓▓▓
Date of Birth: ▓▓▓▓▓
Social Security Number (last 4 digits): ▓▓▓
Address: ▓▓▓▓▓▓▓▓ *Roxbury, MA 02119*
Phone number: ▓▓▓▓▓▓
Email address: ▓▓▓▓▓▓▓

I, ▓▓▓▓▓▓▓_____, attest to the following:

I am submitting this attestation and additional materials in support of my application for a borrower defense to repayment discharge of my federal loans.

## SECTION II: PROGRAM INFORMATION

Campus Name and Location: *Everest-Brighton*
Enrollment Start Date (MM/YYYY): *01/2013*
Enrollment End Date (MM/YYYY): *12/12013*
Program Name: *Medical Assistant*
Credential Sought: *Certificate*
Graduation Status: *Graduated*

**1. Prior to my enrollment in this Everest program, one or more of the following occurred (check each that applies)**

☐ I received information about job placement rates related to my program of study through brochures advertising Everest's academic programs or other printed materials, including those provided by Everest representatives, recruiters, or employees.

☐ I received information about job placement rates related to my program of study through emails, online materials, or online disclosures from or by Everest.

☐ I received information about job placement rates related to my program of study through Everest's oral representations.

☒ Everest representatives, recruiters, or employees promised me that I would get a job if I graduated.

☒ Other:

> *Everest representatives, recruiters, or employees promised me that I would get the proper certification to be able to work as a medical assistant at any hospital. This was not true. Some work places require me to be a certified medical assistant, and Everest did not provide this certification.*
>
> *Everest representatives, recruiters, or employees promised me that I would get individualized instructions and training. This was not true.*

> *Everest representatives, recruiters, or employees promised hands-on training and will prepare me for my externship. This was not true, and the skills I learned from Everest weren't the same as what was required of me at my externship.*
>
> *Everest representatives, recruiters, or employees promised me that I would get paid $18/hr after graduation. This was not true.*

**2. Everest's misconduct affected my decision to enroll and take out student loans in the following ways (check each that applies)**

☒ I chose to enroll at Everest and take out student loans based, in substantial part, on the representation(s) listed above.

☒ I believed that the job placement rates related to my program of study or promise of a job indicated the level of quality an Everest education offered to students. I chose to enroll at Everest and take out student loans based, in substantial part, on the information I received about job placement related to my program of study and the quality of education I believed those placement representations indicated.

☐ Other:

**3. As a result of Everest's misconduct, I suffered harm in the following ways (check each that applies)**

☒ I applied for and received one or more federal loans to cover the cost of attendance of the Everest program in which I enrolled.

☒ Other:

> *I am having difficulties paying my loans.*
>
> *I did not get the certification required for me to work at hospitals that I want to work at.*

**4. I will provide documentation with additional information to confirm that I was enrolled in the program of study at Everest that I identified above, and was enrolled for the dates I provided above. (Suggested documents include transcripts and registration documents indicating the specific program of study at Everest and dates of enrollment.) (Check each that applies.)**

☐ As an attachment to this attestation, I have included such documents(s). The document(s) I have attached are:

☒ The Office of the Attorney General will gather and submit such document(s).

**5. Everest's misconduct violated Massachusetts laws in the following ways (check each that applies)**

2

AG.EX3-114

☒ The school's misconduct violated Massachusetts General Laws Chapter 93A, Section 2.

☒ The Office of the Attorney General will provide information about the violation of Massachusetts law.

## SECTION III: FEDERAL LOAN FORBEARANCE

☒ I do not want my repayment plan or forbearance status to change as a result of this attestation while my claim is being reviewed by the Department of Education.

## SECTION IV: CERTIFICATION

By signing this attestation I certify that:

I agree to provide, upon request, testimony, a sworn statement, or other documentation reasonably available to me that demonstrates to the satisfaction of the Department of Education or its designee that I meet the qualifications for borrower defense to repayment loan discharge.

All of the information I provided is true and complete to the best of my knowledge and I agree, if asked, to provide information reasonably available to me to the Department of Education that will verify the accuracy of my completed attestation.

I understand that the Department of Education has the authority to verify information reported on this application with other federal or state agencies or other entities. I authorize the Department of Education, along with its agents and contractors, to contact me regarding this request at the phone number above using automated dialing equipment or artificial or prerecorded voice or text messages.

I understand that if I purposely provided false or misleading information on this application, I may be subject to the penalties specified in 18 U.S. Code § 1001.

Signature: _____

Date: _____ 9/1/15

*Roxie Ursino 9/1/15*
*Notary (Exp 6/2/2017)*

ROSE URSINO
Notary Public
Commonwealth of Massachusetts
My Commission Expires
June 2, 2017

3

AGO-MA00163

## Ombudsman Group
### Privacy Release Statement & Third Party Authorization
*Please fill out all pertinent information.  Please print clearly:*

Name: ████████████

Address: ████████████   City/State/Zip: Roxbury, MA 0219█

Home Phone: _____   Work Phone: _____   Cell Phone: ████████
(area code)   (area code)   (area code)

E-mail: ████████████

Soc. Sec.# ████████████   Date of Birth: ████████

What is the best way to contact you? ████████████

Please briefly describe your issues:

I am submitting a defense to repayment ("DTR") application for my federal student loans and/or am
applying for an income-driven repayment plan, deferment, or forbearance.  I want the Massachusetts
Attorney General's Office to be given access to information about my federal student loans, including
any applications that I submit for DTR, income-driven repayment, forbearance, or deferment.

*My signature on this page allows representatives of the United States Department of Education's Federal Student
Aid Ombudsman Group, to obtain, under the "Right to Privacy Act of 1974," any information requested and to
examine and/or copy any records related to my Federal Student Aid.  Third (3rd)-Party Authorization:  My
signature below also authorizes the third party listed below to contact the Ombudsman Group on my behalf to
discuss any and all issues regarding my Federal Student Aid.*

████████████   9/1/2015
(Signature)   Date

████████████   9/1/2015
Third (3rd) Party Signature   Date

3rd Party Name: ████████, on behalf of the Massachusetts Attorney General's Office
Relationship To You:  Employee of the Massachusetts Attorney General's Office

3rd Party Address:  1 Ashburton Place 18th Floor   3rd Party City/State/Zip Code: Boston, MA 02108

3rd Party E-mail address: ████████@state.ma.us   3rd Party Work Phone: 617-963-████

3rd Party Home Phone: _____   3rd Party Cell Phone: _____   Preferred Contact Method: _____

*Return this form to:  Ombudsman Group, U.S. Department of Education, 4th Floor, UCP-3, MS: 5144,
830 First Street, N.E. Washington, DC  20202-5144.  You may fax the completed form to 202/275-
0549.  If you have any questions, please call 202/377-3800.*

# DEFENSE TO REPAYMENT APPLICATION

**SECTION I: BORROWER INFORMATION**

First Name: ███
Middle Name: █
Last Name: ████
Date of Birth: ███
Social Security Number (last 4 digits): ███
Address: ████████████ *Brighton, MA 02135*
Phone number: ██████

Email address: ██████████

I, ████████, attest to the following:
I am submitting this attestation and additional materials in support of my application for a borrower defense to repayment discharge of my federal loans.

**SECTION II: PROGRAM INFORMATION**

Campus Name and Location: *Everest-Brighton*
Enrollment Start Date (09/2011):
Enrollment End Date (06/2012):
Program Name: *Medical Assistant*
Credential Sought: *Certificate*
Graduation Status: *Graduated*

**1. Prior to my enrollment in this Everest program, one or more of the following occurred (check each that applies)**

☐ I received information about job placement rates related to my program of study through brochures advertising Everest's academic programs or other printed materials, including those provided by Everest representatives, recruiters, or employees.

☐ I received information about job placement rates related to my program of study through emails, online materials, or online disclosures from or by Everest.

☐ I received information about job placement rates related to my program of study through Everest's oral representations.

☐ Everest representatives, recruiters, or employees promised me that I would get a job if I graduated.

☒ Other:

> *They pressured me to enroll, said would not cost much cost in loans, fast, and good jobs.   They called and emailed me at least twice a day until I enrolled. They spent 10 mins on financial aid and signed me up for loans and I never explained*

*the interest rates or other obligations. They told me personally that their training would give me a good paying career and that everyone finds an externship. They also said they would help me find a job. They found me an externship at Steward Pediatrics, but I wanted obgyn. Steward Pediatrics closed about 3 months after I started.   They never helped me find a job. I passed without any reading or studying. When we took tests, the teachers let the students share answers or the teachers actually gave individual students (including me) hints for answers to tests. When we were tested on practical skills (like drawing blood), they let us keep doing the test over until we got it right in order to pass. So I don't feel that I learned anything I could not have learned working at a job. I eventually found a job after three months, but that job gave me all of the training I needed for the job except for how to do injections. They told me that my classes would be transferable by other colleges or universities, but when I went to another school, the Everest credits were not transferable. Most of the jobs require certification, which requires payment for an additional exam. That certification and exam fee was not included in the tuition. Many of my fellow students did not speak English. There were supposedly many fights in the classrooms. I saw one fight in my classroom between two students with scissors.*

**2. Everest's misconduct affected my decision to enroll and take out student loans in the following ways (check each that applies)**

☒ I chose to enroll at Everest and take out student loans based, in substantial part, on the representation(s) listed above.

☐ I believed that the job placement rates related to my program of study or promise of a job indicated the level of quality an Everest education offered to students. I chose to enroll at Everest and take out student loans based, in substantial part, on the information I received about job

AGO-MA00165

placement related to my program of study and the quality of education I believed those placement representations indicated.

☐ Other:

**3. As a result of Everest's misconduct, I suffered harm in the following ways (check each that applies)**

☒ I applied for and received one or more federal loans to cover the cost of attendance of the Everest program in which I enrolled.

☐ Other:

> *The job I eventually found on my own, was a $14/hour job in which I was trained for the job. I could not make ends meet for my son and me. The credits were not transferable.*

**4. I will provide documentation with additional information to confirm that I was enrolled in the program of study at Everest that I identified above, and was enrolled for the dates I provided above. (Suggested documents include transcripts and registration documents indicating the specific program of study at Everest and dates of enrollment.) (Check each that applies.)**

☐ As an attachment to this attestation, I have included such documents(s). The document(s) I have attached are:

☒ The Office of the Attorney General will gather and submit such document(s).

**5. Everest's misconduct violated Massachusetts laws in the following ways (check each that applies)**

☒ The school's misconduct violated Massachusetts General Laws Chapter 93A, Section 2.

☒ The Office of the Attorney General will provide information about the violation of Massachusetts law.

## SECTION III: FEDERAL LOAN FORBEARANCE

☒ I do not want my repayment plan or forbearance status to change as a result of this attestation while my claim is being reviewed by the Department of Education.

AGO-MA00166

AG.EX3-119

**SECTION IV: CERTIFICATION**

By signing this attestation I certify that:

I agree to provide, upon request, testimony, a sworn statement, or other documentation reasonably available to me that demonstrates to the satisfaction of the Department of Education or its designee that I meet the qualifications for borrower defense to repayment loan discharge.

All of the information I provided is true and complete to the best of my knowledge and I agree, if asked, to provide information reasonably available to me to the Department of Education that will verify the accuracy of my completed attestation.

I understand that the Department of Education has the authority to verify information reported on this application with other federal or state agencies or other entities. I authorize the Department of Education, along with its agents and contractors, to contact me regarding this request at the phone number above using automated dialing equipment or artificial or prerecorded voice or text messages.

I understand that if I purposely provided false or misleading information on this application, I may be subject to the penalties specified in 18 U.S. Code § 1001.

Signature: _____

Date: _____ 9/1/2015 _____

4

AGO-MA00167

### Ombudsman Group
### Privacy Release Statement & Third Party Authorization
*Please fill out all pertinent information.  Please print clearly:*

Name: ▮▮▮▮▮▮▮▮▮▮▮

Address: ▮▮▮▮▮▮▮▮   City/State/Zip: Brighton MA 0213▮

Home Phone: _____  Work Phone: _____  Cell Phone: ▮▮▮▮▮
(area code)          (area code)          (area code)

E-mail: ▮▮▮▮▮▮▮▮▮▮

Soc. Sec.#: ▮▮▮▮▮   Date of Birth: ▮▮▮▮▮

What is the best way to contact you?  Phone

Please briefly describe your issues:

I am submitting a defense to repayment ("DTR") application for my federal student loans and/or am

applying for an income-driven repayment plan, deferment, or forbearance.  I want the Massachusetts

Attorney General's Office to be given access to information about my federal student loans, including

any applications that I submit for DTR, income-driven repayment, forbearance, or deferment.

*My signature on this page allows representatives of the United States Department of Education's Federal Student Aid Ombudsman Group, to obtain, under the "Right to Privacy Act of 1974," any information requested and to examine and/or copy any records related to my Federal Student Aid.  Third (3rd)-Party Authorization:  My signature below also authorizes the third party listed below to contact the Ombudsman Group on my behalf to discuss any and all issues regarding my Federal Student Aid.*

▮▮▮▮▮▮▮▮                                9/1/2015
_____                       _____
Signature                               Date

▮▮▮▮▮▮▮▮                                9/1/2015
_____                       _____
(Coo▮▮▮▮)                               Date

3rd Party Name: ▮▮▮▮▮ , on behalf of the Massachusetts Attorney General's Office
Relationship To You:  Employee of the Massachusetts Attorney General's Office

3rd Party Address: 1 Ashburton Place 18th Floor  3rd Party City/State/Zip Code:  Boston, MA 02108

3rd Party E-mail address: ▮▮▮▮@state.ma.us   3rd Party Work Phone: 617-963-▮▮

3rd Party Home Phone: _____  3rd Party Cell Phone: _____  Preferred Contact Method: _____

*Return this form to:  Ombudsman Group, U.S. Department of Education, 4th Floor, UCP-3, MS: 5144, 830 First Street, N.E. Washington, DC  20202-5144.  You may fax the completed form to 202/275-0549.  If you have any questions, please call 202/377-3800.*

# DEFENSE TO REPAYMENT APPLICATION

## SECTION I: BORROWER INFORMATION

First Name: ▇▇
Middle Name: ▇
Last Name: ▇▇▇▇
Date of Birth: ▇▇▇▇▇▇
Social Security Number (last 4 digits): ▇▇▇
Address: ▇▇▇▇▇▇▇▇▇ *Jamaica Plain, MA 02130*
Phone number: ▇▇▇▇▇▇▇
Email address: ▇▇▇▇▇▇▇▇

I, ▇▇▇▇▇▇, attest to the following:

I am submitting this attestation and additional materials in support of my application for a borrower defense to repayment discharge of my federal loans.

## SECTION II: PROGRAM INFORMATION

Campus Name and Location: *Everest-Brighton*
Enrollment Start Date (MM/YYYY): 08/2011
Enrollment End Date (MM/YYYY): *06/2012*
Program Name: *Medical Assistant*
Credential Sought: *Certificate*
Graduation Status: *Graduated*

**1. Prior to my enrollment in this Everest program, one or more of the following occurred (check each that applies)**

☐ I received information about job placement rates related to my program of study through brochures advertising Everest's academic programs or other printed materials, including those provided by Everest representatives, recruiters, or employees.

☐ I received information about job placement rates related to my program of study through emails, online materials, or online disclosures from or by Everest.

☒ I received information about job placement rates related to my program of study through Everest's oral representations.

☒ Everest representatives, recruiters, or employees promised me that I would get a job if I graduated.

☒ Other:

*The admissions person told me prior to enrolling that 100% of students get jobs and promised a job. She told me that jobs started at $14.00 an hour, but I later learned this was not true. When I was approaching graduation and I didn't have a job, the career representative only gave me public job listings from places like Monster.com. I never got a job in field. I now work as assistant manager at Radio Shack. At my internship, I was told that medical assistants start at $10.00 an hour. The admissions person and career rep both told me that many students get a job on the spot at their internship. In addition,, prior to enrolling the*

**AGO-MA00168**

> *admissions person told me that there was individual instruction but this was not true; we*
> *learned off of textbooks. Finally, when I enrolled I didn't know I was taking out federal*
> *loans. I only thought I was taking out the private Genesis loans.*

**2. Everest's misconduct affected my decision to enroll and take out student loans in the following ways (check each that applies)**

☒ I chose to enroll at Everest and take out student loans based, in substantial part, on the representation(s) listed above.

☒ I believed that the job placement rates related to my program of study or promise of a job indicated the level of quality an Everest education offered to students. I chose to enroll at Everest and take out student loans based, in substantial part, on the information I received about job placement related to my program of study and the quality of education I believed those placement representations indicated.

☐ Other:

**3. As a result of Everest's misconduct, I suffered harm in the following ways (check each that applies)**

☒ I applied for and received one or more federal loans to cover the cost of attendance of the Everest program in which I enrolled.

☒ Other:

> *I have had trouble paying back my student loans. I never got a job in the field of medical*
> *assisting despite a lot of effort.*

**4. I will provide documentation with additional information to confirm that I was enrolled in the program of study at Everest that I identified above, and was enrolled for the dates I provided above. (Suggested documents include transcripts and registration documents indicating the specific program of study at Everest and dates of enrollment.) (Check each that applies.)**

☐ As an attachment to this attestation, I have included such documents(s). The document(s) I have attached are:

☒ The Office of the Attorney General will gather and submit such document(s).

**5. Everest's misconduct violated Massachusetts laws in the following ways (check each that applies)**

☒ The school's misconduct violated Massachusetts General Laws Chapter 93A, Section 2.

☒ The Office of the Attorney General will provide information about the violation of Massachusetts law.

2

AG.EX3-123

**SECTION III: FEDERAL LOAN FORBEARANCE**

☒ I do not want my repayment plan or forbearance status to change as a result of this attestation while my claim is being reviewed by the Department of Education.

**SECTION IV: CERTIFICATION**

By signing this attestation I certify that:

I agree to provide, upon request, testimony, a sworn statement, or other documentation reasonably available to me that demonstrates to the satisfaction of the Department of Education or its designee that I meet the qualifications for borrower defense to repayment loan discharge.

All of the information I provided is true and complete to the best of my knowledge and I agree, if asked, to provide information reasonably available to me to the Department of Education that will verify the accuracy of my completed attestation.

I understand that the Department of Education has the authority to verify information reported on this application with other federal or state agencies or other entities. I authorize the Department of Education, along with its agents and contractors, to contact me regarding this request at the phone number above using automated dialing equipment or artificial or prerecorded voice or text messages.

I understand that if I purposely provided false or misleading information on this application, I may be subject to the penalties specified in 18 U.S. Code § 1001.

Signature: ▮▮▮▮▮▮▮▮▮▮▮▮

Date: 9/1/15

*Rose Ursino 9/1/15*
*Notary (Exp 6/2/2017)*

> **ROSE URSINO**
> Notary Public
> Commonwealth of Massachusetts
> My Commission Expires
> June 2, 2017

3

AGO-MA00170

## Ombudsman Group
### Privacy Release Statement & Third Party Authorization
*Please fill out all pertinent information.  Please print clearly:*

Name: ██████████████

Address ██████████  City/State/Zip: Jamira Plan

Home Phone: _____ (area code)  Work Phone: _____ (area code)  Cell Phone: ████████ (area code)

E-mail: ████████

Soc. Sec.#: ████████  Date of Birth: ████████

What is the best way to contact you? _____

Please briefly describe your issues:

I am submitting a defense to repayment ("DTR") application for my federal student loans and/or am applying for an income-driven repayment plan, deferment, or forbearance.  I want the Massachusetts Attorney General's Office to be given access to information about my federal student loans, including any applications that I submit for DTR, income-driven repayment, forbearance, or deferment.

*My signature on this page allows representatives of the United States Department of Education's Federal Student Aid Ombudsman Group, to obtain, under the "Right to Privacy Act of 1974," any information requested and to examine and/or copy any records related to my Federal Student Aid.  Third (3ʳᵈ)-Party Authorization:  My signature below also authorizes the third party listed below to contact the Ombudsman Group on my behalf to discuss any and all issues regarding my Federal Student Aid.*

████████████████

(Signature) ████████  Date: 9/1/2015

████████████████

Third (3ʳᵈ) Party Signature  Date: 9/1/2015

3ʳᵈ Party Name: ████████ , on behalf of the Massachusetts Attorney General's Office
Relationship To You:  Employee of the Massachusetts Attorney General's Office

3ʳᵈ Party Address: 1 Ashburton Place 18ᵗʰ Floor 3ʳᵈ Party City/State/Zip Code: Boston, MA 02108

3ʳᵈ Party E-mail address: ████ h@state.ma.us   3ʳᵈ Party Work Phone: 617-963-████

3ʳᵈ Party Home Phone: _____ 3ʳᵈ Party Cell Phone: _____ Preferred Contact Method: _____

*Return this form to:  Ombudsman Group, U.S. Department of Education, 4ᵗʰ Floor, UCP-3, MS: 5144, 830 First Street, N.E. Washington, DC  20202-5144.  You may fax the completed form to 202/275-0549.  If you have any questions, please call 202/377-3800.*

## DEFENSE TO REPAYMENT APPLICATION

SECTION I: BORROWER INFORMATION
First Name: █████
Middle Name: █████
Last Name: █████
Date of Birth: █████
Social Security Number (last 4 digits): █████
Address: █            █████ *Dorchester, MA 02124*
Phone number █████
Email address: █████

I, █████████, attest to the following:
I am submitting this attestation and additional materials in support of my application for a borrower defense to repayment discharge of my federal loans.

## SECTION II: PROGRAM INFORMATION

Campus Name and Location: *Everest-Brighton*
Enrollment Start Date (MM/YYYY): *February 2012*
Enrollment End Date (MM/YYYY): *August 2014*
Program Name: *Medical Assistant*
Credential Sought: *Certificate*
Graduation Status: *Graduated*

**1. Prior to my enrollment in this Everest program, one or more of the following occurred (check each that applies)**

☐ I received information about job placement rates related to my program of study through brochures advertising Everest's academic programs or other printed materials, including those provided by Everest representatives, recruiters, or employees.

☐ I received information about job placement rates related to my program of study through emails, online materials, or online disclosures from or by Everest.

☒ I received information about job placement rates related to my program of study through Everest's oral representations.

☒ Everest representatives, recruiters, or employees promised me that I would get a job if I graduated.

☐ Other:

**2. Everest's misconduct affected my decision to enroll and take out student loans in the following ways (check each that applies)**

☒ I chose to enroll at Everest and take out student loans based, in substantial part, on the representation(s) listed above.

☒ I believed that the job placement rates related to my program of study or promise of a job indicated the level of quality an Everest education offered to students. I chose to enroll at Everest and take out student loans based, in substantial part, on the information I received about job placement related to my program of study and the quality of education I believed those placement representations indicated.

☐ Other:

**3. As a result of Everest's misconduct, I suffered harm in the following ways (check each that applies)**

☒ I applied for and received one or more federal loans to cover the cost of attendance of the Everest program in which I enrolled.

☐ Other:

**4. I will provide documentation with additional information to confirm that I was enrolled in the program of study at Everest that I identified above, and was enrolled for the dates I provided above. (Suggested documents include transcripts and registration documents indicating the specific program of study at Everest and dates of enrollment.) (Check each that applies.)**

☐ As an attachment to this attestation, I have included such documents(s). The document(s) I have attached are:

☒ The Office of the Attorney General will gather and submit such document(s).

**5. Everest's misconduct violated Massachusetts laws in the following ways (check each that applies)**

☒ The school's misconduct violated Massachusetts General Laws Chapter 93A, Section 2.

☒ The Office of the Attorney General will provide information about the violation of Massachusetts law.

**SECTION III: FEDERAL LOAN FORBEARANCE**

☒ I do not want my repayment plan or forbearance status to change as a result of this attestation while my claim is being reviewed by the Department of Education.

2

## SECTION IV: CERTIFICATION

By signing this attestation I certify that:

I agree to provide, upon request, testimony, a sworn statement, or other documentation reasonably available to me that demonstrates to the satisfaction of the Department of Education or its designee that I meet the qualifications for borrower defense to repayment loan discharge.

All of the information I provided is true and complete to the best of my knowledge and I agree, if asked, to provide information reasonably available to me to the Department of Education that will verify the accuracy of my completed attestation.

I understand that the Department of Education has the authority to verify information reported on this application with other federal or state agencies or other entities. I authorize the Department of Education, along with its agents and contractors, to contact me regarding this request at the phone number above using automated dialing equipment or artificial or prerecorded voice or text messages.

I understand that if I purposely provided false or misleading information on this application, I may be subject to the penalties specified in 18 U.S. Code § 1001.

Signature: ▮▮▮▮▮▮

Date: _9/1/15_

*Rose Ursino 9/1/15*
*Notary (Exp 6/2/2017)*

ROSE URSINO
Notary Public
Commonwealth of Massachusetts
My Commission Expires
June 2, 2017

3

## Ombudsman Group
## Privacy Release Statement & Third Party Authorization
*Please fill out all pertinent information. Please print clearly:*

Name:

Address: _____ City/State/Zip: Worcester MA 01604

Home Phone: _____ Work Phone: _____(code) Cell Phone: _____(area code)

E-mail: _____

Soc. Sec.#: _____ Date of Birth: _____

What is the best way to contact you? Cell phone

Please briefly describe your issues:

I am submitting a defense to repayment ("DTR") application for my federal student loans and/or am applying for an income-driven repayment plan, deferment, or forbearance. I want the Massachusetts Attorney General's Office to be given access to information about my federal student loans, including any applications that I submit for DTR, income-driven repayment, forbearance, or deferment.

*My signature on this page allows representatives of the United States Department of Education's Federal Student Aid Ombudsman Group, to obtain, under the "Right to Privacy Act of 1974," any information requested and to examine and/or copy any records related to my Federal Student Aid. Third (3rd)-Party Authorization: My signature below also authorizes the third party listed below to contact the Ombudsman Group on my behalf to discuss any and all issues regarding my Federal Student Aid.*

_____        9/1/2015
(Signature)                     Date

_____        9/1/15
Third (3rd) Party Signature     Date

3rd Party Name: _____, on behalf of the Massachusetts Attorney General's Office
Relationship To You: Employee of the Massachusetts Attorney General's Office

3rd Party Address: 1 Ashburton Place 18th Floor 3rd Party City/State/Zip Code: Boston, MA 02108

3rd Party E-mail address: _____@state.ma.us   3rd Party Work Phone: 617-963-____

3rd Party Home Phone: _____ 3rd Party Cell Phone: _____ Preferred Contact Method: _____

*Return this form to: Ombudsman Group, U.S. Department of Education, 4th Floor, UCP-3, MS: 5144, 830 First Street, N.E. Washington, DC 20202-5144. You may fax the completed form to 202/275-0549. If you have any questions, please call 202/377-3800.*

# DEFENSE TO REPAYMENT APPLICATION

## SECTION I: BORROWER INFORMATION

First Name: █████
Middle Name: ████
Last Name: █ ████
Date of Birth: █████
Social Security Number (last 4 digits): ████
Address: ████████ *Ayer, MA 01432*
Phone number: ████████
Email address: █████████████

I, ███████████ attest to the following:
I am submitting this attestation and additional materials in support of my application for a borrower defense to repayment discharge of my federal loans.

## SECTION II: PROGRAM INFORMATION

Campus Name and Location: *Everest-Brighton*
Enrollment Start Date (MM/YYYY): *10/24/2011*
Enrollment End Date (MM/YYYY): *7/5/2012*
Program Name: *Medical Assistant*
Credential Sought: *Certificate*
Graduation Status: *Graduated*

**1. Prior to my enrollment in this Everest program, one or more of the following occurred (check each that applies)**

☐ I received information about job placement rates related to my program of study through brochures advertising Everest's academic programs or other printed materials, including those provided by Everest representatives, recruiters, or employees.

☒ I received information about job placement rates related to my program of study through emails, online materials, or online disclosures from or by Everest.

☒ I received information about job placement rates related to my program of study through Everest's oral representations.

☐ Everest representatives, recruiters, or employees promised me that I would get a job if I graduated.

☐ Other:

_____

**2. Everest's misconduct affected my decision to enroll and take out student loans in the following ways (check each that applies)**

**AGO-MA00174**

☒ I chose to enroll at Everest and take out student loans based, in substantial part, on the representation(s) listed above.

☒ I believed that the job placement rates related to my program of study or promise of a job indicated the level of quality an Everest education offered to students. I chose to enroll at Everest and take out student loans based, in substantial part, on the information I received about job placement related to my program of study and the quality of education I believed those placement representations indicated.

☐ Other:

**3. As a result of Everest's misconduct, I suffered harm in the following ways (check each that applies)**

☒ I applied for and received one or more federal loans to cover the cost of attendance of the Everest program in which I enrolled.

☒ Other:

> *I struggled to pay for my loans at first because I could not find a high enough paying job.*

**4. I will provide documentation with additional information to confirm that I was enrolled in the program of study at Everest that I identified above, and was enrolled for the dates I provided above. (Suggested documents include transcripts and registration documents indicating the specific program of study at Everest and dates of enrollment.) (Check each that applies.)**

☒ As an attachment to this attestation, I have included such documents(s). The document(s) I have attached are:

> *Transcript, Resume, Report Cards, Awards, Attendance Award, Honor Roll Statements, Certificate.*

☒ The Office of the Attorney General will gather and submit such document(s).

**5. Everest's misconduct violated Massachusetts laws in the following ways (check each that applies)**

☒ The school's misconduct violated Massachusetts General Laws Chapter 93A, Section 2.

☒ The Office of the Attorney General will provide information about the violation of Massachusetts law.

**SECTION III: FEDERAL LOAN FORBEARANCE**

☒ I do not want my repayment plan or forbearance status to change as a result of this attestation while my claim is being reviewed by the Department of Education.

AGO-MA00175

**SECTION IV: CERTIFICATION**

By signing this attestation I certify that:

I agree to provide, upon request, testimony, a sworn statement, or other documentation reasonably available to me that demonstrates to the satisfaction of the Department of Education or its designee that I meet the qualifications for borrower defense to repayment loan discharge.

All of the information I provided is true and complete to the best of my knowledge and I agree, if asked, to provide information reasonably available to me to the Department of Education that will verify the accuracy of my completed attestation.

I understand that the Department of Education has the authority to verify information reported on this application with other federal or state agencies or other entities. I authorize the Department of Education, along with its agents and contractors, to contact me regarding this request at the phone number above using automated dialing equipment or artificial or prerecorded voice or text messages.

I understand that if I purposely provided false or misleading information on this application, I may be subject to the penalties specified in 18 U.S. Code § 1001.

Signature ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Date: _____ 9 • 1 • 15 _____

*Rose Ursino* 9/1/15
*Notary* (Exp 6/2/2017)

ROSE URSINO
Notary Public
Commonwealth of Massachusetts
My Commission Expires
June 2, 2017

3

AGO-MA00176

**Ombudsman Group**
**Privacy Release Statement & Third Party Authorization**
*Please fill out all pertinent information.  Please print clearly:*

Name: _____

Address: _____     City/State/Zip: _____

Home Phone: _____   Work Phone: _____   Cell Phone: _____
(area code)

E-mail: _____

Soc. Sec.#: _____     Date of Birth: _____

What is the best way to contact you?  Cell

Please briefly describe your issues:

I am submitting a defense to repayment ("DTR") application for my federal student loans and/or am applying for an income-driven repayment plan, deferment, or forbearance.  I want the Massachusetts Attorney General's Office to be given access to information about my federal student loans, including any applications that I submit for DTR, income-driven repayment, forbearance, or deferment.

*My signature on this page allows representatives of the United States Department of Education's Federal Student Aid Ombudsman Group, to obtain, under the "Right to Privacy Act of 1974," any information requested and to examine and/or copy any records related to my Federal Student Aid.  Third (3rd)-Party Authorization:  My signature below also authorizes the third party listed below to contact the Ombudsman Group on my behalf to discuss any and all issues regarding my Federal Student Aid.*

_____         9/1/2015
*Signature*                      *Date*

_____         Oct 1 15
*Third (3rd) Party Signature*    *Date*

*3rd Party Name:* _____ , on behalf of the Massachusetts Attorney General's Office
*Relationship To You:*  Employee of the Massachusetts Attorney General's Office

*3rd Party Address:* 1 Ashburton Place 18th Floor *3rd Party City/State/Zip Code:* Boston, MA 02108

*3rd Party E-mail address:* _____state.ma.us   *3rd Party Work Phone:* 617-963-____

*3rd Party Home Phone:* _____ *3rd Party Cell Phone:* _____ *Preferred Contact Method:* _____

*Return this form to:  Ombudsman Group, U.S. Department of Education, 4th Floor, UCP-3, MS: 5144, 830 First Street, N.E. Washington, DC 20202-5144.  You may fax the completed form to 202/275-0549.  If you have any questions, please call 202/377-3800.*

**AG.EX3-133**

# DEFENSE TO REPAYMENT APPLICATION

## SECTION I: BORROWER INFORMATION

First Name:
Middle Name:
Last Name:
Date of Birth:
Social Security Number (last 4 digits):
Address:
Phone number:
Email address:

I, ▓▓▓▓▓ attest to the following:

I am submitting this attestation and additional materials in support of my application for a borrower defense to repayment discharge of my federal loans.

## SECTION II: PROGRAM INFORMATION

Campus Name and Location: *Everest-Brighton*
Enrollment Start Date (MM/YYYY):          09/2011
Enrollment End Date (MM/YYYY):          06/2012
Program Name: *Medical Assistant*
Credential Sought: *Certificate*
Graduation Status: *Graduated*

**1. Prior to my enrollment in this Everest program, one or more of the following occurred (check each that applies)**

☒ I received information about job placement rates related to my program of study through brochures advertising Everest's academic programs or other printed materials, including those provided by Everest representatives, recruiters, or employees.

☒ I received information about job placement rates related to my program of study through emails, online materials, or online disclosures from or by Everest.

☒ I received information about job placement rates related to my program of study through Everest's oral representations.

☒ Everest representatives, recruiters, or employees promised me that I would get a job if I graduated.

☐ Other:

_____

**2. Everest's misconduct affected my decision to enroll and take out student loans in the following ways (check each that applies)**

☒ I chose to enroll at Everest and take out student loans based, in substantial part, on the representation(s) listed above.

**AGO-MA00177**

☒ I believed that the job placement rates related to my program of study or promise of a job indicated the level of quality an Everest education offered to students. I chose to enroll at Everest and take out student loans based, in substantial part, on the information I received about job placement related to my program of study and the quality of education I believed those placement representations indicated.

☐ Other:

**3. As a result of Everest's misconduct, I suffered harm in the following ways (check each that applies)**

☒ I applied for and received one or more federal loans to cover the cost of attendance of the Everest program in which I enrolled.

☐ Other:

```

```

**4. I will provide documentation with additional information to confirm that I was enrolled in the program of study at Everest that I identified above, and was enrolled for the dates I provided above. (Suggested documents include transcripts and registration documents indicating the specific program of study at Everest and dates of enrollment.) (Check each that applies.)**

☐ As an attachment to this attestation, I have included such documents(s). The document(s) I have attached are:

```

```

☒ The Office of the Attorney General will gather and submit such document(s).

**5. Everest's misconduct violated Massachusetts laws in the following ways (check each that applies)**

☒ The school's misconduct violated Massachusetts General Laws Chapter 93A, Section 2.

☒ The Office of the Attorney General will provide information about the violation of Massachusetts law.

**SECTION III: FEDERAL LOAN FORBEARANCE**

☒ I do not want my repayment plan or forbearance status to change as a result of this attestation while my claim is being reviewed by the Department of Education.

AGO-MA00178

**SECTION IV: CERTIFICATION**

By signing this attestation I certify that:

I agree to provide, upon request, testimony, a sworn statement, or other documentation reasonably available to me that demonstrates to the satisfaction of the Department of Education or its designee that I meet the qualifications for borrower defense to repayment loan discharge.

All of the information I provided is true and complete to the best of my knowledge and I agree, if asked, to provide information reasonably available to me to the Department of Education that will verify the accuracy of my completed attestation.

I understand that the Department of Education has the authority to verify information reported on this application with other federal or state agencies or other entities. I authorize the Department of Education, along with its agents and contractors, to contact me regarding this request at the phone number above using automated dialing equipment or artificial or prerecorded voice or text messages.

I understand that if I purposely provided false or misleading information on this application, I may be subject to the penalties specified in 18 U.S. Code § 1001.

Signature

Date:  9/1/2015

ROSE URSINO
Notary Public
Commonwealth of Massachusetts
My Commission Expires
June 2, 2017

3

## Ombudsman Group
### Privacy Release Statement & Third Party Authorization
*Please fill out all pertinent information. Please print clearly:*

Name: ▆▆▆▆▆▆▆▆▆▆▆▆▆▆

Address: ▆▆▆▆▆▆▆▆▆▆  City/State/Zip: *Randolph, MA 02368*

Home Phone: ▆▆▆▆▆▆  Work Phone: ▆▆▆▆▆  Cell Phone: ▆▆▆▆▆▆▆
(area code)

E-mail: ▆▆▆▆▆▆▆▆

Soc. Sec.#: ▆▆▆▆▆▆  Date of Birth: ▆▆▆▆▆▆

What is the best way to contact you? *Cell Phone*

Please briefly describe your issues:

I am submitting a defense to repayment ("DTR") application for my federal student loans and/or am applying for an income-driven repayment plan, deferment, or forbearance.  I want the Massachusetts Attorney General's Office to be given access to information about my federal student loans, including any applications that I submit for DTR, income-driven repayment, forbearance, or deferment.

*My signature on this page allows representatives of the United States Department of Education's Federal Student Aid Ombudsman Group, to obtain, under the "Right to Privacy Act of 1974," any information requested and to examine and/or copy any records related to my Federal Student Aid. Third (3ʳᵈ)-Party Authorization:  My signature below also authorizes the third party listed below to contact the Ombudsman Group on my behalf to discuss any and all issues regarding my Federal Student Aid.*

▆▆▆▆▆▆▆▆▆▆  *9/1/2015*
(Signature)  Date

▆▆▆▆▆▆▆▆▆▆  *9/1/2015*
Third (3ʳᵈ) Party Signature  Date

3ʳᵈ Party Name: ▆▆▆▆▆ , on behalf of the Massachusetts Attorney General's Office
Relationship To You:  Employee of the Massachusetts Attorney General's Office

3ʳᵈ Party Address: 1 Ashburton Place 18ᵗʰ Floor 3ʳᵈ Party City/State/Zip Code: Boston, MA 02108

3ʳᵈ Party E-mail address: ▆▆▆▆@state.ma.us   3ʳᵈ Party Work Phone: 617-▆▆▆

3ʳᵈ Party Home Phone:_____ 3ʳᵈ Party Cell Phone:_____ Preferred Contact Method:_____

*Return this form to:  Ombudsman Group, U.S. Department of Education, 4ᵗʰ Floor, UCP-3, MS: 5144, 830 First Street, N.E. Washington, DC  20202-5144.  You may fax the completed form to 202/275-0549.  If you have any questions, please call 202/377-3800.*

# DEFENSE TO REPAYMENT APPLICATION

## SECTION I: BORROWER INFORMATION

First Name: ██████
Middle Name: ██████
Last Name: ██████
Date of Birth: ██████
Social Security Number (last 4 digits): ████
Address: ██████████████, Norwood, MA 02062
Phone number: ██████████
Email address: ██████████

I, ██████████, attest to the following:

I am submitting this attestation and additional materials in support of my application for a borrower defense to repayment discharge of my federal loans.

## SECTION II: PROGRAM INFORMATION

Campus Name and Location: *Everest-Brighton*
Enrollment Start Date (MM/YYYY): *05/30/2012*
Enrollment End Date (MM/YYYY): *04/24/2013*
Program Name: *Medical Assistant*
Credential Sought: *Certificate*
Graduation Status: *Graduated*

**1. Prior to my enrollment in this Everest program, one or more of the following occurred (check each that applies)**

☒ I received information about job placement rates related to my program of study through brochures advertising Everest's academic programs or other printed materials, including those provided by Everest representatives, recruiters, or employees.

☐ I received information about job placement rates related to my program of study through emails, online materials, or online disclosures from or by Everest.

☒ I received information about job placement rates related to my program of study through Everest's oral representations.

☒ Everest representatives, recruiters, or employees promised me that I would get a job if I graduated.

☒ Other:

> *Before I enrolled at Everest, I was told by an Everest admissions representative, William Mckenzie, that over 90% of graduates got a job in the field, that I would almost certainly get a job, and that I would be making at least $18-20/hour. Even after enrolling, I was told by Everest that my good grades would ensure a wage $18-20/hour. I was also provided with a course catalog/program disclosure statement stating in writing that the placement rate was 72%. These written materials were provided only after I had signed up.*

> *After visiting the campus and meeting with admissions reps, I was still undecided, so they set up a time to meet again a couple weeks later, but I received a call encouraging me to come back and sign up the very next morning, telling me that classes were filling up for that year, so I should hurry, or I would have to wait a year. I received many calls until I signed up, urging me to sign up quickly before it was too late. I was told that all of my instructors had worked in the field for years, and one of the teachers was currently employed at Beth Israel hospital.*
>
> *I was promised a safe, drug-free environment; however, there was a well-known (by students and staff) drug problem that interfered with my education (class being interrupted) and making me feel unsafe (there were outbursts, disrespectful behavior, drug use, passing around of drugs in class). The school did not dismiss or discipline offending students.*
>
> *I was also told that I would be able to continue my education after Everest in a nursing program or 4-year college and that I would start such a program with two years under my belt based on attending Everest; however, I have learned from other students who graduated ahead of me that none of our credits transfer and if I decide to go back to school (and am able to afford to go back), I will be starting with no credits earned. At the time of enrolling, I was working in bartending/waitressing, and I was contemplating working towards a degree. Everest represented itself as a way for me to get my feet wet in higher education, and a stepping stone towards a bachelor's degree. Had I known my credits would not transfer, I would not have enrolled at Everest.*

**2. Everest's misconduct affected my decision to enroll and take out student loans in the following ways (check each that applies)**

☒ I chose to enroll at Everest and take out student loans based, in substantial part, on the representation(s) listed above.

☒ I believed that the job placement rates related to my program of study or promise of a job indicated the level of quality an Everest education offered to students. I chose to enroll at Everest and take out student loans based, in substantial part, on the information I received about job placement related to my program of study and the quality of education I believed those placement representations indicated.

☐ Other:

AGO-MA00181

**3. As a result of Everest's misconduct, I suffered harm in the following ways (check each that applies)**

☒ I applied for and received one or more federal loans to cover the cost of attendance of the Everest program in which I enrolled.

☒ Other:

> *I could have gone to college elsewhere to start working towards a bachelor's degree, and used federal student loan money to do so. Specifically, I could have started my education in nursing (in a degree-granting institution). I had a young child (preschool age), and both my spouse and I were working, so I had to pay for daycare while in school (and continue working) and rely heavily on family, and drive many hours each week to provide for my daughter.*

**4. I will provide documentation with additional information to confirm that I was enrolled in the program of study at Everest that I identified above, and was enrolled for the dates I provided above. (Suggested documents include transcripts and registration documents indicating the specific program of study at Everest and dates of enrollment.) (Check each that applies.)**

☒ As an attachment to this attestation, I have included such documents(s). The document(s) I have attached are:

> *Financial aid award letter.*

☒ The Office of the Attorney General will gather and submit such document(s).

**5. Everest's misconduct violated Massachusetts laws in the following ways (check each that applies)**

☒ The school's misconduct violated Massachusetts General Laws Chapter 93A, Section 2.

☒ The Office of the Attorney General will provide information about the violation of Massachusetts law.

## SECTION III: FEDERAL LOAN FORBEARANCE

☒ I do not want my repayment plan or forbearance status to change as a result of this attestation while my claim is being reviewed by the Department of Education.

## SECTION IV: CERTIFICATION

By signing this attestation I certify that:

I agree to provide, upon request, testimony, a sworn statement, or other documentation reasonably available to me that demonstrates to the satisfaction of the Department of Education or its designee that I meet the qualifications for borrower defense to repayment loan discharge.

3

**AG.EX3-140**

All of the information I provided is true and complete to the best of my knowledge and I agree, if asked, to provide information reasonably available to me to the Department of Education that will verify the accuracy of my completed attestation.

I understand that the Department of Education has the authority to verify information reported on this application with other federal or state agencies or other entities. I authorize the Department of Education, along with its agents and contractors, to contact me regarding this request at the phone number above using automated dialing equipment or artificial or prerecorded voice or text messages.

I understand that if I purposely provided false or misleading information on this application, I may be subject to the penalties specified in 18 U.S. Code § 1001.

Signature: █████████████████████

Date: 9/25/15

4

## Ombudsman Group
## Privacy Release Statement & Third Party Authorization

*Please fill out all pertinent information.  Please print clearly:*

Name: ████████████████

Address: ████████████████                    City/State/Zip: ████ MA ████

Home Phone: _____  Work Phone: ████████  Cell Phone: ████████
                                        (area code)              (area code)

E-mail ████████████████

Soc. Sec.#: ████████████  Date of Birth: ████████████

What is the best way to contact you? by phone

**Please briefly describe your issues:**

I am submitting a defense to repayment ("DTR") application for my federal student loans and/or am applying for an income-driven repayment plan, deferment, or forbearance.  I want the Massachusetts Attorney General's Office to be given access to information about my federal student loans, including any applications that I submit for DTR, income-driven repayment, forbearance, or deferment.

*My signature on this page allows representatives of the United States Department of Education's Federal Student Aid Ombudsman Group, to obtain, under the "Right to Privacy Act of 1974," any information requested and to examine and/or copy any records related to my Federal Student Aid. Third (3rd)-Party Authorization:  My signature below also authorizes the third party listed below to contact the Ombudsman Group on my behalf to discuss any and all issues regarding my Federal Student Aid.*

████████████████                    9/25/15
*Signature*                          Date

████████████████                    9/23/15
*Third (3rd) Party Signature*        Date

*3rd Party Name:* ████████, on behalf of the Massachusetts Attorney General's Office
*Relationship To You:* Employee of the Massachusetts Attorney General's Office

*3rd Party Address:* 1 Ashburton Place 18th Floor *3rd Party City/State/Zip Code:* Boston, MA 02108

*3rd Party E-mail address:* ████████@state.ma.us  *3rd Party Work Phone:* 617-963-████

*3rd Party Home Phone:* _____  *3rd Party Cell Phone:* _____  *Preferred Contact Method:* _____

*Return this form to:  Ombudsman Group, U.S. Department of Education, 4th Floor, UCP-3, MS: 5144, 830 First Street, N.E. Washington, DC  20202-5144.  You may fax the completed form to 202/275-0549.  If you have any questions, please call 202/377-3800.*

## DEFENSE TO REPAYMENT APPLICATION

### SECTION I: BORROWER INFORMATION

First Name: █████
Middle Name: █████
Last Name: █████
Date of Birth: █████
Social Security Number (last 4 digits):
Address █████████, *Jamaica Plain, MA 02130*
Phone number: █████████
Email address █████████████

I, █████████████, attest to the following:

I am submitting this attestation and additional materials in support of my application for a borrower defense to repayment discharge of my federal loans.

### SECTION II: PROGRAM INFORMATION

Campus Name and Location: *Everest-Brighton*
Enrollment Start Date (08/2011): 08/2011
Enrollment End Date (11/2012): *01/2013 completed enrollment*
Program Name: *Medical Assistant*
Credential Sought: *Other* Diploma
Graduation Status: *Graduated*

**1. Prior to my enrollment in this Everest program, one or more of the following occurred (check each that applies)**

☐ I received information about job placement rates related to my program of study through brochures advertising Everest's academic programs or other printed materials, including those provided by Everest representatives, recruiters, or employees.

☐ I received information about job placement rates related to my program of study through emails, online materials, or online disclosures from or by Everest.

☒ I received information about job placement rates related to my program of study through Everest's oral representations.

☒ Everest representatives, recruiters, or employees promised me that I would get a job if I graduated.

☒ Other:

> *I am making this statement through a translator because I am still learning English. I found out about Everest when they called me twice a day during the week and more than that on the weekend telling me to enroll and told me to enroll right away before enrollment filled. I told them I was learning English and asked if that would be a problem and they said it would not be a problem. They said they would give me an oral and a written test of my English skills. They told me that I needed a 70 and gave me a 70. They told me I did "perfect," but I know that I did not because I could not write in many of the answers in English.  I said that I*

AGO-MA00184

**AG.EX3-143**

> *thought I should apply in a year after I learned more English, but they told me that I did not need to do that. All of my classes were taught in English and there were no ELS.*
>
> *I have a high school diploma from my country, the Dominican Republic. They told me that I did not need anything else to go to school there.*
>
> *Before I enrolled, they told me I was guaranteed to get a job because they would get me an internship and then get me a permanent job. But they never helped me to get a job.*
>
> *Before I enrolled, they told me I would have credits that I could transfer to another school. But when I talked to Roxbury Community College about transferring my credits, Roxbury CC said I could not transfer the credits.*
>
> *When I started, they told me that I was taking only one loan and told me to sign documents without letting me read the documents. When I asked to read the documents, they said I did not need to read them, just sign them. When I started receiving bills for my loan, I learned that I actually had two loans, one private and one federal. When I discovered this, I asked Everest about this and they told me that, if I just pay half of the private loan, they would forget about the rest of it. They recently received a bill for about $4,000 and they called to tell me that, if I pay $2,000 one time, they will forget about the rest. I am a single mother of two children and cannot afford that. When I called and told them I could not afford to pay that because I cannot find a job, they told me they would get me a part-time cleaning job in Burlington, MA. I cannot I did apply for jobs on my own, and went on interviews but one office told me that they do not hire Everest graduates.*

**2. Everest's misconduct affected my decision to enroll and take out student loans in the following ways (check each that applies)**

☒ I chose to enroll at Everest and take out student loans based, in substantial part, on the representation(s) listed above.

☒ I believed that the job placement rates related to my program of study or promise of a job indicated the level of quality an Everest education offered to students. I chose to enroll at Everest and take out student loans based, in substantial part, on the information I received about job placement related to my program of study and the quality of education I believed those placement representations indicated.

☐ Other:

**3. As a result of Everest's misconduct, I suffered harm in the following ways (check each that applies)**

☒ I applied for and received one or more federal loans to cover the cost of attendance of the Everest program in which I enrolled.

☐ Other:

**4. I will provide documentation with additional information to confirm that I was enrolled in the program of study at Everest that I identified above, and was enrolled for the dates I**

AGO-MA00185

provided above. (Suggested documents include transcripts and registration documents indicating the specific program of study at Everest and dates of enrollment.) (Check each that applies.)

☐ As an attachment to this attestation, I have included such documents(s). The document(s) I have attached are:

☒ The Office of the Attorney General will gather and submit such document(s).

**5. Everest's misconduct violated Massachusetts laws in the following ways (check each that applies)**

☒ The school's misconduct violated Massachusetts General Laws Chapter 93A, Section 2.

☒ The Office of the Attorney General will provide information about the violation of Massachusetts law.

**SECTION III: FEDERAL LOAN FORBEARANCE**

☒ I do not want my repayment plan or forbearance status to change as a result of this attestation while my claim is being reviewed by the Department of Education.

**SECTION IV: CERTIFICATION**

By signing this attestation I certify that:

I agree to provide, upon request, testimony, a sworn statement, or other documentation reasonably available to me that demonstrates to the satisfaction of the Department of Education or its designee that I meet the qualifications for borrower defense to repayment loan discharge.

All of the information I provided is true and complete to the best of my knowledge and I agree, if asked, to provide information reasonably available to me to the Department of Education that will verify the accuracy of my completed attestation.

I understand that the Department of Education has the authority to verify information reported on this application with other federal or state agencies or other entities. I authorize the Department of Education, along with its agents and contractors, to contact me regarding this request at the phone number above using automated dialing equipment or artificial or prerecorded voice or text messages.

I understand that if I purposely provided false or misleading information on this application, I may be subject to the penalties specified in 18 U.S. Code § 1001.

Signature: ▮▮▮▮▮▮▮▮

Date: _____ 9/1/2015___

3

**AGO-MA00186**

## Ombudsman Group
## Privacy Release Statement & Third Party Authorization
*Please fill out all pertinent information. Please print clearly:*

Name: ███████████████

Address: ████████████  City/State/Zip: Jamaica Plain MA 02130

Home Phone: ████████  Work Phone: _____  Cell Phone: _____
(area code)                    (area code)                         (area code)

E-mail: ███████████

Soc. Sec.#: ██████████  Date of Birth: ███████████

What is the best way to contact you?  *Cell phone, Email.*

Please briefly describe your issues:

I am submitting a defense to repayment ("DTR") application for my federal student loans and/or am applying for an income-driven repayment plan, deferment, or forbearance.  I want the Massachusetts Attorney General's Office to be given access to information about my federal student loans, including any applications that I submit for DTR, income-driven repayment, forbearance, or deferment.

*My signature on this page allows representatives of the United States Department of Education's Federal Student Aid Ombudsman Group, to obtain, under the "Right to Privacy Act of 1974," any information requested and to examine and/or copy any records related to my Federal Student Aid.  Third (3ʳᵈ)-Party Authorization:  My signature below also authorizes the third party listed below to contact the Ombudsman Group on my behalf to discuss any and all issues regarding my Federal Student Aid.*

████████████████  9/1/2015
Signature                          Date

████████████████  9/1/2015
Third (3ʳᵈ) Party Signature       Date

3ʳᵈ Party Name: ████████, on behalf of the Massachusetts Attorney General's Office
Relationship To You:  Employee of the Massachusetts Attorney General's Office

3ʳᵈ Party Address: 1 Ashburton Place 18ᵗʰ Floor  3ʳᵈ Party City/State/Zip Code: Boston, MA 02108

3ʳᵈ Party E-mail address: ████████@state.ma.us  3ʳᵈ Party Work Phone: 617-963-████

3ʳᵈ Party Home Phone: _____  3ʳᵈ Party Cell Phone: _____  Preferred Contact Method: _____

*Return this form to:  Ombudsman Group, U.S. Department of Education, 4ᵗʰ Floor, UCP-3, MS: 5144, 830 First Street, N.E. Washington, DC 20202-5144.  You may fax the completed form to 202/275-0549.  If you have any questions, please call 202/377-3800.*

# DEFENSE TO REPAYMENT APPLICATION

## SECTION I: BORROWER INFORMATION

First Name ████████
Middle Name ████████
Last Name: ████████
Date of Birth ████████
Social Security Number (last 4 digits) ████
Address: ████████ *Dorchester, MA 02122*
Phone number ████████
Email address ████████

I, _____████████_____, attest to the following:
I am submitting this attestation and additional materials in support of my application for a
borrower defense to repayment discharge of my federal loans.

## SECTION II: PROGRAM INFORMATION

Campus Name and Location: *Everest-Brighton*
Enrollment Start Date (05/2011):
Enrollment End Date (05/2012):
Program Name: *Medical Assistant*
Credential Sought: *Certificate*
Graduation Status: *Graduated*

**1. Prior to my enrollment in this Everest program, one or more of the following occurred
(check each that applies)**

☒ I received information about job placement rates related to my program of study through
brochures advertising Everest's academic programs or other printed materials, including those
provided by Everest representatives, recruiters, or employees.

☒ I received information about job placement rates related to my program of study through
emails, online materials, or online disclosures from or by Everest.

☒ I received information about job placement rates related to my program of study through
Everest's oral representations.

☒ Everest representatives, recruiters, or employees promised me that I would get a job if I
graduated.

☐ Other:

> *Everest employee stated that they had 100% job placement rate. This information led me to
> sign up for the program.*

**2. Everest's misconduct affected my decision to enroll and take out student loans in the
following ways (check each that applies)**

☒ I chose to enroll at Everest and take out student loans based, in substantial part, on the representation(s) listed above.

☒ I believed that the job placement rates related to my program of study or promise of a job indicated the level of quality an Everest education offered to students. I chose to enroll at Everest and take out student loans based, in substantial part, on the information I received about job placement related to my program of study and the quality of education I believed those placement representations indicated.

☐ Other:

**3. As a result of Everest's misconduct, I suffered harm in the following ways (check each that applies)**

☒ I applied for and received one or more federal loans to cover the cost of attendance of the Everest program in which I enrolled.

☐ Other:

```
┌─────────────────────────────────────────────────────────┐
│                                                         │
└─────────────────────────────────────────────────────────┘
```

**4. I will provide documentation with additional information to confirm that I was enrolled in the program of study at Everest that I identified above, and was enrolled for the dates I provided above. (Suggested documents include transcripts and registration documents indicating the specific program of study at Everest and dates of enrollment.) (Check each that applies.)**

☐ As an attachment to this attestation, I have included such documents(s). The document(s) I have attached are:

```
┌─────────────────────────────────────────────────────────┐
│                                                         │
└─────────────────────────────────────────────────────────┘
```

☒ The Office of the Attorney General will gather and submit such document(s).

**5. Everest's misconduct violated Massachusetts laws in the following ways (check each that applies)**

☒ The school's misconduct violated Massachusetts General Laws Chapter 93A, Section 2.

☒ The Office of the Attorney General will provide information about the violation of Massachusetts law.

**SECTION III: FEDERAL LOAN FORBEARANCE**

☒ I do not want my repayment plan or forbearance status to change as a result of this attestation while my claim is being reviewed by the Department of Education.

**AGO-MA00188**

**SECTION IV: CERTIFICATION**

By signing this attestation I certify that:

I agree to provide, upon request, testimony, a sworn statement, or other documentation reasonably available to me that demonstrates to the satisfaction of the Department of Education or its designee that I meet the qualifications for borrower defense to repayment loan discharge.

All of the information I provided is true and complete to the best of my knowledge and I agree, if asked, to provide information reasonably available to me to the Department of Education that will verify the accuracy of my completed attestation.

I understand that the Department of Education has the authority to verify information reported on this application with other federal or state agencies or other entities. I authorize the Department of Education, along with its agents and contractors, to contact me regarding this request at the phone number above using automated dialing equipment or artificial or prerecorded voice or text messages.

I understand that if I purposely provided false or misleading information on this application, I may be subject to the penalties specified in 18 U.S. Code § 1001.

Signature: █████████████

Date: 9/1/2015

Rose Ursino 9/1/15
Notary (Exp 6/2/2017)

ROSE URSINO
Notary Public
Commonwealth of Massachusetts
My Commission Expires
June 2, 2017

3

AGO-MA00189

**Ombudsman Group**
**Privacy Release Statement & Third Party Authorization**
*Please fill out all pertinent information.  Please print clearly:*

Name: ███████████████████████

Address: ███████████████████   City/State/Zip: 02122

Home Phone: ████████████   Work Phone: _____   Cell Phone: _____

E-mail _____

Soc. Sec.# ████████████   Date of Birth: ████████████

What is the best way to contact you? *Cell phone*

Please briefly describe your issues:

I am submitting a defense to repayment ("DTR") application for my federal student loans and/or am

applying for an income-driven repayment plan, deferment, or forbearance.  I want the Massachusetts

Attorney General's Office to be given access to information about my federal student loans, including

any applications that I submit for DTR, income-driven repayment, forbearance, or deferment.

*My signature on this page allows representatives of the United States Department of Education's Federal Student Aid Ombudsman Group, to obtain, under the "Right to Privacy Act of 1974," any information requested and to examine and/or copy any records related to my Federal Student Aid.  Third (3rd)-Party Authorization:  My signature below also authorizes the third party listed below to contact the Ombudsman Group on my behalf to discuss any and all issues regarding my Federal Student Aid.*

███████████████████   9/1/2015
Signature                              Date

███████████████████   9/1/2015
*Third (3rd) Party Signature*                  Date

3rd Party Name: ████████, on behalf of the Massachusetts Attorney General's Office
Relationship To You:  Employee of the Massachusetts Attorney General's Office

3rd Party Address: 1 Ashburton Place 18th Floor 3rd Party City/State/Zip Code: Boston, MA 02108

3rd Party E-mail address: ████████@state.ma.us   3rd Party Work Phone: 617-963-████

3rd Party Home Phone: _____   3rd Party Cell Phone: _____   Preferred Contact Method: _____

*Return this form to:  Ombudsman Group, U.S. Department of Education, 4th Floor, UCP-3, MS: 5144, 830 First Street, N.E. Washington, DC  20202-5144.  You may fax the completed form to 202/275-0549.  If you have any questions, please call 202/377-3800.*

## DEFENSE TO REPAYMENT APPLICATION

### SECTION I: BORROWER INFORMATION

First Name: █████████
Middle Name:
Last Name: ████
Date of Birth: ████████
Social Security Number (last 4 digits):
Address: ████████████████ *Randolph, MA 02368*
Phone number: █████████████
Email address:

I █████████████, attest to the following:
I am submitting this attestation and additional materials in support of my application for a
borrower defense to repayment discharge of my federal loans.

### SECTION II: PROGRAM INFORMATION

Campus Name and Location: *Everest-Brighton*
Enrollment Start Date (MM/YYYY): *12/2011*
Enrollment End Date (MM/YYYY): *4/2012*
Program Name: *Medical Assistant*
Credential Sought: *Certificate*
Graduation Status: *Graduated*

**1. Prior to my enrollment in this Everest program, one or more of the following occurred
(check each that applies)**

☐ I received information about job placement rates related to my program of study through
brochures advertising Everest's academic programs or other printed materials, including those
provided by Everest representatives, recruiters, or employees.

☐ I received information about job placement rates related to my program of study through
emails, online materials, or online disclosures from or by Everest.

☒ I received information about job placement rates related to my program of study through
Everest's oral representations.

☐ Everest representatives, recruiters, or employees promised me that I would get a job if I
graduated.

☒ Other:

> *I was promised a job when I graduated, and I did not find a
> job in my field of study. I was told by an admissions
> representative that there was a 100% job placement rate. They
> said that all the instructors were certified teachers but when I
> started the program I found out they weren't. Many*

> *instructors were from temp agencies and some never taught in a classroom before.*

**2. Everest's misconduct affected my decision to enroll and take out student loans in the following ways (check each that applies)**

☒ I chose to enroll at Everest and take out student loans based, in substantial part, on the representation(s) listed above.

☒ I believed that the job placement rates related to my program of study or promise of a job indicated the level of quality an Everest education offered to students. I chose to enroll at Everest and take out student loans based, in substantial part, on the information I received about job placement related to my program of study and the quality of education I believed those placement representations indicated.

☐ Other:

**3. As a result of Everest's misconduct, I suffered harm in the following ways (check each that applies)**

☒ I applied for and received one or more federal loans to cover the cost of attendance of the Everest program in which I enrolled.

☐ Other:

**4. I will provide documentation with additional information to confirm that I was enrolled in the program of study at Everest that I identified above, and was enrolled for the dates I provided above. (Suggested documents include transcripts and registration documents indicating the specific program of study at Everest and dates of enrollment.) (Check each that applies.)**

☐ As an attachment to this attestation, I have included such documents(s). The document(s) I have attached are:

☒ The Office of the Attorney General will gather and submit such document(s).

**5. Everest's misconduct violated Massachusetts laws in the following ways (check each that applies)**

☒ The school's misconduct violated Massachusetts General Laws Chapter 93A, Section 2.

☒ The Office of the Attorney General will provide information about the violation of Massachusetts law.

2

AGO-MA00191

**SECTION III: FEDERAL LOAN FORBEARANCE**

☒ I do not want my repayment plan or forbearance status to change as a result of this attestation while my claim is being reviewed by the Department of Education.

**SECTION IV: CERTIFICATION**

By signing this attestation I certify that:

I agree to provide, upon request, testimony, a sworn statement, or other documentation reasonably available to me that demonstrates to the satisfaction of the Department of Education or its designee that I meet the qualifications for borrower defense to repayment loan discharge.

All of the information I provided is true and complete to the best of my knowledge and I agree, if asked, to provide information reasonably available to me to the Department of Education that will verify the accuracy of my completed attestation.

I understand that the Department of Education has the authority to verify information reported on this application with other federal or state agencies or other entities. I authorize the Department of Education, along with its agents and contractors, to contact me regarding this request at the phone number above using automated dialing equipment or artificial or prerecorded voice or text messages.

I understand that if I purposely provided false or misleading information on this application, I may be subject to the penalties specified in 18 U.S. Code § 1001.

Signature: ███████████

Date: 9·1·15

Rose Ursino   9.1.15
Notary Public
exp. 6/2/2017

ROSE URSINO
Notary Public
Commonwealth of Massachusetts
My Commission Expires
June 2, 2017

3

**Ombudsman Group**
**Privacy Release Statement & Third Party Authorization**
*Please fill out all pertinent information. Please print clearly:*

Name: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Address: ▓▓▓▓▓▓▓▓▓▓  City/State/Zip: Randalph MA 02▓▓

Home Phone: _____  Work Phone: _____  Cell Phone: ▓▓▓▓▓▓▓▓
(area code)          (area code)

E-mail: ▓▓▓▓▓▓▓▓▓ code)

Soc. Sec.# ▓▓▓▓▓▓  Date of Birth: ▓▓▓▓▓▓

What is the best way to contact you? Phone

Please briefly describe your issues:

I am submitting a defense to repayment ("DTR") application for my federal student loans and/or am
applying for an income-driven repayment plan, deferment, or forbearance.  I want the Massachusetts
Attorney General's Office to be given access to information about my federal student loans, including
any applications that I submit for DTR, income-driven repayment, forbearance, or deferment.

*My signature on this page allows representatives of the United States Department of Education's Federal Student
Aid Ombudsman Group, to obtain, under the "Right to Privacy Act of 1974," any information requested and to
examine and/or copy any records related to my Federal Student Aid, Third (3rd)-Party Authorization: My
signature below also authorizes the third party listed below to contact the Ombudsman Group on my behalf to
discuss any and all issues regarding my Federal Student Aid.*

▓▓▓▓▓▓▓▓▓▓▓▓  9/1/2015
(Signature)                    Date

▓▓▓▓▓▓▓▓▓▓▓▓  9/1/2015
Third (3rd) Party Signature         Date

3rd Party Name: ▓▓▓▓▓▓ , on behalf of the Massachusetts Attorney General's Office
Relationship To You:  Employee of the Massachusetts Attorney General's Office

3rd Party Address: 1 Ashburton Place 18th Floor 3rd Party City/State/Zip Code: Boston, MA 02108

3rd Party E-mail address: ▓▓▓▓ @state.ma.us   3rd Party Work Phone: 617-963-▓▓

3rd Party Home Phone: _____   3rd Party Cell Phone: _____   Preferred Contact Method: _____

============================================================

*Return this form to:  Ombudsman Group, U.S. Department of Education, 4th Floor, UCP-3, MS: 5144,
830 First Street, N.E. Washington, DC  20202-5144.  You may fax the completed form to 202/275-
0549.  If you have any questions, please call 202/377-3800.*

**AG.EX3-154**

# DEFENSE TO REPAYMENT APPLICATION

## SECTION I: BORROWER INFORMATION

First Name: ▇▇▇
Middle Name:
Last Name: ▇▇
Date of Birth: ▇▇▇
Social Security Number (last 4 digits) ▇▇▇
Address: ▇▇▇▇ *Roxbury, MA 02118*
Phone number: ▇▇▇▇
Email address ▇▇▇▇

I, ▇▇▇▇, attest to the following:

I am submitting this attestation and additional materials in support of my application for a borrower defense to repayment discharge of my federal loans.

## SECTION II: PROGRAM INFORMATION

Campus Name and Location: *Everest-Brighton*
Enrollment Start Date (MM/YYYY): *2/28/2012*
Enrollment End Date (MM/YYYY): *2/20/2013*
Program Name: *Medical Assistant*
Credential Sought: *Certificate*
Graduation Status: *Graduated*

**1. Prior to my enrollment in this Everest program, one or more of the following occurred (check each that applies)**

☐ I received information about job placement rates related to my program of study through brochures advertising Everest's academic programs or other printed materials, including those provided by Everest representatives, recruiters, or employees.

☐ I received information about job placement rates related to my program of study through emails, online materials, or online disclosures from or by Everest.

☒ I received information about job placement rates related to my program of study through Everest's oral representations.

☒ Everest representatives, recruiters, or employees promised me that I would get a job if I graduated.

☐ Other:

**2. Everest's misconduct affected my decision to enroll and take out student loans in the following ways (check each that applies)**

☒ I chose to enroll at Everest and take out student loans based, in substantial part, on the representation(s) listed above.

**AGO-MA00193**

☒ I believed that the job placement rates related to my program of study or promise of a job indicated the level of quality an Everest education offered to students. I chose to enroll at Everest and take out student loans based, in substantial part, on the information I received about job placement related to my program of study and the quality of education I believed those placement representations indicated.

☐ Other:

**3. As a result of Everest's misconduct, I suffered harm in the following ways (check each that applies)**

☒ I applied for and received one or more federal loans to cover the cost of attendance of the Everest program in which I enrolled.

☒ Other:

> *I have struggled to repay my loans.*

**4. I will provide documentation with additional information to confirm that I was enrolled in the program of study at Everest that I identified above, and was enrolled for the dates I provided above. (Suggested documents include transcripts and registration documents indicating the specific program of study at Everest and dates of enrollment.) (Check each that applies.)**

☐ As an attachment to this attestation, I have included such documents(s). The document(s) I have attached are:

☒ The Office of the Attorney General will gather and submit such document(s).

**5. Everest's misconduct violated Massachusetts laws in the following ways (check each that applies)**

☒ The school's misconduct violated Massachusetts General Laws Chapter 93A, Section 2.

☒ The Office of the Attorney General will provide information about the violation of Massachusetts law.

**SECTION III: FEDERAL LOAN FORBEARANCE**

☒ I do not want my repayment plan or forbearance status to change as a result of this attestation while my claim is being reviewed by the Department of Education.

AGO-MA00194

AG.EX3-156

## SECTION IV: CERTIFICATION

By signing this attestation I certify that:

I agree to provide, upon request, testimony, a sworn statement, or other documentation reasonably available to me that demonstrates to the satisfaction of the Department of Education or its designee that I meet the qualifications for borrower defense to repayment loan discharge.

All of the information I provided is true and complete to the best of my knowledge and I agree, if asked, to provide information reasonably available to me to the Department of Education that will verify the accuracy of my completed attestation.

I understand that the Department of Education has the authority to verify information reported on this application with other federal or state agencies or other entities. I authorize the Department of Education, along with its agents and contractors, to contact me regarding this request at the phone number above using automated dialing equipment or artificial or prerecorded voice or text messages.

I understand that if I purposely provided false or misleading information on this application, I may be subject to the penalties specified in 18 U.S. Code § 1001.

Signature

Date: 9/1/2015

Rose Ursino
Notary Exp 6/2/2017

ROSE URSINO
Notary Public
Commonwealth of Massachusetts
My Commission Expires
June 2, 2017

3

AGO-MA00195

**Ombudsman Group**
**Privacy Release Statement & Third Party Authorization**
*Please fill out all pertinent information.  Please print clearly:*

Name: ▮▮▮▮▮▮▮

Address: ▮▮▮▮▮▮▮          City/State/Zip: Roxbury MA 02118

Home Phone: ▮▮▮▮▮   Work Phone: ▮▮▮▮   Cell Phone ▮▮▮▮▮
(area code)                    (area code)                    (area code)

E-mail: ▮▮▮▮▮▮

Soc. Sec.# ▮▮▮▮▮   Date of Birth: ▮▮▮▮▮▮

What is the best way to contact you?   phone

**Please briefly describe your issues:**

I am submitting a defense to repayment ("DTR") application for my federal student loans and/or am

applying for an income-driven repayment plan, deferment, or forbearance.  I want the Massachusetts

Attorney General's Office to be given access to information about my federal student loans, including

any applications that I submit for DTR, income-driven repayment, forbearance, or deferment.

*My signature on this page allows representatives of the United States Department of Education's Federal Student*
*Aid Ombudsman Group, to obtain, under the "Right to Privacy Act of 1974," any information requested and to*
*examine and/or copy any records related to my Federal Student Aid.  Third (3rd)-Party Authorization:  My*
*signature below also authorizes the third party listed below to contact the Ombudsman Group on my behalf to*
*discuss any and all issues regarding my Federal Student Aid.*

▮▮▮▮▮▮▮                              9/1/2015
(Sig                                              Date

▮▮▮▮▮▮▮                              9/1/2015
Th                                                Date

3rd Party Name: ▮▮▮▮▮ on behalf of the Massachusetts Attorney General's Office
Relationship To You:  Employee of the Massachusetts Attorney General's Office

3rd Party Address:  1 Ashburton Place 18th Floor  3rd Party City/State/Zip Code:  Boston, MA 02108

3rd Party E-mail address: ▮▮▮▮▮ @state.ma.us   3rd Party Work Phone:  617-963▮▮▮

3rd Party Home Phone:_____  3rd Party Cell Phone:_____  Preferred Contact Method:_____

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

*Return this form to:  Ombudsman Group, U.S. Department of Education, 4th Floor, UCP-3, MS: 5144,*
*830 First Street, N.E. Washington, DC  20202-5144.  You may fax the completed form to 202/275-*
*0549.  If you have any questions, please call 202/377-3800.*

# DEFENSE TO REPAYMENT APPLICATION

## SECTION I: BORROWER INFORMATION

First Name: ███
Middle Name: ███
Last Name ███
Date of Birth: ███
Social Security Number (last 4 digits): ███
Address ███, Boston, MA  02127
Phone number ███
Email address: ███

I, ███_____, attest to the following:

I am submitting this attestation and additional materials in support of my application for a borrower defense to repayment discharge of my federal loans.

## SECTION II: PROGRAM INFORMATION

Campus Name and Location: *Everest-Brighton*
Enrollment Start Date (MM/YYYY): *8/2011*
Enrollment End Date (MM/YYYY): *5/2012*
Program Name: *Medical Assistant*
Credential Sought: *Certificate*
Graduation Status: *Graduated*

**1. Prior to my enrollment in this Everest program, one or more of the following occurred (check each that applies)**

☒ I received information about job placement rates related to my program of study through brochures advertising Everest's academic programs or other printed materials, including those provided by Everest representatives, recruiters, or employees.

☐ I received information about job placement rates related to my program of study through emails, online materials, or online disclosures from or by Everest.

☒ I received information about job placement rates related to my program of study through Everest's oral representations.

☒ Everest representatives, recruiters, or employees promised me that I would get a job if I graduated.

☒ Other:

> *Before I enrolled, an Everest representative, Brian Lapchapelle, told me that 80% or more of students who graduated got medical assistant jobs. The same Everest representative also told me that I would earn a minimum of $15/hour up to $18-20/hour when I graduated. I got my first job two years after I graduated. It was a temp job and I was doing paperwork. Brian and one of the other representatives, Timothy, also promised that they would help with getting my resume completed and sending it out to places for both externships and employment. They did help with the externship (although it took a lot longer than they said it would) but they did*

AGO-MA00196

*not offer placement assistance for employment.*

**2. Everest's misconduct affected my decision to enroll and take out student loans in the following ways (check each that applies)**

☒ I chose to enroll at Everest and take out student loans based, in substantial part, on the representation(s) listed above.

☒ I believed that the job placement rates related to my program of study or promise of a job indicated the level of quality an Everest education offered to students. I chose to enroll at Everest and take out student loans based, in substantial part, on the information I received about job placement related to my program of study and the quality of education I believed those placement representations indicated.

☐ Other:

**3. As a result of Everest's misconduct, I suffered harm in the following ways (check each that applies)**

☒ I applied for and received one or more federal loans to cover the cost of attendance of the Everest program in which I enrolled.

☒ Other:

*I've had hardships paying the loans back and it's been hard for me to find a job. After I enrolled in the program, I didn't want to enroll in anything else because I knew I already had these loans to pay and I didn't want anything else on top of that.*

**4. I will provide documentation with additional information to confirm that I was enrolled in the program of study at Everest that I identified above, and was enrolled for the dates I provided above. (Suggested documents include transcripts and registration documents indicating the specific program of study at Everest and dates of enrollment.) (Check each that applies.)**

☐ As an attachment to this attestation, I have included such documents(s). The document(s) I have attached are:

☒ The Office of the Attorney General will gather and submit such document(s).

**5. Everest's misconduct violated Massachusetts laws in the following ways (check each that applies)**

☒ The school's misconduct violated Massachusetts General Laws Chapter 93A, Section 2.

☒ The Office of the Attorney General will provide information about the violation of Massachusetts law.

2

AGO-MA00197

## SECTION III: FEDERAL LOAN FORBEARANCE

☒ I do not want my repayment plan or forbearance status to change as a result of this attestation while my claim is being reviewed by the Department of Education.

## SECTION IV: CERTIFICATION

By signing this attestation I certify that:

I agree to provide, upon request, testimony, a sworn statement, or other documentation reasonably available to me that demonstrates to the satisfaction of the Department of Education or its designee that I meet the qualifications for borrower defense to repayment loan discharge.

All of the information I provided is true and complete to the best of my knowledge and I agree, if asked, to provide information reasonably available to me to the Department of Education that will verify the accuracy of my completed attestation.

I understand that the Department of Education has the authority to verify information reported on this application with other federal or state agencies or other entities. I authorize the Department of Education, along with its agents and contractors, to contact me regarding this request at the phone number above using automated dialing equipment or artificial or prerecorded voice or text messages.

I understand that if I purposely provided false or misleading information on this application, I may be subject to the penalties specified in 18 U.S. Code § 1001.

Signature _____

Date: ___9/1/2015___

Rose Ursino 9/1/15
Notary (Exp 6/2/2017)

ROSE URSINO
Notary Public
Commonwealth of Massachusetts
My Commission Expires
June 2, 2017

3

**Ombudsman Group**
**Privacy Release Statement & Third Party Authorization**
*Please fill out all pertinent information. Please print clearly:*

| | |
|---|---|
| Name: | ███████████████████ |
| Address: | ████████████████ City/State/Zip: Boston, MA 02127 |
| Home Phone: ████████████ | Work Phone: _____ Cell Phone: ██████████ |
| (area code) | (area code) (area code) |
| E-mail: ███████████████████████████ | |
| Soc. Sec.# ████████████ | Date of Birth: ████████████ |
| What is the best way to contact you? cell / email |

**Please briefly describe your issues:**

I am submitting a defense to repayment ("DTR") application for my federal student loans and/or am applying for an income-driven repayment plan, deferment, or forbearance. I want the Massachusetts Attorney General's Office to be given access to information about my federal student loans, including any applications that I submit for DTR, income-driven repayment, forbearance, or deferment.

*My signature on this page allows representatives of the United States Department of Education's Federal Student Aid Ombudsman Group, to obtain, under the "Right to Privacy Act of 1974," any information requested and to examine and/or copy any records related to my Federal Student Aid. Third (3rd)-Party Authorization: My signature below also authorizes the third party listed below to contact the Ombudsman Group on my behalf to discuss any and all issues regarding my Federal Student Aid.*

████████████████████ _____ 9/1/2015
*Signature* *Date*

████████████████ _____ 9/1/2015
*Third (3rd) Party Signature* *Date*

*3rd Party Name:* ████████████, on behalf of the Massachusetts Attorney General's Office
*Relationship To You:* Employee of the Massachusetts Attorney General's Office

*3rd Party Address:* 1 Ashburton Place 18th Floor  *3rd Party City/State/Zip Code:* Boston, MA 02108

*3rd Party E-mail address:* ████████@state.ma.us  *3rd Party Work Phone:* 617-963-████

*3rd Party Home Phone:* _____  *3rd Party Cell Phone:* _____  *Preferred Contact Method:* _____

*Return this form to: Ombudsman Group, U.S. Department of Education, 4th Floor, UCP-3, MS: 5144, 830 First Street, N.E. Washington, DC  20202-5144.  You may fax the completed form to 202/275-0549.  If you have any questions, please call 202/377-3800.*

## DEFENSE TO REPAYMENT APPLICATION

### SECTION I: BORROWER INFORMATION

First Name: ▮▮▮▮▮
Middle Name ▮▮▮▮▮
Last Name: ▮▮▮
Date of Birth: ▮▮▮
Social Security Number (last 4 digits): ▮▮▮
Address ▮▮▮▮▮▮▮▮▮▮▮▮ *Cambridge, MA 02139*
Phone number: ▮▮▮▮▮▮▮▮▮▮
Email address: ▮▮▮▮▮▮▮▮▮▮

I, ▮▮▮▮▮▮▮▮▮▮▮, attest to the following:

I am submitting this attestation and additional materials in support of my application for a borrower defense to repayment discharge of my federal loans.

### SECTION II: PROGRAM INFORMATION

RECEIVED

Campus Name and Location: *Everest-Brighton*
Enrollment Start Date (MM/YYYY): *07/2011*
Enrollment End Date (MM/YYYY): *04/2012*
Program Name: *Medical Assistant*
Credential Sought: *Certificate*
Graduation Status: *Graduated*

OFFICE OF THE ATTORNEY GENERAL
EXECUTIVE BUREAU

**1. Prior to my enrollment in this Everest program, one or more of the following occurred (check each that applies)**

☐ I received information about job placement rates related to my program of study through brochures advertising Everest's academic programs or other printed materials, including those provided by Everest representatives, recruiters, or employees.

☐ I received information about job placement rates related to my program of study through emails, online materials, or online disclosures from or by Everest.

☐ I received information about job placement rates related to my program of study through Everest's oral representations.

☒ Everest representatives, recruiters, or employees promised me that I would get a job if I graduated.

☒ Other:

> *Everest promised me that once I finished the externship I would obtain a job in the field. They promised that career services would help find me a job but career services did not help me. I believed that I would have a job after graduating from the school, but I still have not found a job.*

**AGO-MA00198-A**

**2. Everest's misconduct affected my decision to enroll and take out student loans in the following ways (check each that applies)**

☒ I chose to enroll at Everest and take out student loans based, in substantial part, on the representation(s) listed above.

☒ I believed that the job placement rates related to my program of study or promise of a job indicated the level of quality an Everest education offered to students. I chose to enroll at Everest and take out student loans based, in substantial part, on the information I received about job placement related to my program of study and the quality of education I believed those placement representations indicated.

☐ Other:

**3. As a result of Everest's misconduct, I suffered harm in the following ways (check each that applies)**

☒ I applied for and received one or more federal loans to cover the cost of attendance of the Everest program in which I enrolled.

☐ Other:

|  |
|  |

**4. I will provide documentation with additional information to confirm that I was enrolled in the program of study at Everest that I identified above, and was enrolled for the dates I provided above. (Suggested documents include transcripts and registration documents indicating the specific program of study at Everest and dates of enrollment.) (Check each that applies.)**

☐ As an attachment to this attestation, I have included such documents(s). The document(s) I have attached are:

|  |
|  |

☒ The Office of the Attorney General will gather and submit such document(s).

**5. Everest's misconduct violated Massachusetts laws in the following ways (check each that applies)**

☒ The school's misconduct violated Massachusetts General Laws Chapter 93A, Section 2.

☒ The Office of the Attorney General will provide information about the violation of Massachusetts law.

**SECTION III: FEDERAL LOAN FORBEARANCE**

☒ I do not want my repayment plan or forbearance status to change as a result of this attestation while my claim is being reviewed by the Department of Education.

2

**SECTION IV: CERTIFICATION**

By signing this attestation I certify that:

I agree to provide, upon request, testimony, a sworn statement, or other documentation reasonably available to me that demonstrates to the satisfaction of the Department of Education or its designee that I meet the qualifications for borrower defense to repayment loan discharge.

All of the information I provided is true and complete to the best of my knowledge and I agree, if asked, to provide information reasonably available to me to the Department of Education that will verify the accuracy of my completed attestation.

I understand that the Department of Education has the authority to verify information reported on this application with other federal or state agencies or other entities. I authorize the Department of Education, along with its agents and contractors, to contact me regarding this request at the phone number above using automated dialing equipment or artificial or prerecorded voice or text messages.

I understand that if I purposely provided false or misleading information on this application, I may be subject to the penalties specified in 18 U.S. Code § 1001.

Signature: ████████████████████

Date: 10-01-2015

3

AGO-MA00198-C

## Ombudsman Group
### Privacy Release Statement & Third Party Authorization
*Please fill out all pertinent information.  Please print clearly:*

Name:

Address:                                          City/State/Zip: 02139

Home Phone:              Work Phone:                  Cell Phone:
           (area code)              (area code)              (area code)

E-mail:

Soc. Sec.#:              Date of Birth:

What is the best way to contact you?

Please briefly describe your issues:

I am submitting a defense to repayment ("DTR") application for my federal student loans and/or am
applying for an income-driven repayment plan, deferment, or forbearance.   I want the Massachusetts
Attorney General's Office to be given access to information about my federal student loans, including
any applications that I submit for DTR, income-driven repayment, forbearance, or deferment.

*My signature on this page allows representatives of the United States Department of Education's Federal Student
Aid Ombudsman Group, to obtain, under the "Right to Privacy Act of 1974," any information requested and to
examine and/or copy any records related to my Federal Student Aid.  Third (3rd)-Party Authorization:  My
signature below also authorizes the third party listed below to contact the Ombudsman Group on my behalf to
discuss any and all issues regarding my Federal Student Aid.*

_____                    10-01-2015
Signature                                        Date

_____   11/19/2015         10-01-2015
Third (3rd) Party Signature                       Date

3rd Party Name: [redacted], on behalf of the Massachusetts Attorney General's Office
Relationship To You:  Employee of the Massachusetts Attorney General's Office

3rd Party Address: 1 Ashburton Place 18th Floor 3rd Party City/State/Zip Code: Boston, MA 02108

3rd Party E-mail address [redacted]@state.ma.us   3rd Party Work Phone: 617-963-[redacted]

3rd Party Home Phone: _____ 3rd Party Cell Phone: _____ Preferred Contact Method: _____

*Return this form to:  Ombudsman Group, U.S. Department of Education, 4th Floor, UCP-3, MS: 5144,
830 First Street, N.E. Washington, DC  20202-5144.  You may fax the completed form to 202-275-
0549.  If you have any questions, please call 202-377-3800.*

AG.EX3-166

# DEFENSE TO REPAYMENT APPLICATION

## SECTION I: BORROWER INFORMATION

First Name: ███████
Middle Name: ███████
Last Name: ███████
Date of Birth: ███████
Social Security Number (last 4 digits): ████
Address: ████ *Dorchester MA 02121*
Phone number: ████
Email address: ███████████

I ███████████, attest to the following:

I am submitting this attestation and additional materials in support of my application for a borrower defense to repayment discharge of my federal loans.

## SECTION II: PROGRAM INFORMATION

Campus Name and Location: *Everest-Brighton*
Enrollment Start Date (01/2012):
Enrollment End Date (10/2012):
Program Name: *Medical Assistant*
Credential Sought: *Certificate*
Graduation Status: *Graduated*

**1. Prior to my enrollment in this Everest program, one or more of the following occurred (check each that applies)**

☐ I received information about job placement rates related to my program of study through brochures advertising Everest's academic programs or other printed materials, including those provided by Everest representatives, recruiters, or employees.

☐ I received information about job placement rates related to my program of study through emails, online materials, or online disclosures from or by Everest.

☒ I received information about job placement rates related to my program of study through Everest's oral representations.

☒ Everest representatives, recruiters, or employees promised me that I would get a job if I graduated.

☒ Other:

> *They had circle graphs that indicated that you could pay loans and live comfortably – this was not true. They promised you would receive a high salary. They were aware I did not have a diploma or GED, but told me I could attend and get a job. I took a placement test to attend the school, and the answers were already circled for you.*

**2. Everest's misconduct affected my decision to enroll and take out student loans in the following ways (check each that applies)**

AGO-MA00198-D

☒ I chose to enroll at Everest and take out student loans based, in substantial part, on the representation(s) listed above.

☒ I believed that the job placement rates related to my program of study or promise of a job indicated the level of quality an Everest education offered to students. I chose to enroll at Everest and take out student loans based, in substantial part, on the information I received about job placement related to my program of study and the quality of education I believed those placement representations indicated.

☐ Other:

**3. As a result of Everest's misconduct, I suffered harm in the following ways (check each that applies)**

☒ I applied for and received one or more federal loans to cover the cost of attendance of the Everest program in which I enrolled.

☐ Other:

___

**4. I will provide documentation with additional information to confirm that I was enrolled in the program of study at Everest that I identified above, and was enrolled for the dates I provided above. (Suggested documents include transcripts and registration documents indicating the specific program of study at Everest and dates of enrollment.) (Check each that applies.)**

☐ As an attachment to this attestation, I have included such documents(s). The document(s) I have attached are:

___

☒ The Office of the Attorney General will gather and submit such document(s).

**5. Everest's misconduct violated Massachusetts laws in the following ways (check each that applies)**

☒ The school's misconduct violated Massachusetts General Laws Chapter 93A, Section 2.

☒ The Office of the Attorney General will provide information about the violation of Massachusetts law.

**SECTION III: FEDERAL LOAN FORBEARANCE**

☒ I do not want my repayment plan or forbearance status to change as a result of this attestation while my claim is being reviewed by the Department of Education.

AGO-MA00198-E

## SECTION IV: CERTIFICATION

By signing this attestation I certify that:

I agree to provide, upon request, testimony, a sworn statement, or other documentation reasonably available to me that demonstrates to the satisfaction of the Department of Education or its designee that I meet the qualifications for borrower defense to repayment loan discharge.

All of the information I provided is true and complete to the best of my knowledge and I agree, if asked, to provide information reasonably available to me to the Department of Education that will verify the accuracy of my completed attestation.

I understand that the Department of Education has the authority to verify information reported on this application with other federal or state agencies or other entities. I authorize the Department of Education, along with its agents and contractors, to contact me regarding this request at the phone number above using automated dialing equipment or artificial or prerecorded voice or text messages.

I understand that if I purposely provided false or misleading information on this application, I may be subject to the penalties specified in 18 U.S. Code § 1001.

Signature: _____

Date: _____9 - 1 - 2018_____

3

AGO-MA00198-F

**Ombudsman Group**
**Privacy Release Statement & Third Party Authorization**
*Please fill out all pertinent information. Please print clearly:*

Name: ▮▮▮▮▮▮▮▮▮▮

Address: ▮▮▮▮▮▮▮▮▮▮ state/Zip: Dorchester MA 0?21

Home Phone: ▮▮▮▮▮  Work Phone: _____  Cell Phone: _____
(area code)  (area code)

E-mail: ▮▮▮▮▮▮

Soc. Sec.#: ▮▮▮▮  Date of Birth: ▮▮▮▮▮

What is the best way to contact you? Via telephone/email

Please briefly describe your issues:

I am submitting a defense to repayment ("DTR") application for my federal student loans and/or am applying for an income-driven repayment plan, deferment, or forbearance.  I want the Massachusetts Attorney General's Office to be given access to information about my federal student loans, including any applications that I submit for DTR, income-driven repayment, forbearance, or deferment.

*My signature on this page allows representatives of the United States Department of Education's Federal Student Aid Ombudsman Group, to obtain, under the "Right to Privacy Act of 1974," any information requested and to examine and/or copy any records related to my Federal Student Aid.  Third (3rd)-Party Authorization:  My signature below also authorizes the third party listed below to contact the Ombudsman Group on my behalf to discuss any and all issues regarding my Federal Student Aid.*

▮▮▮▮▮▮  9/1/2015
Signature  Date

▮▮▮▮▮▮  9/1/2015
Third (3rd) Party Signature  Date

3rd Party Name: ▮▮▮▮ , on behalf of the Massachusetts Attorney General's Office
Relationship To You: Employee of the Massachusetts Attorney General's Office

3rd Party Address: 1 Ashburton Place 18th Floor  3rd Party City/State/Zip Code: Boston, MA 02108

3rd Party E-mail address: ▮▮▮▮ @state.ma.us  3rd Party Work Phone: 617-963▮▮▮

3rd Party Home Phone: _____  3rd Party Cell Phone: _____  Preferred Contact Method: _____

*Return this form to:  Ombudsman Group, U.S. Department of Education, 4th Floor, UCP-3, MS: 5144, 830 First Street, N.E. Washington, DC  20202-5144.  You may fax the completed form to 202/275-0549.  If you have any questions, please call 202/377-3800.*

**AG.EX3-170**

# DEFENSE TO REPAYMENT APPLICATION



## SECTION I: BORROWER INFORMATION

First Name: ▮▮▮▮
Middle Name: ▮▮▮▮
Last Name: ▮▮▮▮
Date of Birth: ▮▮▮▮
Social Security Number (last 4 digits) ▮▮▮▮
Address: ▮▮▮▮ *MA 02169*
Phone number: ▮▮▮▮
Email address: ▮▮▮▮

I, ▮▮▮▮▮▮▮▮▮▮▮▮_____, attest to the following:

I am submitting this attestation and additional materials in support of my application for a borrower defense to repayment discharge of my federal loans.

## SECTION II: PROGRAM INFORMATION

Campus Name and Location: *Everest-Chelsea*
Enrollment Start Date (MM/YYYY): *03/2011*
Enrollment End Date (MM/YYYY): *12/2011*
Program Name: *Meidical Insurance Billing and Coding*
Credential Sought: *Certificate*
Graduation Status: *Graduated*

**1. Prior to my enrollment in this Everest program, one or more of the following occurred (check each that applies)**

☒ I received information about job placement rates related to my program of study through brochures advertising Everest's academic programs or other printed materials, including those provided by Everest representatives, recruiters, or employees.

☒ I received information about job placement rates related to my program of study through emails, online materials, or online disclosures from or by Everest.

☒ I received information about job placement rates related to my program of study through Everest's oral representations.

☒ Everest representatives, recruiters, or employees promised me that I would get a job if I graduated.

☒ Other:

> *Everest representatives, recruiters, or employees promised me that Everest will always help me find a job after graduation. This was untrue. Everest did nothing to assist me in obtaining a job placement. I was only given leads for positions that were unrelated to my field of study. When I visited the Everest campus to seek assistance from the career services after graduation, the Dean told me to leave because I was no longer a student.*
>
> *Everest representatives, recruiters, and employees promised me proper training and*

AGO-MA00198-G

> *instructions, including hands-on training. This was untrue. My instructor was never in class. She was always outside in the parking lot smoking and socializing. She was not an experienced instructor. The students were left to teach themselves the course materials 95% of the time.*
>
> *Everest representatives, recruiters, and employees promised me that they will find me an externship in my field of study. This was untrue. My externship was at an attorney's office.*

**2. Everest's misconduct affected my decision to enroll and take out student loans in the following ways (check each that applies)**

☒ I chose to enroll at Everest and take out student loans based, in substantial part, on the representation(s) listed above.

☒ I believed that the job placement rates related to my program of study or promise of a job indicated the level of quality an Everest education offered to students. I chose to enroll at Everest and take out student loans based, in substantial part, on the information I received about job placement related to my program of study and the quality of education I believed those placement representations indicated.

☐ Other:

**3. As a result of Everest's misconduct, I suffered harm in the following ways (check each that applies)**

☒ I applied for and received one or more federal loans to cover the cost of attendance of the Everest program in which I enrolled.

☒ Other:

> *I still have not found a job in my field of study.*
>
> *I am having trouble repaying my loans.*

**4. I will provide documentation with additional information to confirm that I was enrolled in the program of study at Everest that I identified above, and was enrolled for the dates I provided above. (Suggested documents include transcripts and registration documents indicating the specific program of study at Everest and dates of enrollment.) (Check each that applies.)**

☐ As an attachment to this attestation, I have included such documents(s). The document(s) I have attached are:

☒ The Office of the Attorney General will gather and submit such document(s).

**5. Everest's misconduct violated Massachusetts laws in the following ways (check each that applies)**

AGO-MA00198-H

AG.EX3-172

☒ The school's misconduct violated Massachusetts General Laws Chapter 93A, Section 2.

☒ The Office of the Attorney General will provide information about the violation of Massachusetts law.

### SECTION III: FEDERAL LOAN FORBEARANCE

☒ I do not want my repayment plan or forbearance status to change as a result of this attestation while my claim is being reviewed by the Department of Education.

### SECTION IV: CERTIFICATION

By signing this attestation I certify that:

I agree to provide, upon request, testimony, a sworn statement, or other documentation reasonably available to me that demonstrates to the satisfaction of the Department of Education or its designee that I meet the qualifications for borrower defense to repayment loan discharge.

All of the information I provided is true and complete to the best of my knowledge and I agree, if asked, to provide information reasonably available to me to the Department of Education that will verify the accuracy of my completed attestation.

I understand that the Department of Education has the authority to verify information reported on this application with other federal or state agencies or other entities. I authorize the Department of Education, along with its agents and contractors, to contact me regarding this request at the phone number above using automated dialing equipment or artificial or prerecorded voice or text messages.

I understand that if I purposely provided false or misleading information on this application, I may be subject to the penalties specified in 18 U.S. Code § 1001.

Signature ███████████████████████████

Date: 11/12/18

3

AGO-MA00198-1

**Ombudsman Group**
**Privacy Release Statement & Third Party Authorization**
*Please fill out all pertinent information.  Please print clearly:*

Name:

Address:                                                    City/State/Zip: Quincy, MA, 02169

Home Phone:                    Work Phone:                    Cell Phone:

E-mail:

Soc. Sec.#:                    Date of Birth:

What is the best way to contact you? *Phone*

Please briefly describe your issues:

I am submitting a defense to repayment ("DTR") application for my federal student loans and/or am

applying for an income-driven repayment plan, deferment, or forbearance.   I want the Massachusetts

Attorney General's Office to be given access to information about my federal student loans, including

any applications that I submit for DTR, income-driven repayment, forbearance, or deferment.

*My signature on this page allows representatives of the United States Department of Education's Federal Student Aid Ombudsman Group, to obtain, under the "Right to Privacy Act of 1974," any information requested and to examine and/or copy any records related to my Federal Student Aid.  Third (3rd)-Party Authorization: My signature below also authorizes the third party listed below to contact the Ombudsman Group on my behalf to discuss any and all issues regarding my Federal Student Aid.*

                                                            11/24/15
Signature                                                   *Date*

                                    11/19/2015
Third (3rd) Party Signature                                *Date*

3rd Party Name: _____, on behalf of the Massachusetts Attorney General's Office
Relationship To You:  Employee of the Massachusetts Attorney General's Office

3rd Party Address: 1 Ashburton Place 18th Floor 3rd Party City/State/Zip Code: Boston, MA 02108

3rd Party E-mail address: _____@state.ma.us   3rd Party Work Phone: 617-963-

3rd Party Home Phone:_____ 3rd Party Cell Phone:_____ Preferred Contact Method:_____

*Return this form to:  Ombudsman Group, U.S. Department of Education, 4th Floor, UCP-3, MS: 5144, 830 First Street, N.E. Washington, DC  20202-5144.  You may fax the completed form to 202/275-0549.  If you have any questions, please call 202/377-3800.*

# DEFENSE TO REPAYMENT APPLICATION



## SECTION I: BORROWER INFORMATION

First Name: ████
Middle Name: ████
Last Name: ████
Date of Birth: ████
Social Security Number (last 4 digits): ████
Address: ████ *Hyde Park, MA 02136*
Phone number: ████
Email address: ████

I, ████, attest to the following:

I am submitting this attestation and additional materials in support of my application for a borrower defense to repayment discharge of my federal loans.

## SECTION II: PROGRAM INFORMATION

Campus Name and Location: *Everest-Brighton*
Enrollment Start Date (MM/YYYY): *2008*
Enrollment End Date (MM/YYYY): *2009*
Program Name: *Medical Adminstrative Assistant*
Credential Sought: *Certificate*
Graduation Status: *Graduated*

**1. Prior to my enrollment in this Everest program, one or more of the following occurred (check each that applies)**

☒ I received information about job placement rates related to my program of study through brochures advertising Everest's academic programs or other printed materials, including those provided by Everest representatives, recruiters, or employees.

☐ I received information about job placement rates related to my program of study through emails, online materials, or online disclosures from or by Everest.

☒ I received information about job placement rates related to my program of study through Everest's oral representations.

☒ Everest representatives, recruiters, or employees promised me that I would get a job if I graduated.

☒ Other:

> *Everest representatives, recruiters, or employees told me that I would receive $20+ per hour after graduation. This was not true – I did not get a job making $20+ per hour after graduation, and I did not get a job in my field of study.*
> *Everest representatives, recruiters, or employees told me that I did not need to get my GED for employment. This was not true – many of the employers I applied with required a high school diploma.*

**2. Everest's misconduct affected my decision to enroll and take out student loans in the following ways (check each that applies)**

☒ I chose to enroll at Everest and take out student loans based, in substantial part, on the representation(s) listed above.

☒ I believed that the job placement rates related to my program of study or promise of a job indicated the level of quality an Everest education offered to students. I chose to enroll at Everest and take out student loans based, in substantial part, on the information I received about job placement related to my program of study and the quality of education I believed those placement representations indicated.

☐ Other:

**3. As a result of Everest's misconduct, I suffered harm in the following ways (check each that applies)**

☒ I applied for and received one or more federal loans to cover the cost of attendance of the Everest program in which I enrolled.

☒ Other:

> *My credit score is destroyed. I'm stuck with a $14,000 loan and no way to pay it back.*

**4. I will provide documentation with additional information to confirm that I was enrolled in the program of study at Everest that I identified above, and was enrolled for the dates I provided above. (Suggested documents include transcripts and registration documents indicating the specific program of study at Everest and dates of enrollment.) (Check each that applies.)**

☐ As an attachment to this attestation, I have included such documents(s). The document(s) I have attached are:

> 

☒ The Office of the Attorney General will gather and submit such document(s).

**5. Everest's misconduct violated Massachusetts laws in the following ways (check each that applies)**

☒ The school's misconduct violated Massachusetts General Laws Chapter 93A, Section 2.

☒ The Office of the Attorney General will provide information about the violation of Massachusetts law.

**SECTION III: FEDERAL LOAN FORBEARANCE**

☒ I do not want my repayment plan or forbearance status to change as a result of this attestation while my claim is being reviewed by the Department of Education.

2

AGO-MA00198-K

**SECTION IV: CERTIFICATION**

By signing this attestation I certify that:

I agree to provide, upon request, testimony, a sworn statement, or other documentation reasonably available to me that demonstrates to the satisfaction of the Department of Education or its designee that I meet the qualifications for borrower defense to repayment loan discharge.

All of the information I provided is true and complete to the best of my knowledge and I agree, if asked, to provide information reasonably available to me to the Department of Education that will verify the accuracy of my completed attestation.

I understand that the Department of Education has the authority to verify information reported on this application with other federal or state agencies or other entities. I authorize the Department of Education, along with its agents and contractors, to contact me regarding this request at the phone number above using automated dialing equipment or artificial or prerecorded voice or text messages.

I understand that if I purposely provided false or misleading information on this application, I may be subject to the penalties specified in 18 U.S. Code § 1001.

Signature: _____

Date: __11-1-2015__

3

**Ombudsman Group**
**Privacy Release Statement & Third Party Authorization**
*Please fill out all pertinent information. Please print clearly:*

| | |
|---|---|
| Name: | ▮▮▮▮▮▮▮▮ |
| Address: | ▮▮▮▮▮▮ City/State/Zip: Hyde Park MA 02136 |
| Home Phone: _____ Work Phone: _____ Cell Phone: ▮▮▮▮▮ |
| | (area code)        (area code) |
| E-mail ▮▮▮▮▮▮▮▮ |
| Soc. Sec.#: ▮▮▮▮▮▮ Date of Birth: ▮▮▮▮▮▮ |
| What is the best way to contact you? *Cell Phone / email* |

Please briefly describe your issues:

I am submitting a defense to repayment ("DTR") application for my federal student loans and/or am

applying for an income-driven repayment plan, deferment, or forbearance. I want the Massachusetts

Attorney General's Office to be given access to information about my federal student loans, including

any applications that I submit for DTR, income-driven repayment, forbearance, or deferment.

*My signature on this page allows representatives of the United States Department of Education's Federal Student Aid Ombudsman Group, to obtain, under the "Right to Privacy Act of 1974," any information requested and to examine and/or copy any records related to my Federal Student Aid. Third (3ʳᵈ)-Party Authorization: My signature below also authorizes the third party listed below to contact the Ombudsman Group on my behalf to discuss any and all issues regarding my Federal Student Aid.*

▮▮▮▮▮▮▮▮                                    11-1-2015
Signature                                    Date

▮▮▮▮▮▮▮▮                                    11/19/2015
Third (3ʳᵈ) Party Signature                  Date

3ʳᵈ Party Name: ▮▮▮▮▮ , on behalf of the Massachusetts Attorney General's Office
Relationship To You: Employee of the Massachusetts Attorney General's Office

3ʳᵈ Party Address: 1 Ashburton Place 18ᵗʰ Floor 3ʳᵈ Party City/State/Zip Code: Boston, MA 02108

3ʳᵈ Party E-mail address: ▮▮▮▮▮ @state.ma.us   3ʳᵈ Party Work Phone: 617-963▮▮▮▮

3ʳᵈ Party Home Phone: _____ 3ʳᵈ Party Cell Phone: _____ Preferred Contact Method: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*Return this form to: Ombudsman Group, U.S. Department of Education, 4ᵗʰ Floor, UCP-3, MS: 5144, 830 First Street, N.E. Washington, DC 20202-5144. You may fax the completed form to 202/275-0549. If you have any questions, please call 202/377-3800.*

# DEFENSE TO REPAYMENT APPLICATION



## SECTION I: BORROWER INFORMATION

First Name: ▊
Middle Name: ▊
Last Name: ▊
Date of Birth: ▊
Social Security Number (last 4 digits): ▊
Address: ▊, *Mattapan, MA 02126*
Phone number: ▊
Email address: ▊

I ▊, attest to the following:

I am submitting this attestation and additional materials in support of my application for a borrower defense to repayment discharge of my federal loans.

## SECTION II: PROGRAM INFORMATION

Campus Name and Location: *Everest-Brighton*
Enrollment Start Date (MM/YYYY): 01/2012
Enrollment End Date (MM/YYYY): *05/2013*
Program Name: *Medical Assistant*
Credential Sought: *Certificate*
Graduation Status: *Graduated*

**1. Prior to my daughter's enrollment in this Everest program, one or more of the following occurred (check each that applies)**

☒ I received information about job placement rates related to my daughter's program of study through brochures advertising Everest's academic programs or other printed materials, including those provided by Everest representatives, recruiters, or employees.

☐ I received information about job placement rates related to my program of study through emails, online materials, or online disclosures from or by Everest.

☐ I received information about job placement rates related to my program of study through Everest's oral representations.

☐ Everest representatives, recruiters, or employees promised me that I would get a job if I graduated.

☒ Other:

> *I saw Everest's commercials representing that my daughter would get a job when she graduated. This was untrue – my daughter, Ashley Boone, did not get a job after she graduated from Everest.*

**2. Everest's misconduct affected my daughter's decision to enroll and my decision to take out federal loans in the following ways (check each that applies)**

☒ I took out federal loans to help pay for my daughter's program of study at Everest based, in substantial part, on the representation(s) listed above.

☒ I believed that the job placement rates related to her program of study or promise of a job indicated the level of quality an Everest education offered to students. I chose to take out federal loans to support her program of study based, in substantial part, on the information I received about job placement related to her program of study and the quality of education I believed those placement representations indicated.

☐ Other:

**3. As a result of Everest's misconduct, I suffered harm in the following ways (check each that applies)**

☒ I applied for and received one or more federal loans to cover the cost of my daughter, Ashley Boone's, attendance of the Everest program in which she enrolled.

☐ Other:

_____

**4. I will provide documentation with additional information to confirm that my daughter was enrolled in the program of study at Everest that I identified above, and was enrolled for the dates I provided above. (Suggested documents include transcripts and registration documents indicating the specific program of study at Everest and dates of enrollment.) (Check each that applies.)**

☐ As an attachment to this attestation, I have included such documents(s). The document(s) I have attached are:

_____

☒ The Office of the Attorney General will gather and submit such document(s).

**5. Everest's misconduct violated Massachusetts laws in the following ways (check each that applies)**

☒ The school's misconduct violated Massachusetts General Laws Chapter 93A, Section 2.

☒ The Office of the Attorney General will provide information about the violation of Massachusetts law.

**SECTION III: FEDERAL LOAN FORBEARANCE**

☒ I do not want my repayment plan or forbearance status to change as a result of this attestation while my claim is being reviewed by the Department of Education.

**AGO-MA00198-N**

## SECTION IV: CERTIFICATION

By signing this attestation I certify that:

I agree to provide, upon request, testimony, a sworn statement, or other documentation reasonably available to me that demonstrates to the satisfaction of the Department of Education or its designee that I meet the qualifications for borrower defense to repayment loan discharge.

All of the information I provided is true and complete to the best of my knowledge and I agree, if asked, to provide information reasonably available to me to the Department of Education that will verify the accuracy of my completed attestation.

I understand that the Department of Education has the authority to verify information reported on this application with other federal or state agencies or other entities. I authorize the Department of Education, along with its agents and contractors, to contact me regarding this request at the phone number above using automated dialing equipment or artificial or prerecorded voice or text messages.

I understand that if I purposely provided false or misleading information on this application, I may be subject to the penalties specified in 18 U.S. Code § 1001.

Signature: ███████████████

Date: _October 8, 2018_

3

AGO-MA00198-O

**Ombudsman Group**
**Privacy Release Statement & Third Party Authorization**
*Please fill out all pertinent information.  Please print clearly:*

Name: ██████████████████

Address: ██████████     City/State/Zip: _Boston, MA 02__6_

Home Phone: ██████████     Work Phone ██████████     Cell Phone: ██████████
                                    (area code)                        (area code)

E-mail: ██████████

Soc. Sec.#: ██████████     Date of Birth: ██████████

What is the best way to contact you? _Home Phone_

**Please briefly describe your issues:**

I am submitting a defense to repayment ("DTR") application for my federal student loans and/or am

applying for an income-driven repayment plan, deferment, or forbearance.  I want the Massachusetts

Attorney General's Office to be given access to information about my federal student loans, including

any applications that I submit for DTR, income-driven repayment, forbearance, or deferment.

*My signature on this page allows representatives of the United States Department of Education's Federal Student
Aid Ombudsman Group, to obtain, under the "Right to Privacy Act of 1974," any information requested and to
examine and/or copy any records related to my Federal Student Aid.  Third (3rd)-Party Authorization:  My
signature below also authorizes the third party listed below to contact the Ombudsman Group on my behalf to
discuss any and all issues regarding my Federal Student Aid.*

██████████████████

Signature _____     _10/5/15_
                                  Date

██████████████████

Third (3rd) Party Signature _____     _9/23/15_
                                                  Date

*3rd Party Name:* ██████████ , on behalf of the Massachusetts Attorney General's Office
*Relationship To You:*  Employee of the Massachusetts Attorney General's Office

*3rd Party Address:* 1 Ashburton Place 18th Floor *3rd Party City/State/Zip Code:* Boston, MA 02108

*3rd Party E-mail address:* ██████@state.ma.us   *3rd Party Work Phone:* 617-963-████

*3rd Party Home Phone:* _____   *3rd Party Cell Phone:* _____   *Preferred Contact Method:* _____

*Return this form to:  Ombudsman Group, U.S. Department of Education, 4th Floor, UCP-3, MS: 5144,
830 First Street, N.E. Washington, DC  20202-5144.  You may fax the completed form to 202/275-
0549.  If you have any questions, please call 202/377-3800.*

# DEFENSE TO REPAYMENT APPLICATION

## SECTION I: BORROWER INFORMATION

First Name: ▐▐▐
Middle Name: ▐▐▐
Last Name: ▐▐▐
Date of Birth: ▐▐▐
Social Security Number (last 4 digits): ▐▐▐
Address ▐▐▐
Phone number ▐▐▐
Email address: ▐▐▐

I, ▐▐▐, attest to the following:

I am submitting this attestation and additional materials in support of my application for a borrower defense to repayment discharge of my federal loans.

## SECTION II: PROGRAM INFORMATION

Campus Name and Location: *Everest-Brighton*
Enrollment Start Date (04/2012):
Enrollment End Date (04/2013):
Program Name: *Medical Assistant*
Credential Sought: *Certificate*
Graduation Status: *Graduated*

**1. Prior to my enrollment in this Everest program, one or more of the following occurred (check each that applies)**

☒ I received information about job placement rates related to my program of study through brochures advertising Everest's academic programs or other printed materials, including those provided by Everest representatives, recruiters, or employees.

☒ I received information about job placement rates related to my program of study through emails, online materials, or online disclosures from or by Everest.

☒ I received information about job placement rates related to my program of study through Everest's oral representations.

☒ Everest representatives, recruiters, or employees promised me that I would get a job if I graduated.

☒ Other:

> *The enrollment process was too fast and they did not give me time to think about what they were saying. They repeatedly called and made many promises. They promised higher paying jobs than the job I received.*

**2. Everest's misconduct affected my decision to enroll and take out student loans in the following ways (check each that applies)**

☒ I chose to enroll at Everest and take out student loans based, in substantial part, on the representation(s) listed above.

☒ I believed that the job placement rates related to my program of study or promise of a job indicated the level of quality an Everest education offered to students. I chose to enroll at Everest and take out student loans based, in substantial part, on the information I received about job placement related to my program of study and the quality of education I believed those placement representations indicated.

☐ Other:

**3. As a result of Everest's misconduct, I suffered harm in the following ways (check each that applies)**

☒ I applied for and received one or more federal loans to cover the cost of attendance of the Everest program in which I enrolled.

☐ Other:

<br>

**4. I will provide documentation with additional information to confirm that I was enrolled in the program of study at Everest that I identified above, and was enrolled for the dates I provided above. (Suggested documents include transcripts and registration documents indicating the specific program of study at Everest and dates of enrollment.) (Check each that applies.)**

☐ As an attachment to this attestation, I have included such documents(s). The document(s) I have attached are:

<br>

☒ The Office of the Attorney General will gather and submit such document(s).

**5. Everest's misconduct violated Massachusetts laws in the following ways (check each that applies)**

☒ The school's misconduct violated Massachusetts General Laws Chapter 93A, Section 2.

☒ The Office of the Attorney General will provide information about the violation of Massachusetts law.

**SECTION III: FEDERAL LOAN FORBEARANCE**

☒ I do not want my repayment plan or forbearance status to change as a result of this attestation while my claim is being reviewed by the Department of Education.

AGO-MA00198-Q

**SECTION IV: CERTIFICATION**

By signing this attestation I certify that:

I agree to provide, upon request, testimony, a sworn statement, or other documentation reasonably available to me that demonstrates to the satisfaction of the Department of Education or its designee that I meet the qualifications for borrower defense to repayment loan discharge.

All of the information I provided is true and complete to the best of my knowledge and I agree, if asked, to provide information reasonably available to me to the Department of Education that will verify the accuracy of my completed attestation.

I understand that the Department of Education has the authority to verify information reported on this application with other federal or state agencies or other entities. I authorize the Department of Education, along with its agents and contractors, to contact me regarding this request at the phone number above using automated dialing equipment or artificial or prerecorded voice or text messages.

I understand that if I purposely provided false or misleading information on this application, I may be subject to the penalties specified in 18 U.S. Code § 1001.

Signature: _____

Date: ___ 9/1/2015 _____

3

## Ombudsman Group
### Privacy Release Statement & Third Party Authorization
*Please fill out all pertinent information.  Please print clearly:*

| | |
|---|---|
| **Name:** ████████████ | |
| **Address:** ████████████ | **City/State/Zip:** _Dorchester MA_ |
| **Home Phone:** _____ | **Work Phone:** _____ **Cell Phone:** ████████ |
| | (area code) |
| **E-mail:** ████████████ | |
| **Soc. Sec.#** ████████ | **Date of Birth:** ████████ |
| **What is the best way to contact you?** _Cell phone_ | |

Please briefly describe your issues:

<u>I am submitting a defense to repayment ("DTR") application for my federal student loans and/or am applying for an income-driven repayment plan, deferment, or forbearance.  I want the Massachusetts Attorney General's Office to be given access to information about my federal student loans, including any applications that I submit for DTR, income-driven repayment, forbearance, or deferment.</u>

*My signature on this page allows representatives of the United States Department of Education's Federal Student Aid Ombudsman Group, to obtain, under the "Right to Privacy Act of 1974," any information requested and to examine and/or copy any records related to my Federal Student Aid.  Third (3rd)-Party Authorization:  My signature below also authorizes the third party listed below to contact the Ombudsman Group on my behalf to discuss any and all issues regarding my Federal Student Aid.*

████████████                           _9/1/2015_
(Signature)                            Date

████████████                           _9/1/2015_
Third (3rd) Party Signature            Date

3rd Party Name: ████████ , on behalf of the Massachusetts Attorney General's Office
Relationship To You:  Employee of the Massachusetts Attorney General's Office

3rd Party Address: 1 Ashburton Place 18th Floor  3rd Party City/State/Zip Code: Boston, MA 02108

3rd Party E-mail address: ████████@state.ma.us   3rd Party Work Phone: 617-963-████

3rd Party Home Phone: _____ 3rd Party Cell Phone: _____ Preferred Contact Method: _____

*Return this form to:  Ombudsman Group, U.S. Department of Education, 4th Floor, UCP-3, MS: 5144, 830 First Street, N.E. Washington, DC  20202-5144.  You may fax the completed form to 202/275-0549.  If you have any questions, please call 202/377-3800.*

# DEFENSE TO REPAYMENT APPLICATION

## SECTION I: BORROWER INFORMATION

First Name: ▮▮▮
Middle Name:
Last Name: ▮▮▮▮
Date of Birth: ▮▮▮▮
Social Security Number (last 4 digits): ▮▮▮
Address: ▮▮▮▮▮▮▮▮▮, *Hillard, OH 43026*
Phone number: ▮▮▮▮▮▮▮
Email address: ▮▮▮▮▮▮

I, ▮▮▮▮, attest to the following:

I am submitting this attestation and additional materials in support of my application for a borrower defense to repayment discharge of my federal loans.

## SECTION II: PROGRAM INFORMATION

Campus Name and Location: *Everest-Brighton*
Enrollment Start Date (MM/YYYY): *01/2012*
Enrollment End Date (MM/YYYY): *02/2013*
Program Name: *Medical Assistant*
Credential Sought: *Certificate - Diploma*
Graduation Status: *Graduated*

**1. Prior to my enrollment in this Everest program, one or more of the following occurred (check each that applies)**

☐ I received information about job placement rates related to my program of study through brochures advertising Everest's academic programs or other printed materials, including those provided by Everest representatives, recruiters, or employees.

☐ I received information about job placement rates related to my program of study through emails, online materials, or online disclosures from or by Everest.

☒ I received information about job placement rates related to my program of study through Everest's oral representations.

☒ Everest representatives, recruiters, or employees promised me that I would get a job if I graduated.

☐ Other:

_____

**2. Everest's misconduct affected my decision to enroll and take out student loans in the following ways (check each that applies)**

☒ I chose to enroll at Everest and take out student loans based, in substantial part, on the representation(s) listed above.

☒ I believed that the job placement rates related to my program of study or promise of a job indicated the level of quality an Everest education offered to students. I chose to enroll at Everest and take out student loans based, in substantial part, on the information I received about job placement related to my program of study and the quality of education I believed those placement representations indicated.

☐ Other:

**3. As a result of Everest's misconduct, I suffered harm in the following ways (check each that applies)**

☒ I applied for and received one or more federal loans to cover the cost of attendance of the Everest program in which I enrolled.

☒ Other:

> *I was unable to get a job in my field of study after I graduated, only a part-time position as a medical assistant for two months. I am now working at the same job I was at before I attended Everest.*
> *I have to delay repaying my federal student loans.*

**4. I will provide documentation with additional information to confirm that I was enrolled in the program of study at Everest that I identified above, and was enrolled for the dates I provided above. (Suggested documents include transcripts and registration documents indicating the specific program of study at Everest and dates of enrollment.) (Check each that applies.)**

☐ As an attachment to this attestation, I have included such documents(s). The document(s) I have attached are:

☒ The Office of the Attorney General will gather and submit such document(s).

**5. Everest's misconduct violated Massachusetts laws in the following ways (check each that applies)**

☒ The school's misconduct violated Massachusetts General Laws Chapter 93A, Section 2.

☒ The Office of the Attorney General will provide information about the violation of Massachusetts law.

**SECTION III: FEDERAL LOAN FORBEARANCE**

☒ I do not want my repayment plan or forbearance status to change as a result of this attestation while my claim is being reviewed by the Department of Education.

AGO-MA00198-T

## SECTION IV: CERTIFICATION

By signing this attestation I certify that:

I agree to provide, upon request, testimony, a sworn statement, or other documentation reasonably available to me that demonstrates to the satisfaction of the Department of Education or its designee that I meet the qualifications for borrower defense to repayment loan discharge.

All of the information I provided is true and complete to the best of my knowledge and I agree, if asked, to provide information reasonably available to me to the Department of Education that will verify the accuracy of my completed attestation.

I understand that the Department of Education has the authority to verify information reported on this application with other federal or state agencies or other entities. I authorize the Department of Education, along with its agents and contractors, to contact me regarding this request at the phone number above using automated dialing equipment or artificial or prerecorded voice or text messages.

I understand that if I purposely provided false or misleading information on this application, I may be subject to the penalties specified in 18 U.S. Code § 1001.

Signature: ███████████████

Date: 10/5/2015

3

**Ombudsman Group**
**Privacy Release Statement & Third Party Authorization**
*Please fill out all pertinent information.  Please print clearly:*

Name: ██████████████████████

Address: ███████████████████ City/State/Zip: HILLIARD, OH  43026

Home Phone: _____  Work Phone: _____  Cell Phone: ██████████████
 (area code)                          (area code)                          (area code)

E-mail: ██████████████████

Soc. Sec.# ████████████████  Date of Birth: █████████████

What is the best way to contact you? EMAIL / PHONE

Please briefly describe your issues:

I am submitting a defense to repayment ("DTR") application for my federal student loans and/or am
applying for an income-driven repayment plan, deferment, or forbearance.  I want the Massachusetts
Attorney General's Office to be given access to information about my federal student loans, including
any applications that I submit for DTR, income-driven repayment, forbearance, or deferment.

*My signature on this page allows representatives of the United States Department of Education's Federal Student
Aid Ombudsman Group, to obtain, under the "Right to Privacy Act of 1974," any information requested and to
examine and/or copy any records related to my Federal Student Aid.  Third (3rd)-Party Authorization.  My
signature below also authorizes the third party listed below to contact the Ombudsman Group on my behalf to
discuss any and all issues regarding my Federal Student Aid.*

████████████████_____        11/17/2015
*Signature*                                              *Date*

_____        _____
*Third (3rd) Party Signature*                            *Date*

*3rd Party Name:* ██████████, on behalf of the Massachusetts Attorney General's Office
*Relationship To You:* Employee of the Massachusetts Attorney General's Office

*3rd Party Address.* 1 Ashburton Place 18th Floor *3rd Party City/State/Zip Code.* Boston, MA 02108

*3rd Party E-mail address.* ████████@state.ma.us *3rd Party Work Phone.* 617-963-████

*3rd Party Home Phone.* _____ *3rd Party Cell Phone.* _____ *Preferred Contact Method:* _____

*Return this form to:  Ombudsman Group, U.S. Department of Education, 4th Floor, UCP-3, MS: 5144,
830 First Street, N.E. Washington, DC  20202-5144.  You may fax the completed form to 202/275-
0549.  If you have any questions, please call 202/377-3800.*