UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Diana Vara, Amanda Wilson, Noemy Santiago, Kennya Cabrera, and Indrani Manoo, *on behalf of themselves and all others similarly situated*,<br><br>    Plaintiff(s),<br><br>v.<br><br>Elisabeth DeVos, *in her official capacity as Secretary of the United States Department of Education*,<br><br>    Defendant. | Civ. No. 19 -12175-LTS |

## **DECLARATION OF CRISTIN BULMAN**

I, Cristin Bulman, hereby declare as follows:

1. I am a Loan Analyst in the Litigation Department, Federal Student Aid, U.S. Department of Education ("Education"). I have held this position since April 2016.

2. As a Loan Analyst, my responsibilities are to assist United States Attorney Offices with both Federal District and Bankruptcy Court litigation involving student loans. The litigation support provided includes, but is not limited to, the following: providing information on the individual's loan history (including repayment history and forbearance/deferment history) and loan programs, preparing responses to discovery requests, providing responses to interrogatories and requests for production of documents, providing information regarding repayment options available to borrowers, providing testimony either in person or by submission of a declaration/affidavit, and facilitating settlement.

3. In the course of performing my responsibilities, I have become familiar with the various types of loans authorized by Title IV of the Higher Education Act ("HEA") of 1965, as amended, and made by banks, by institutions of higher education, and by Education, and now held and collected by Education. I am familiar with (a) how Education receives information and creates and maintains records related to those loans, (b) the various repayment plans and deferment/forbearance options available to Title IV borrowers, and (c) the administrative discharge options offered pursuant to the HEA.

4. In order to fulfill my responsibilities, I have access to electronic records maintained in the Common Origination and Disbursement (COD) system - a computer system for processing, storing, and reconciling Title IV financial aid data on a per-student basis. These records are created pursuant to Education's procedures by Education staff, by the staff of schools approved by Education to award these loans, as well as by applicants through the StudentLoans.gov Web site. The records contained in COD are made at or near the time of the transaction recorded, by or from information transmitted by a person with knowledge of the transaction, and are kept in the course of Education's regularly conducted business of administration of the several loan programs under which these loans are made, pursuant to Education's regular practice of making and keeping such records in the course of administration of the Direct Loan Program.

5. I also have access to the National Student Loan Database System ("NSLDS"), a larger computer database that includes information on all outstanding loans made pursuant to Title IV of the HEA, as well as a large body of loans made and paid off before inception of the NSLDS in 1994. The NSLDS includes a limited amount of information on loans not held by Education, including loans not in repayment status. This information is derived from regular reports to Education from the holders of the loans, including Education itself, based on the holder's regularly maintained records on these loans. The most accurate information regarding a loan, however, comes from the current holder of the loan.

6. I also have access to Debt Management Collection System, which is a computer database containing pertinent information on all defaulted student loan accounts held by Education and serviced by Student Credit Management-Collections. Education's DMCS database contains records of payment transactions, collection actions, and telephonic and written contacts between borrowers and Education staff or the staff of Education's contractors. These records are created pursuant to Education's procedures by Education staff and by staff of contractors retained by Education to collect these loans, in the regular course of their duties at the time of the transaction or event recorded. The records contained in DMCS are made at or near the time of the transaction recorded, by or from information transmitted by a person with knowledge of the transaction, and are kept in the course of Education's regularly conducted business of administration of the several loan programs under which these loans are made, pursuant to Education's regular practice of making and keeping such records.

7. As a Loan Analyst, I am also familiar with, and have access to, various other loan records maintained by Education and created by Education and prior holders regarding defaulted, federally financed student loans that Education holds. In addition to the electronic records already described, these loan records include documents such as the application and promissory notes, guaranty claims, correspondence, payment records, and other records that evidence transactions between the borrower and the holders of his or her loan, including Education and the original lender, and, for guaranteed loans, the loan guarantor, servicer, and secondary market.

8. The information contained in this declaration is based upon my review of the computer records contained in the COD system, NSLDS, and imaged and hard copy records kept by Education and any prior holder of the loan(s), taken out by Plaintiff Kennya X Cabrera (Plaintiff or Cabrera), and documents submitted by Plaintiff in this lawsuit, as well as on my knowledge of the student financial assistance programs authorized pursuant to Title IV of the HEA, and the laws and regulations governing those programs, including laws related to the collection of student loan debts.

# OVERVIEW OF THE FEDERAL FAMILY EDUCATION LOAN PROGRAM

9. The Federal Family Education Loan Program (FFELP) is authorized under Title IV, Part B of the HEA. Four types of loans are offered under the FFELP: Subsidized Stafford's, Unsubsidized Stafford's, PLUS (Parent Loan for Undergraduate Students), and Consolidation loans.

10. Under the FFELP, lenders use their own funds to make loans to qualified borrowers to facilitate their attendance at eligible postsecondary schools. These loans are guaranteed by State agencies or non-profit organizations and are reinsured and often subsidized by Education. The HEA typically has required that funds disbursed pursuant to a FFELP promissory note be delivered by means of a check, or more recently, electronic funds transfer (EFT), payable to the student but delivered directly to the institution.

11. In the event of a borrower's default in repaying the loan, the guaranty agency, pursuant to its guarantee commitment, pays on the claim to the holder of the loan, which may be either the original lender or another eligible financial institution to whom the loan was assigned, and takes assignment of the loan.

12. The guaranty agency, after paying a default claim, promptly files a claim with Education under the reinsurance agreement. Education reimburses the guaranty agency a percentage of the losses the guaranty agency incurs in honoring default claims on qualifying loans. After the guarantor has been reimbursed, it must try to collect the debt from the defaulter, using its own dunning letters, administrative wage garnishment (AWG), collection agency efforts, and placing the defaulter into the Treasury Offset Program (TOP). The guarantor must remit to Education a corresponding percentage of any amounts it recovers directly from the defaulter. If the guaranty agency obtains no payment from the debtor for a significant period, Education may require the guarantor to assign the loan to Education.

13. After Education takes assignment of a defaulted loan, it engages in its own collection efforts, including dunning letters, referral to private collection agencies, TOP, AWG, and, as a last resort, referral to the U.S. Attorney's offices for litigation.

14. FFELP loans disbursed on or after January 1, 1986 may be administratively discharged, either partially or completely, on several grounds: death, total and permanent disability, closed school, false certification (unauthorized signature and disqualifying status), and unpaid refunds. To obtain a discharge, borrowers submit, to the holder of their loan, a loan discharge application. FFELP loans disbursed prior to January 1, 1986 and held by Education may be discharged on the basis of death or total and permanent disability and may receive a pro-rated closed school or unpaid refund discharge.

### KENNYA X CABRERA STUDENT LOAN HISTORY

15. Kennya X Cabrera has taken out one (1) loan made pursuant to the Federal Family Education Loan Program (FFELP), used for Cabrera's attendance at Everest Institute. See Attachment A (NSLDS Loan History & Loan Detail 2).

16. On or about May 28, 2008, Kennya X Cabrera executed a Master Promissory Note to secure a Federal Family Education Loan from Sallie Mae Ed Trust. The loan was guaranteed by California Student Aid Education Solutions (now Education Credit Management Corporation - ECMC) and serviced by Navient Solutions, LLC. The loan was reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 C.F.R. Part 682). See Attachment B (Promissory Note).

17. On July 18, 2008 & November 25, 2008, Plaintiff Cabrera received disbursements for a subsidized FFEL Stafford Loan taken pursuant to the promissory note described in par. 16 in the amount of $3,500.00 at a 6.00% fixed rate of interest. See Attachment C (Servicing Records and Payment History)

18. Cabrera's FFEL Loan has been serviced by Navient starting on or about 07/18/08. Cabrera has made a total of $3,034.75 of voluntary payments to the loan. Cabrera's loan is not in default. See Attachment C (Servicing Records and Payment History)

19. On May 10, 2016 Kennya X Cabrera filed a Borrower Defense application. See Attachment D (Borrower Defense Application). As a result, Education ceased all collection activity on her loans.

20. As of January 22, 2020, the total amount owed on Cabrera's FFEL Loans balance is $ 626.31 ($626.31 in principal and $0.00 in interest).

| Disbursement Date | Amount | Capitalized Int. | Interest rate | Current Int. | Current Prin. |
|---|---|---|---|---|---|
| 07/18/08-11/25/08 | $ 3,500.00 | $ 5.96 | 6.80% | $ 0.00 | $ 626.31 |
| | | | Grand Total (C. Interest + C. Principal): | | $ 626.31 |

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on this 23rd day of January 2020.

_____
Cristin Bulman
Loan Analyst
Department of Education