UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Diana Vara, Amanda Wilson, Noemy Santiago, Kennya Cabrera, and Indrani Manoo, *on behalf of themselves and all others similarly* situated,<br><br>    Plaintiff(s),<br><br>v.<br><br>Elisabeth DeVos, *in her official capacity as Secretary of the United States Department of Education,*<br><br>    Defendant. | Civ. No. 19-cv-12175-LTS |

## DECLARATION OF CRISTIN BULMAN

I, Cristin Bulman, hereby declare as follows:

1. I am a Loan Analyst in the Litigation Department, Federal Student Aid, U.S. Department of Education ("Education"). I have held this position since April 2016.

2. As a Loan Analyst, my responsibilities are to assist United States Attorney Offices with both Federal District and Bankruptcy Court litigation involving student loans. The litigation support provided includes, but is not limited to, the following: providing information on the individual's loan history (including repayment history and forbearance/deferment history) and loan programs, preparing responses to discovery requests, providing responses to interrogatories and requests for production of documents, providing information regarding repayment options available to borrowers, providing testimony either in person or by submission of a declaration/affidavit, and facilitating settlement.

3. In the course of performing my responsibilities, I have become familiar with the various types of loans authorized by Title IV of the Higher Education Act ("HEA") of 1965, as amended, and made by banks, by institutions of higher education, and by Education, and now held and collected by Education. I am familiar with (a) how Education receives information and creates and maintains records related to those loans, (b) the various repayment plans and deferment/forbearance options available to Title IV borrowers, and (c) the administrative discharge options offered pursuant to the HEA.

4. In order to fulfill my responsibilities, I have access to electronic records maintained in the Common Origination and Disbursement (COD) system - a computer system for processing, storing, and reconciling Title IV financial aid data on a per-student basis. These records are created pursuant to Education's procedures by Education staff, by the staff of schools approved by Education to award these loans, as well as by applicants through the StudentLoans.gov Web site. The records contained in COD are made at or near the time of the transaction recorded, by or from information transmitted by a person with knowledge of the transaction, and are kept in the course of Education's regularly conducted business of administration of the several loan programs under which these loans are made, pursuant to Education's regular practice of making and keeping such records in the course of administration of the Direct Loan Program.

5. I also have access to the National Student Loan Database System ("NSLDS"), a larger computer database that includes information on all outstanding loans made pursuant to Title IV of the HEA, as well as a large body of loans made and paid off before inception of the NSLDS in 1994. The NSLDS includes a limited amount of information on loans not held by Education, including loans not in repayment status. This information is derived from regular reports to Education from the holders of the loans, including Education itself, based on the holder's regularly maintained records on these loans. The most accurate information regarding a loan, however, comes from the current holder of the loan.

6. I also have access to Debt Management Collection System, which is a computer database containing pertinent information on all defaulted student loan accounts held by Education and serviced by Student Credit Management-Collections.  Education's DMCS database contains records of payment transactions, collection actions, and telephonic and written contacts between borrowers and Education staff or the staff of Education's contractors.  These records are created pursuant to Education's procedures by Education staff and by staff of contractors retained by Education to collect these loans, in the regular course of their duties at the time of the transaction or event recorded.  The records contained in DMCS are made at or near the time of the transaction recorded, by or from information transmitted by a person with knowledge of the transaction, and are kept in the course of Education's regularly conducted business of administration of the several loan programs under which these loans are made, pursuant to Education's regular practice of making and keeping such records.

7. As a Loan Analyst, I am also familiar with, and have access to, various other loan records maintained by Education and created by Education and prior holders regarding defaulted, federally financed student loans that Education holds.  In addition to the electronic records already described, these loan records include documents such as the application and promissory notes, guaranty claims, correspondence, payment records, and other records that evidence transactions between the borrower and the holders of his or her loan, including Education and the original lender, and, for guaranteed loans, the loan guarantor, servicer, and secondary market.

8. The information contained in this declaration is based upon my review of the computer records contained in the COD system, NSLDS, and imaged and hard copy records kept by Education and any prior holder of the loan(s), taken out by Plaintiff Indrani A Manoo (Plaintiff or Manoo), and documents submitted by Plaintiff in this lawsuit,  as well as on my knowledge of the student financial assistance programs authorized pursuant to Title IV of the HEA, and the laws and regulations governing those programs, including laws related to the collection of student loan debts.

## OVERVIEW OF THE WILLIAM D. FORD FEDERAL DIRECT LOAN PROGRAM

9. The William D. Ford Federal Direct Loan Program (Direct Loan Program) is authorized under Title IV, Part D of the Higher Education Act (HEA) of 1965, as amended. Loans under the FDLP first became available on July 1, 1994.

10. Four types of loans are offered under the Direct Loan Program: Direct Subsidized, Direct Unsubsidized, Direct PLUS (Parent Loan for Undergraduate Students and Graduate/Professional Students), and Direct Consolidation loans. Each type of loan has terms analogous to its counterpart under the Federal Family Education Loan Program (FFELP) under Title IV, Part B of the HEA.

11. Under the Direct Loan Program, Education provides loans to qualified borrowers to facilitate their attendance at eligible postsecondary schools. Loan proceeds are provided to the school by electronic funds transfer (EFT) and are disbursed by credit to the student's account at the school. Some funds may be disbursed by the school directly to the borrower.

12. In the event of a borrower's default in repaying his/her Direct Loan, the Department of Education transfers responsibility for servicing the Direct Loan from its federal loan servicer to the Department's Default Resolution Group, which pursues collection of the defaulted Direct Loan as it does other defaulted Title IV, HEA loans transferred from federal loan servicers or assigned from guaranty agencies and schools.

13. After default, Education engages in legally available collection efforts, including dunning, referral to private collection agencies, Treasury Offset Program (TOP), Administrative Wage Garnishment (AWG), and, as a last resort, litigation.

14. Direct Loan Program loans may be administratively discharged, either partially or completely, on several grounds which mirror the relief available for FFELP loans: death, total and permanent disability, closed school, false certification, and unpaid refunds. To

obtain an administrative discharge, borrowers submit a loan discharge application to Education.

## INDRANI A MANOO STUDENT LOAN HISTORY

15. Indrani A Manoo has taken out two (2) loans made pursuant to the William D. Ford Federal Direct Loan Program. These Direct Stafford Loans were used for Manoo's attendance at Everest Institute See Attachment A (NSLDS Loan History & Loan Details)

16. On or about June 19, 2010, Indrani A Manoo executed a Master Promissory Note to secure a William D. Ford Federal Direct Stafford Loan from the U.S. Department of Education. See Attachment B (Promissory Note).

17. On August 12, 2010 & November 29, 2010, Plaintiff Manoo received disbursements for a subsidized Direct Stafford Loan taken pursuant to the promissory note described in par. 16 in the amount of $3,500.00 at a 4.50% fixed rate of interest and an unsubsidized Direct Stafford Loan in the amount of $6,000.00 at a 6.80% fixed rate of interest. See Attachment C (Servicing Records and Payment History)

18. Manoo's Direct Loans have been serviced by Fed Loan starting on or about 08/12/10. Manoo has made a total of $1,698.56 in voluntary payments on these loans. Manoo's loans are not in default. See Attachment C (Servicing Records and Payment History)

19. On May 17, 2016, March 22, 2017, and March 13, 2019, Indrani A Manoo filed three (3) Borrower Defense applications for the loans used for Manoo's attendance at Everest Institute. See Attachment D (Borrower Defense Application). As a result, Education ceased all collection activity on the loans.  See Attachment E (Borrower Defense Applications)

20. As of January 23, 2020, the total amount owed on Manoo's Direct Loans balance is $13,540.11 ($11,044.39 in principal and $2,495.72 in interest).

| Disbursement Date | Amount | Capitalized Int. | Interest rate | Current Int. | Current Prin. |
|---|---|---|---|---|---|
| 08/12/10-11/29/10 | $ 3,500.00 | $ 118.49 | 4.50% | $ 608.40 | $ 3,618.49 |
| 08/12/10-11/29/10 | $ 6,000.00 | $1,425.90 | 6.80% | $ 1,887.32 | $ 7,425.90 |

Grand Total (C. Interest + C. Principal):   $13,540.11

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on this 23rd day of January 2020.

_____
Cristin Bulman
Loan Analyst
Department of Education