UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANA VARA, AMANDA WILSON, NOEMY SANTIAGO, KENNYA CABRERA, and INDRANI MANOO, on behalf of themselves and all others similarly situated,<br><br>　　　Plaintiffs,<br><br>v.<br><br>ELISABETH P. DEVOS, in her official capacity as Secretary of the United States Department of Education, and THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>　　　Defendants. | Civil No. 19-12175-LTS |

FINAL JUDGMENT

June 25, 2020

　　For the reasons stated in the Court's Memorandum and Order dated June 25, 2020, Doc. No. 58, the Court hereby:

(1) DECLARES that the DTR Application, Doc. No. 33-4; Doc. No. 33-5, was a valid borrower defense to repayment application submitted on behalf of all individuals who took out federal student loans to pay for the cost of attendance for students listed in Exhibit 4;

(2) SETS ASIDE the defendants' constructive denial of the DTR Application for borrower defense relief submitted on behalf of all individuals who took out federal student loans to pay for the cost of attendance for students listed in Exhibit 4;

2

(3) DECLARES that plaintiffs have established a right to borrower defense relief for all individuals who took out federal student loans to pay for the cost of attendance for students listed in Exhibit 4;

(4) DECLARES that plaintiffs are entitled to full loan discharges pursuant to the agency's settled course of adjudication;

(5) REMANDS this matter to the Secretary to render a reasoned decision not inconsistent with this Order;

(6) ORDERS the Secretary to issue her reasoned decision within 60 days of the issuance of this Order or such further time allowed by the Court;

(7) RETAINS jurisdiction of this matter in the event of an appeal from or challenge to the administrative decision ordered by paragraph 6.

SO ORDERED.

 /s/ Leo T. Sorokin
Leo T. Sorokin
United States District Judge