UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANA VARA, AMANDA WILSON, NOEMY SANTIAGO, KENNYA CABRERA, and INDRANI MANOO, on behalf of themselves and all others similarly situated,<br>　　　　Plaintiffs,<br><br>v.<br><br>ELISABETH P. DEVOS, in her official capacity as Secretary of the United States Department of Education, and THE UNITED STATES DEPARTMENT OF EDUCATION,<br>　　　　Defendants. | Civil No. 19-12175-LTS |

**DEFENDANTS' MOTION FOR AN ORDER STAYING THE EXECUTION OF THE COURT'S ORDER PENDING APPEAL**

Defendants, who are the United States Department of Education, and Elisabeth DeVos, in her official capacity as the Secretary of Education, respectfully request a stay of the Court's order in this lawsuit under Fed. R. Civ. P. 62(d) to preserve the status quo until the appeal process has concluded if an appeal is taken. If an appeal is not taken, Defendants respectfully request a ten-day extension of time—to September 7, 2020—to comply with the Court's order.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　Elisabeth DeVos, in her official capacity as Secretary of Education, and the United States Department of Education

　　　　　　　　　　　　　　　　　　By their attorney,

　　　　　　　　　　　　　　　　　　Andrew E. Lelling
　　　　　　　　　　　　　　　　　　United States Attorney

> */s/ Annapurna Balakrishna*
> Annapurna Balakrishna
> Assistant United States Attorney
> United States Attorney's Office
> One Courthouse Way, Suite 9200
> Boston, Massachusetts 02210
> Tel.:  617-748-3111
> Email: annapurna.balakrishna@usdoj.gov

## Local Rule 7.1 Certification

I certify that I conferred with Plaintiffs' counsel before filing this motion. On July 24, 2020, counsel authorized me to include the following in the certification to this motion: "[W]e assent to an extension to September 7 in the event that there is no appeal, and otherwise will oppose any stay of the court's order pending appeal."

> */s/ Annapurna Balakrishna*
> Annapurna Balakrishna
> Assistant United States Attorney