

**LEGAL SERVICES CENTER of HARVARD LAW SCHOOL**
**CENTRO DE SERVICIOS LEGALES**
122 Boylston Street
Jamaica Plain, Massachusetts 02130-2246
TEL: (617) 522-3003 • FAX: (617) 522-0715

Hon. Leo T. Sorokin
United States District Court for the District of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02210

August 18, 2020

**VIA ECF**

Re: <u>Vara v. DeVos</u>, No. 19-cv-12175-LTS; Clarification Regarding the Court's August 18, 2020 Order Allowing in Part Defendants' Motion to Stay

Dear Judge Sorokin:

I am counsel for Plaintiffs in the above-referenced matter. I write seeking clarification on the Court's August 18, 2020 Order, ECF 65, allowing in part Defendants' motion to stay the Court's June 25, 2020 decision, ECF 58, pending appeal.

In Plaintiffs' response in opposition to Defendants' motion to stay, Plaintiffs requested that any stay "be limited to ED's obligation to provide refunds on loan amounts already paid, and otherwise enjoin ED and its agents from any collection of Corinthian-related loans from or on behalf of anyone listed on Exhibit 4 of the AGO's DTR." ECF 63 at 13 n.7. In their reply brief, Defendants expressly "concur[red]" with Plaintiffs' position that "any stay granted by the Court be limited in scope." ECF 64 at 4. Defendants specifically requested "[a] stay tailored to address only the effect of the Court's judgment insofar as it would require final irreversible discharges and refunds," and did not disagree that the effect of the Court's June 25, 2020 decision that would prohibit Defendants from requiring Plaintiffs "to repay loans, face collections, or accrue interest" should *not* be stayed. Clarity on this matter is necessary in order for Plaintiffs' counsel to advise our clients of their obligations as this case proceeds.

For those reasons, Plaintiffs respectfully request that the Court clarify that the August 18, 2020 Order allowing in part Defendants' motion to stay pending appeal grants a stay "tailored to address only the effect of the Court's judgment insofar as it would require final irreversible discharges and refunds," as Defendants requested.

Sincerely,

/s/ Michael N. Turi

Michael N. Turi
Counsel for Plaintiffs

cc: All counsel of record