UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANA VARA, AMANDA WILSON, NOEMY SANTIAGO, KENNYA CABRERA, and INDRANI MANOO, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>ELISABETH P. DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>and<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>    Defendants. | Civil Action No. 19-12175-LTS |

## ORDER OF STAY

Defendants' motion to stay, Doc. No. 60, is ALLOWED IN PART.

Defendants' motion to stay compliance with the June 25, 2020 Order to September 7, 2020, in full, whether or not an appeal is taken, is ALLOWED.

In the event Defendants file a notice of appeal, Defendants' motion to stay compliance is ALLOWED as follows: The Court's June 25, 2020 Order is stayed to the extent that it would require Defendants to discharge loans and issue refunds to class members in connection with the Massachusetts Attorney General's November 30, 2015 letter, Doc No. 33-4, until such time as the appeal is dismissed or resolved.  Defendants' motion to stay is DENIED in all other respects.

For the avoidance of doubt, the Court's Order vacating Defendants' constructive denial of the Attorney General's application, declaring that members of the class have established a complete borrower defense to repayment, remanding to the agency, and requiring a decision by September 7, 2020 remains in effect. Consistent with the Court's Order, Defendants may not take any action to collect on class members' federal student loans at issue in this case.

                            SO ORDERED.

Dated: August 20, 2020                            /s/ Leo T. Sorokin
                                                  Leo T. Sorokin
                                                  United States District Judge