# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANA VARA, AMANDA WILSON, NOEMY SANTIAGO, KENNYA CABRERA, and INDRANI MANOO, on behalf of themselves and all others similarly situated,<br>     Plaintiffs,<br><br>v.<br><br>ELISABETH P. DEVOS, in her official capacity as Secretary of the United States Department of Education, and THE UNITED STATES DEPARTMENT OF EDUCATION,<br>     Defendants. | Civil No. 19-12175-LTS |

## NOTICE OF APPEAL

Notice is hereby given that Elisabeth P. DeVos, in her official capacity as Secretary of the United States Department of Education, and the United States Department of Education (the defendants in the above-captioned case) hereby appeal to the United States Court of Appeals for the First Circuit from the district court's (Sorokin, J.) June 25, 2020, "*Memorandum and Order on Plaintiffs' Motion for Class Certification (Doc. No. 58) and Motion for Judgment (Doc. No. 38)*" (Doc. No. 58), and the June 25, 2020, "*Final Judgment*" (Doc. No. 59).

Respectfully submitted,

Elisabeth DeVos, in her official capacity as Secretary of Education, and the United States Department of Education

By their attorney,

Andrew E. Lelling
United States Attorney


*/s/ Annapurna Balakrishna*
Annapurna Balakrishna
Assistant United States Attorney
United States Attorney's Office
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
Tel.: 617-748-3111
Email: annapurna.balakrishna@usdoj.gov