Home   Announcements & Events

## Notice of Decision About the *Vara v. DeVos* Case

On Nov. 30, 2015, the Massachusetts Attorney General requested that the U.S. Department of Education (ED) grant loan forgiveness to anyone who had borrowed a federal student loan to pay the cost of attendance for any student who had enrolled in Corinthian's Everest Institute campuses in Brighton, MA or Chelsea, MA between 2007 and 2015. The Massachusetts Attorney General's submission to ED included an exhibit that named the 7,241 individuals believed to have attended these two campuses during that time period.

On June 25, 2020, the United States District Court for the District of Massachusetts issued a decision in in *Vara, et al. v. DeVos, et al.*, 19-12175-LTS (D. Mass.). The court declared that all individuals who borrowed federal student loans to pay the cost of attendance for any of the 7,241 persons named in the Massachusetts Attorney General's exhibit have the right to borrower defense relief under 34 C.F.R. § 685.206(c)(1) (2015). The court also declared that if these borrowers have not yet had those federal student loans completely discharged based on a successful borrower defense claim, have not yet received a refund of sums already collected, and have not yet received a favorable decision as to a borrower defense application, they are entitled to full loan discharges.

ED is appealing the district court's ruling to the United States Court of Appeals for the First Circuit.

The district court entered a partial stay order, which means that, while the appeals process is ongoing, ED is not required to discharge or refund the loans at issue.

ED is proceeding in all other respects with the implementation of the district court's June 25 ruling. To that end, ED is identifying all federal student loans associated with enrollment at Everest Institute's Brighton and Everest campuses between 2007 and 2015 by the persons identified in the Massachusetts Attorney General's exhibit. All such loans that are held by ED will remain in forbearance or stopped collection status for the pendency of the government's appeal. Borrowers will not be held responsible for interest that would accrue during the pendency of the appeal. ED is working to identify any of the relevant federal student loans that are held by commercial entities, and is reaching out to those loan holders to request that they take steps to ensure that those loans are afforded the same treatment as the loans held by ED.

In addition to making this notice of decision publicly available, ED will be sending a copy to each affected borrower.

After the appeals process concludes, ED will provide affected borrowers with an update as to loan relief.