UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DIANA VARA, AMANDA WILSON, NOEMY SANTIAGO, KENNYA CABRERA, and INDRANI MANOO, on behalf of themselves and all others similarly situated,
    Plaintiffs,

v.

ELISABETH P. DEVOS, in her official capacity as Secretary of the United States Department of Education, and THE UNITED STATES DEPARTMENT OF EDUCATION,
    Defendants.

Civil No. 19-12175-LTS

## DECLARATION OF CHARLOTTA HORNIG

I, Charlotta Hornig, state the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I make the following declaration based on personal knowledge, including my review of official agency records to which I have access as part of my official duties with the United States Department of Education ("Department" or "Education").

2. I am presently a Borrower Defense Program Manager in the Office of the Deputy Chief Operating Officer, Partner Participation and Oversight, at Federal Student Aid.

3. As a Borrower Defense Program Manager, I manage and direct administrative processes for Borrower Defense and associated staff and provide expert advice on operational and outreach functions.

4. I joined the Department in March 2020 and have held my current position since then.

5. As a Borrower Defense Program Manager in the Office of the Deputy Chief Operating Officer, Partner Participation and Oversight, I have access to the borrower defense case management platform. I have personally reviewed the platform and am also familiar with the record keeping system at the Department.

6. As of the date of this Declaration, Education has taken the steps described in the paragraphs below to comply with the decision and order issued on June 25, 2020, and the court's subsequent order of August 20, 2020, in *Vara, et al. v. DeVos, et al.*, No. 19-12175-LTS (D. Mass.).

7. On September 4, 2020, Education published a determination concerning borrower defense relief applicable to all members of the *Vara* class on the Department's website at http://studentaid.gov/announcements-events/vara, and a link to that page was also provided at http://studentaid.gov/borrower-defense.

    a. Because of the class-wide nature of the determination (which applies to anyone who borrowed a federal student loan to pay the cost of attendance for one of the students identified in the Massachusetts Attorney General's exhibit as having enrolled at Everest Institute's Brighton and Chelsea campuses between 2007 and 2015), it was made publicly available in this way.

    b. The class-wide decision posted on September 4 stated that copies would be "mailed" to each class member. The Department's standard procedure for notifying borrowers of individual borrower defense determination is to electronically mail (i.e., e-mail) the borrowers, and then follow up by mailing paper copies to any borrowers to whom the e-mail proves undeliverable. Because the Department is following this standard protocol,

  on September 30, the agency revised a single word in the posted determination: the word "mailed" was changed to "sent" in an effort to avoid any undue confusion.

  c. On October 28, 2020, links were added at http://studentaid.gov/announcements-events/vara to provide readers of the Department's determination with ready access to the court's June 25 decision and August 20 partial stay order. The June 25 decision is found at http://studentaid.gov/sites/default/files/Vara%20D%20Ct%20Decision.pdf and the August 20 partial stay order is available at http://studentaid.gov/sites/default/files/Vara%20Partial%20Stay%20Order.pdf.

8. To be able to provide individual class members with copies of the Department's decision and with other relief not stayed by the court (such as placement of loans in forbearance), the Department took steps to identify all relevant borrowers:

  a. The Massachusetts Attorney General's exhibit listed 7,241 students who enrolled at Everest Institute's Brighton and Everest campuses between 2007 and 2015. Education undertook an extensive analysis of the exhibit, and found that 481 of these listings were duplicative (*i.e.*, a student identified two or more times). This reflected a variety of circumstances, including address changes.

  b. Having identified 6,760 unique students, the Department then worked to identify who among them took out federal loans to attend, including any

3

      PLUS[1] loans taken out by parents on behalf of these students. Education ultimately identified 6,024 unique borrowers who took out loans, including PLUS loans, for the benefit of 5,639 students enrolled at Everest Institute's Brighton and Everest campuses between 2007 and 2015 and identified in the Massachusetts Attorney General's exhibit. This included 5,328 borrowers whose loans were held exclusively by Education, as well as 696 borrowers at least some of whose FFEL loans were commercially held by non-federal loan holders. Of these 696 borrowers, 180 had a mix of loans held by Education and non-federal loan holders, while the remaining 516 borrowers had FFEL loans held solely by non-federal loan holders.

9. Education worked to confirm the necessary identifying information for each of the 6,024 borrowers. This involved cross-referencing data to be able to associate social security numbers with each borrower. The Department, working with contractor Accenture, was then able to create electronic borrower defense application records in Education's Borrower Defense case management platform for all but four of the 6,024 individual student loan borrowers identified above.[2]

10. Following the creation of the electronic borrower defense application records, Education, through contractor Senture, has been working to send decision letters to all class members to inform them of the Department's *Vara* determination.

---

[1] PLUS loans are available under both FFEL and Direct programs for parents who wish to borrow to pay for their children's college education.

[2] To date, Education has been unable to create electronic borrower defense application records for four of the 6,024 individuals for lack of confirmation of the requisite information. The Department has continued to work to confirm the relevant information for these four class members. Among other things, the government has, through counsel, reached out to both plaintiffs' counsel for assistance in confirming their personal identifying information. The Department will continue to work to resolve the status of these four borrowers.

  a. Because the letter is sent directly to class members, it differs slightly from the notice posted on the Department's website for public viewing. For example, the letter has the heading "Notice of Decision Regarding Student Loan Relief" and includes additional text, explaining to recipients at the outset that they are receiving the notice because they are believed to be class members and therefore have been found to be entitled to relief in light of this court's rulings. A copy of the decision letter sent to class members is attached here as Attachment 1.

  b. Last month, contractor Senture sent out the decision letters to all available e-mail addresses for class members. By October 30, 2020, these communications had been successfully e-mailed to 4,895 borrowers.

  c. The Department is nearing completion of the process of preparing and emailing paper copies to the 1,066 class members for whom e-mail delivery was unsuccessful. No later than November 5, 2020, these 1,066 letters will be mailed.[3]

11. All class members' loans that are held by Education have been designated to remain in forbearance status for non-defaulted loans or stop-collection status for loans in default status as required by this court's orders.[4] To ensure that the loans remain in

---

[3] Again, the 4 borrowers discussed *supra* note 2 will receive the same notice as soon as their requisite information (including social security numbers) is confirmed, and their electronic borrower defense application records can be created. In addition, there are 59 other borrowers for whom the agency has sufficient information to have created electronic borrower defense application records, but for whom the agency lacks any e-mail or mailing address. The Department, through appellate counsel, is reaching out to plaintiffs' counsel and the Massachusetts Attorney General's Office to see if they can provide any assistance in locating these borrower defense relief applicants.

[4] Individual borrowers retain the ability to contact the Department and instruct the Department to remove their loans from forbearance, if they wish to do so for any reason.

forbearance or stop-collection status, on October 6, 2020, all vendors who service defaulted and non-defaulted federally held Direct or FFEL loans were provided with the full listing of borrowers with federally-held loans and instructed those borrowers should be placed into a forbearance (for non-defaulted loans) or stop-collection status (for defaulted loans) until they receive a request from Education to remove that status. Each of the servicers confirmed they had reviewed the request and taken the requested actions by October 15, 2020 on any borrowers with loans in their portfolio.

12. Once Education identified the 676 borrowers with commercially held FFEL loans (i.e., loans not held by the Department), the Department also contacted all of their non-federal loan servicers and asked them to place these borrowers in forbearance (for non-defaulted loans) or stop-collection status (for defaulted loans) until they receive a request from Education to remove that status. Each of the non-federal loan services responded to Education's request and confirmed that they had completed the requested actions as of October 27, 2020.

13. In an effort to facilitate communication and transparency, the Department, through appellate counsel, has shared information about its ongoing implementation actions with plaintiffs' counsel. In addition, on October 1, 2020, Education provided up-to-date information to its Borrower Defense Call Center regarding implementation of the Department's *Vara* decision to assist any class members who may call the borrower defense hotline.

By: __/S/Charlotta Hornig/_____
CHARLOTTA HORNIG
Borrower Defense Program Manager

Date: November 4, 2020