**ATTACHMENT 1**



### *Notice of Decision Regarding Student Loan Relief*

Dear {Borrower Name}:

You are receiving this notice of decision regarding student loan relief because the U.S. Department of Education believes you to be a class member in a legal action against the Department. A federal district court has ruled that class members are entitled to full relief with regard to the federal student loans they obtained to pay the costs of attending Corinthian Colleges, Inc.'s Everest Institute. As explained below, that ruling is subject to further review by a federal court of appeals.

On November 30, 2015, the Massachusetts Attorney General requested that the U.S. Department of Education grant loan forgiveness to anyone who had borrowed a federal student loan to pay the cost of attendance for any student who had enrolled in Corinthian's Everest Institute campuses in Brighton, Massachusetts or Chelsea, Massachusetts between 2007 and 2015. The Massachusetts Attorney General's submission to the U.S. Department of Education included an exhibit that named the 7,241 individuals believed to have attended these two campuses during that time period.

On June 25, 2020, the United States District Court for the District of Massachusetts issued a decision in *Vara, et al. v. DeVos, et al.*, No. 19-12175-LTS, 2020 WL 3489679 (D. Mass.). You can find a link to the full text of the decision at https://studentaid.gov/announcements-events/vara. The court declared that all individuals who borrowed federal student loans to pay the cost of attendance for any of the 7,241 persons named in the Massachusetts Attorney General's exhibit have the right to borrower defense relief under 34 C.F.R. § 685.206(c)(1) (2015). The court also declared that if these borrowers have not yet had those federal student loans completely discharged based on a successful borrower defense claim, have not yet received a refund of sums already collected, and have not yet received a favorable decision as to a borrower defense application, they are class members and are entitled to full loan discharges. You are receiving this notice of decision because the Department believes you to be one of these borrowers.

The U.S. Department of Education is appealing the district court's ruling to the United States Court of Appeals for the First Circuit.

The district court entered a partial stay order, which means that, while the appeals process is ongoing, the U.S. Department of Education is not required to discharge or refund the loans at issue.

The U.S. Department of Education is proceeding in all other respects with the implementation of the district court's June 25 ruling. To that end, the Department has identified all federal student loans associated with enrollment at Everest Institute's Brighton and Everest campuses between 2007 and 2015 by the persons identified in the Massachusetts Attorney General's exhibit. All such loans that are held by the U.S. Department of Education will remain in forbearance or stopped collection status for the pendency of the government's appeal. Borrowers will not be held responsible for interest that would accrue during the pendency of the appeal. The U.S. Department of Education is working to identify any of the relevant federal student loans that are held by commercial entities, and is reaching out to those loan holders to request that they take steps to ensure that those loans are afforded the same treatment as the loans held by the U.S. Department of Education.

In addition to making this notice of decision publicly available, the Department is sending you a copy because it believes you are an affected borrower.

After the appeals process concludes, the Department will provide you with an update as to loan relief.

If you have questions about this decision notice, please contact the Borrower Defense Hotline at 1-855-279-6207.



Federal Student Aid
An OFFICE of the U.S. DEPARTMENT of EDUCATION

830 First Street, NE, Washington, D.C. 20202
StudentAid.gov/borrower-defense