# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

DIANA VARA, AMANDA WILSON, NOEMY SANTIAGO, KENNYA CABRERA, and INDRANI MANOO, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

MIGUEL CARDONA, in his official capacity as Secretary of the United States Department of Education,

and

THE UNITED STATES DEPARTMENT OF EDUCATION,

    Defendants.

Civil Action No. 19-12175-LTS

## JOINT STATUS REPORT

The parties hereby submit the following status report in response to the Court's June 3, 2021 Order.

Defendants filed an appeal brief on January 4, 2021. Plaintiffs' brief is due on August 31, 2021. Parties are in settlement discussions. In addition, Plaintiffs' Motion to Enforce Judgment is still pending before this Court.

DATE: June 17, 2021

Respectfully submitted,

By: */s/ Victoria Roytenberg*
Eileen M. Connor
Toby R. Merrill
Victoria Roytenberg

        Michael N. Turi (*pro hac vice*)
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
(617) 522-3003
vroytenberg@law.harvard.edu

*Attorneys for Plaintiffs*


Nathaniel R. Mendell
Acting United States Attorney

By: */s/ Annapurna Balakrishna*
Assistant United States Attorneys
United States Attorney's Office
1 Courthouse Way - Suite 9200
Boston, MA 02210
(617) 748-3111
annapurrna.balakrishna@usdoj.gov

*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document was served upon counsel for all parties of record through the ECF system on June 17, 2021.

                                                  */s/ Victoria Roytenberg*
                                                  Victoria Roytenberg