UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DIANA VARA, AMANDA WILSON, NOEMY SANTIAGO, KENNYA CABRERA, and INDRANI MANOO, on behalf of themselves and all others similarly situated,
          Plaintiffs,

v.

MIGUEL CARDONA, in her official capacity as Secretary of the United States Department of Education, and THE UNITED STATES DEPARTMENT OF EDUCATION,
          Defendants.

Civil Action No. 19-12175-LTS

## JOINT STATUS REPORT

Pursuant to the Court's Order, *see* ECF No. 85, the parties to this lawsuit are filing this status report to inform the Court that:

1. On July 21, 2021, the United States Court of Appeals For the First Circuit entered a judgment in which it ordered that the government's appeal of the Court's decision in this matter be voluntarily dismissed under Fed. R. App. 42(b).

2. The United States Department of Education (Education) proposes to issue a decision that is consistent with this Court's order by September 20, 2021.

3. Education estimates that it will be able to grant all the relief ordered by the Court by April 21, 2022. Education understands the need to provide the relief as soon as possible and is doing everything in its power to expedite the process. However, primarily because Education does not hold all the loans at issue, it cannot guarantee that all the loans will be discharged within the timeline requested by Plaintiffs. To minimize the impact on the borrowers Education will continue to keep the loans in question in forbearance or stopped collection status until it is able to provide the relief requested.

4. Plaintiffs take the position that all relief should be granted by November 1, 2021. Plaintiffs, along with the Attorney General of Massachusetts, believe that this a reasonable amount of time for Education to comply with the court's order because Education knows exactly who is a member of the class and knows exactly which loans were taken out to attend Everest Massachusetts. Plaintiffs and class members have been waiting over five years for relief and should get the ordered relief as soon as possible.

<div style="margin-left: 3em;">

Respectfully submitted,

Miguel Cardona, Secretary of Education,
and the United States Department of Education

By their attorney,

Nathaniel R. Mendell
Acting United States Attorney


*/s/ Annapurna Balakrishna*
Annapurna Balakrishna
Assistant United States Attorney
United States Attorney's Office
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
Tel.:  617-748-3111
Email: annapurna.balakrishna@usdoj.gov


 */s/ Victoria Roytenberg*
Victoria Roytenberg
Eileen M. Connor
Rebecca C. Ellis
Michael N. Turi (*pro hac vice*)
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
(617) 522-3003

*Attorneys for Plaintiffs*

</div>