UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANA VARA, AMANDA WILSON, NOEMY SANTIAGO, KENNYA CABRERA, and INDRANI MANOO, on behalf of themselves and all others similarly situated,<br>　　　　　　　Plaintiffs,<br>v.<br><br>MIGUEL CARDONA, in her official capacity as Secretary of the United States Department of Education, and THE UNITED STATES DEPARTMENT OF EDUCATION,<br>　　　　　　　Defendants. | Civil Action No. 19-12175-LTS |

## JOINT STATUS REPORT REGARDING SETTLEMENT FOR ATTORNEYS' FEES

The parties hereby submit the following status report in response to the Court's July 19, 2021 hearing order to have Plaintiffs file any motion for attorneys' fees 60 days after a Court of Appeal (COA) decision.

The parties have come to an agreement in principle on the settlement of attorneys' fees.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　By: */s/ Victoria Roytenberg*
　　　　　　　　　　　　　　　　　　　　　Eileen M. Connor
　　　　　　　　　　　　　　　　　　　　　Rebecca C. Ellis
　　　　　　　　　　　　　　　　　　　　　Victoria Roytenberg
　　　　　　　　　　　　　　　　　　　　　Michael N. Turi (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　LEGAL SERVICES CENTER OF
　　　　　　　　　　　　　　　　　　　　　HARVARD LAW SCHOOL
　　　　　　　　　　　　　　　　　　　　　122 Boylston Street
　　　　　　　　　　　　　　　　　　　　　Jamaica Plain, MA 02130
　　　　　　　　　　　　　　　　　　　　　(617) 522-3003
　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

Dated: October 20, 2021

2

## CERTIFICATE OF SERVICE

Plaintiffs' counsel has discussed the basis of this status report with Defendants' counsel and submit this joint status report.

By: */s/ Victoria Roytenberg*

Dated: October 20, 2021