

**LEGAL SERVICES CENTER OF HARVARD LAW SCHOOL**
**CENTRO DE SERVICIOS LEGALES**
122 Boylston Street
Jamaica Plain, Massachusetts 02130-2246
TEL: (617) 522-3003 • FAX: (617) 522-0715

Hon. Leo T. Sorokin
United States District Court for the District of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02210

July 22, 2022

**VIA ECF**

Re:   *Vara v. Cardona*, No. 19-cv-12175-LTS
      Letter Regarding Change of Law Firm

Dear Judge Sorokin:

We are counsel for Plaintiffs in the above-referenced matter. We write to notify the Court of a change in affiliation of Plaintiffs' counsel.

The Project on Predatory Student Lending of the Legal Services Center of Harvard Law School ("PPSL-LSC") was appointed Class Counsel for the certified class in this case pursuant to the Court's Order on Plaintiffs' Motion for Class Certification, dated June 25, 2020 (ECF No. 58). PPSL-LSC was created in 2012 and has, until now, been housed within the Legal Services Center of Harvard Law School. PPSL-LSC's lawyers and professional staff have been employees of Harvard Law School.

PPSL-LSC is currently transitioning out of Harvard Law School to become its own, independent organization, the Project on Predatory Student Lending, Inc. ("PPSL Inc."). PPSL, Inc. has formed a separate, non-profit, public interest law firm that includes the attorneys who have represented the Class since the inception of this case, together with other attorneys and professional staff who have represented other students and groups with respect to predatory lenders and educational institutions. The new entity is moving to serve as successor counsel on all of the cases that PPSL-LSC has brought on behalf of student borrowers.

By August 1, 2022, PPSL, Inc. intends to be fully separated from the Legal Services Center of Harvard Law School in a mutually agreeable separation. The named Plaintiffs have been informed of the transition and wish for PPSL, Inc. to continue to represent them as successor counsel to PPSL-LSC in this matter. No substantive change is anticipated in Class Counsel's duties, responsibilities, or ability to represent the Class.

Simultaneously with this letter, Plaintiffs will be filing a Notice of Withdrawal of Appearance of the Legal Services Center of Harvard Law School as counsel for Plaintiffs, along with a Notice of Appearance of PPSL, Inc. as successor counsel. Upon the advice of the Clerk of Court, Plaintiffs are filing this letter to explain to the Court the reason for the change of counsel.

Sincerely,

*/s/ Rebecca C. Ellis*

Rebecca C. Ellis
Eileen M. Connor
Victoria Roytenberg
Michael N. Turi

Counsel for Plaintiffs

cc:  All counsel of record via ECF